UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

                                        Case No. 15-CR-20652-13
vs.                                HON. GEORGE CARAM STEEH

D-13 ARLANDIS SHY, II,

        Defendant.

_____/

ORDER STRIKING PRO SE MOTION TO DISMISS [DOC. 233]

Defendant Arlandis Shy, II, although represented by counsel, has filed a *pro se* motion to dismiss due to an alleged violation of the Speedy Trial Act. A person's right to appear *pro se* or by counsel is disjunctive, and a person in a criminal matter has no right, constitutional or otherwise, to "hybrid representation" that results in simultaneous self-representation and representation by counsel. 28 U.S.C. § 1654; *United States v. Mosely*, 810 F.2d 93, 97-98 (6th Cir. 1987). Mr. Shy informed the court on the record that it was his desire that his attorney, Carl Jordan, remain on his case. Accordingly,

IT IS ORDERED that the Clerk hereby STRIKE defendant's *pro se* motion [doc. 223].

Dated: June 29, 2016

                                        s/George Caram Steeh
                                        GEORGE CARAM STEEH
                                        UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
June 29, 2016, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk