UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff(s),

vs.

        Case No.  15-20652

        HON. GEORGE CARAM STEEH

D-13 ARLANDIS SHY II,

        Defendant(s).
_____/

## ORDER GRANTING MOTION TO WITHDRAW AND REQUEST FOR SUBSTITUTE COUNSEL

After holding a hearing on August 2, 2016, on retained attorney Carl Jordan's motion to withdraw and CJA panel attorney Kimberly Lewis' request to withdraw for defendant Shy, now therefore

IT IS ORDERED that Carl Jordan's motion to withdraw and and defendant's request for a substitute appointed counsel in place of Kimberly Lewis is HEREBY GRANTED. The Federal Defender Office shall locate a panel attorney and they are authorized to issue such appointment using the electronic system to create the appropriate CJA appointment form. CJA Counsel will represent the defendant in this case unless the appointment is terminated by (1) Order of the Court, (2) appointment of substitute counsel, or (3) appearance of retained counsel.

        s/George Caram Steeh
        GEORGE CARAM STEEH
        United States District Judge

Dated: August 2, 2016