UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

-vs-                              Case No. 15-20652
                                  Hon. George Caram Steeh

ARLANDIS SHY, II (D-13)

    Defendant.
_____
MARK H. MAGDISON (P25581)
Attorney for the Defendant
615 Griswold, Ste. 810
Detroit, MI 48226
313-963-4311
_____

**DEFENDANT ARLANDIS SHY'S NOTICE OF JOINDER
IN DOCKET ENTRIES 243, 244, 245, 246, 247, 248, 249, AND 250**

Defendant Arlandis Shy, II (D-13), joins in the following Motions filed by co-defendant Quincy Graham (D-5):

1. Motion for Bill of Particulars (Doc. 243, 7/19/16).

2. Motion to Produce all Co-Defendants' Statements that the Government Intends Offering in Evidence (Doc. 244, 7/19/16).

3. Motion for Early Production of Jencks Material (18 USC 3500) (Doc. 245, 7/19/16).

4. Motion for Pretrial Disclosure of all Evidence which the Government Intends to Offer pursuant to Rule 404(b) of the Federal Rules of Evidence (Doc. 246, 7/19/16).

5. Motion for Order for Disclosure of Expert Witness Testimony (Doc. 247, 7/19/16).

6. Motion for Government Agents and Law Enforcement Officers to Retain Rough Notes for Production Prior to Trial (Doc. 248, 7/19/16).

7. Motion for Witness List (Doc. 249, 7/19/16).

8. Motion to Reveal Identity of Informants and Contents of Deals (Doc. 250, 7/19/16).

WHEREFORE, Defendant respectfully requests that this Honorable Court accept his concurrence as to the relief requested in the above motions.

Date: August 19, 2016            Respectfully submitted,

By: s/*Mark H. Magidson*
MARK H. MAGIDSON (P25581)
Attorney for Defendant Melcher
815 Griswold, Suite 810
Detroit, MI 48226
313-963-4311
313-961-6077 fax
mmag100@aol.com

## CERTIFICATE OF SERVICE

I certify that on August 19, 2016, I electronically filed the *NOTICE OF JOINDER IN DOCKET ENTRIES 243, 244, 245, 246, 247, 248, 249, AND 250* with the Clerk of the Court using the ECF system, which will send notification of such filing to the parties of record.

>By: s/Mark H. Magidson
>MARK H. MAGIDSON (P25581)
>Attorney for Defendant Melcher
>615 Griswold, Ste. 810
>Detroit, MI 48226
>(313) 963-4311