UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                  Criminal Number:  15-CR-20652
                                                  Hon. George Caram Steeh

vs.

**(D-5) QUINCY GRAHAM,**

        **Defendant.**

___

**DEFENDANT QUINCY GRAHAM'S NOTICE OF
JOINDER/CONCURRENCE WITH DEFENDANT
ARLANDIS SHY'S RESPONSE TO GOVERNMENT'S MOTON
REQUESTING AN ORDER OVERRULNG DEFENDANT'S OBJECTION
TO EXCLUDABLE DELAY AND TO MAKE CERTAIN FINDINGS UNDER
<u>THE SPEEDY TRIAL ACT</u>**

Defendant, **(D-5) QUINCY GRAHAM,** by his counsel, **MICHAEL A. RATAJ**, respectfully joins in and concurs with Defendant, (D-13) Arlandis Shy's Response to Government's Motion Requesting an Order Overruling Defendant's Objection to Excludable Delay and to Make Certain Findings Under the Speedy Trial Act. [Dkt. #422].

                                                                Respectfully submitted,

                                                                 /s/ Michael A. Rataj_____
                                                                MICHAEL A. RATAJ (P43004)
                                                                Attorney for D-5 Quincy Graham
                                                                500 Griswold, Suite 2450
                                                                Detroit, MI 48226
                                                                313-963-4529

Dated:  November 29, 2016

## CERTIFICATE OF SERVICE

STATE OF MICHIGAN  )
                                  )SS
COUNTY OF WAYNE   )

    Michael A. Rataj states that on November 29, 2016, I electronically filed *Defendant Quincy Graham's Notice of Joinder/Concurrence with Defendant Arlandis Shy's Response to Government's Motion Requesting an Order Overruling Defendant's Objection to Excludable Delay and to Make Certain Findings Under the Speedy Trial Act* and *Certificate of Service* with the Clerk of the Court using the ECF system which will send notification of such to Assistant United States Attorney Christopher Graveline.


                /s/ Michael A. Rataj_____
                MICHAEL A. RATAJ