UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

                              Case No. 15-20652-13

vs.

                              HON. GEORGE CARAM STEEH

ARLANDIS SHY, II,

        Defendant.

_____/

ORDER DENYING AS MOOT DEFENDANT'S MOTION
TO SEVER CO-DEFENDANTS' TRIALS [DOC. 421]

This matter is before the court on defendant Arlandis Shy's motion to sever his trial from the trials of his co-defendants who face death eligible counts and violent crimes. Shy filed his motion to sever on November 26, 2016, before the government filed its Fourth Superseding Indictment on December 15, 2016. In the Fourth Superseding Indictment, Shy is named in nine additional counts:

    Count Sixteen – Murder in Aid of Racketeering, 18 U.S.C. §§ 1959(a)(1); 2

    Count Seventeen – Use of Firearm in Furtherance of a Crime of Violence Causing Death, 18 U.S.C. §§ 924(c); 924(j); 2

- 1 -

Count Eighteen – Attempted Murder in Aid of Racketeering, 18 U.S.C. §§ 1959(a)(5); 2

Count Nineteen - Attempted Murder in Aid of Racketeering, 18 U.S.C. §§ 1959(a)(5); 2

Count Twenty - Attempted Murder in Aid of Racketeering, 18 U.S.C. §§ 1959(a)(5); 2

Count Twenty-One – Assault with a Dangerous Weapon in Aid of Racketeering, 18 U.S.C. §§ 1959(a)(3); 2

Count Twenty-Two - Assault with a Dangerous Weapon in Aid of Racketeering, 18 U.S.C. §§ 1959(a)(3); 2

Count Twenty-Three - Assault with a Dangerous Weapon in Aid of Racketeering, 18 U.S.C. §§ 1959(a)(3); 2

Count Twenty-Four – Use and Carry of a Firearm During, and in Relation to, a Crime of Violence, 18 U.S.C. §§ 924(c); 2

Defendant Shy is now charged with multiple counts of murder and attempted murder in aid of racketeering, so his argument that he has been improperly joined because his offenses are unrelated to those of certain co-defendants is no longer accurate.  Due to the change in circumstances brought by the filing of the Fourth Superseding Indictment, defendant Shy's

motion to sever his trial from those of the death eligible co-defendants is DENIED.

Five co-defendants filed notices of joinder/concurrence in defendant Shy's motion to sever: Jeffery Adams (doc. 423); Quincy Graham (doc. 425); Jerome Gooch (doc. 428); Steve Rumeal Arthur, Jr. (doc. 430), Devon Patterson (doc. 431). The court's denial of defendant Shy's motion to sever extinguishes the requests for relief sought by these co-defendants.

IT IS SO ORDERED.

Dated: January 17, 2017

                                      s/George Caram Steeh
                                      GEORGE CARAM STEEH
                                      UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
January 17, 2017, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk