# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**UNITED STATES OF AMERICA,**
        **Plaintiff,**                              No.  CR-15-20652

v.                        HON.:  GEORGE CARAM STEEH

**D-1  BILLY ARNOLD,**
        **Defendant.**
_____/

## DEFENDANT'S NOTICE OF JOINDER

NOW COMES Defendant BILLY ARNOLD, (D-1), by counsel, Maria Mannarino, and hereby gives notice that he joins in the following motion, to the extent applicable to Defendant:

1. Defendant Quincy Graham's Motion to Preclude the Government's Use of Rap Lyrics and Rap Videos at Trial (ECF 580).

WHEREEFORE, Defendant Billy Arnold respectfully requests that this Court grant the above referenced motions and accept his joinder in these motions.

                                            Respectfully submitted,

                                            /s/*Maria Mannarino*

                                            Maria Mannarino P39531

Dated:  August 1, 2017

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that she has caused a copy of the foregoing to be served upon, by the electronic filing system: the Assistant United States Attorney, and all attorneys of record, on this 1st day of August, 2017.

/s/*Maria Mannarino*

Maria Mannarino P39531
431 Gratiot
Detroit, Michigan 48226
248-761-7347
mmannarino@comcast.net