## UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

**UNITED STATES OF AMERICA,**
        **Plaintiff,**                                       No. CR-15-20652

v.                                HON.: GEORGE CARAM STEEH

**D-1 BILLY ARNOLD,**
        **Defendant.**
_____/

## DEFENDANT'S NOTICE OF JOINDER

NOW COMES Defendant BILLY ARNOLD, (D-1), by counsel, Maria Mannarino, and hereby gives notice that he joins in the following motions, to the extent applicable to Defendant:

1. Defendant Devon Patterson's Motion for Bill of Particulars (ECF 600); Devon Patterson's Amended Motion to Dismiss (ECF 608); Devon Patterson's Motion to Suppress (ECF 603); Devon Patterson's Motion for Discovery (ECF 602); Devon Patterson's Motion for Grand Jury Transcripts (ECF 601); to the extent applicable to Defendant Arnold.

WHEREEFORE, Defendant Billy Arnold respectfully requests that this Court grant the above referenced motions and accept his joinder in these motions.

                                                        Respectfully submitted,

                                                        /s/*Maria Mannarino*

Maria Mannarino P39531

Dated:  August 11, 2017

# CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that she has caused a copy of the foregoing to be served upon, by the electronic filing system:  the Assistant United States Attorney, and all attorneys of record, on this 11th day of August, 2017.

/s/*Maria Mannarino*

Maria Mannarino P39531
431 Gratiot
Detroit, Michigan 48226
248-761-7347
mmannarino@comcast.net