UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

Case No. 15-20652

HON. GEORGE CARAM STEEH

D-4 COREY BAILEY,
D-6 ROBERT BROWN,
D-13 ARLANDIS SHY II,
D-19 KEITHON PORTER

    Defendants.
_____/

## ORDER REGARDING PRETRIAL CONFERENCE

This matter is scheduled to come before the court on May 22, 2018 at 2:30 p.m. for a pretrial conference. In anticipation of that conference, the court instructs counsel to be prepared to discuss whether any of the learned counsel should remain for trial given that the government has informed the court and defendants that it will not seek the death penalty as a possible punishment.

Dated:  May 16, 2018

                                      s/George Caram Steeh
                                      GEORGE CARAM STEEH
                                      UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
May 16, 2018, by electronic and/or ordinary mail.
s/Marcia Beauchemin
Deputy Clerk