UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

D-13 ARLANDIS SHY,

    Defendant.
_____/

Case No. 15-20652-13

HON. GEORGE CARAM STEEH

## ORDER DENYING MOTION TO PRECLUDE EVIDENCE [ECF NO. 1023]

This matter is before the court on the motion in limine brought by defendant Arlandis Shy to preclude the government from offering Facebook evidence that was not timely produced, in violation of Federal Rule of Criminal Procedure Rule 16. The court heard oral argument on the motion on June 4, 2018. For the reasons stated on the record, defendant's request that the evidence be suppressed is DENIED. Defendant may still challenge the government's use of the discovery materials on other grounds and may bring such a motion on or before July 10, 2018. Defendant may also request help in the way of an additional attorney or paralegal to go through the Facebook discovery by informing the court if such help is desired.

Dated: June 4, 2018

                      s/George Caram Steeh
                      GEORGE CARAM STEEH
                      UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on June 4, 2018, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk