UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,    CRIMINAL NO. 15-cr-20652

    v.    HON. GEORGE CARAM STEEH

D-3  EUGENE FISHER,
D-4  COREY BAILEY,
D-6  ROBERT BROWN II,
D-13  ARLANDIS SHY,
D-19  KEITHON PORTER,

    Defendants.

_____/

## ORDER BASED ON STIPULATION

This Court, having reviewed the stipulation below, being advised in the matter, and for the reasons stated by the parties,

IT IS HEREBY ORDERED that the disclosure of Protected Cooperating Witness Information, as defined in the stipulation below, is controlled by the provisions of the stipulation and agreement.

Dated:  June 25, 2018                s/George Caram Steeh
                                                  Hon. George Caram Steeh
                                                  United States District Judge

## **STIPULATION BY PARTIES**

The parties to the above criminal action do hereby stipulate and agree as follows:

1. This Protective Order governs all discovery identified by the government as "Protected Cooperating Witness Information" in any format (written or electronic) that is produced by the government in discovery in the above captioned case.

2. The United States will provide copies of discovery identified by the government as "Protected Cooperating Witness Information" for the particular cooperating witness associated with the discovery at least one day in advance of that witness testifying. Possession of copies of the discovery materials is limited to the attorneys of record and the discovery coordinator (hereinafter collectively referred to as members of the defense team).

3. The attorneys of record and members of the defense team may display and review the discovery materials with the Defendant. The attorneys of record and members of the defense team acknowledge that providing copies of the discovery materials to the Defendant and other persons is prohibited, and

      agree not to duplicate or provide copies of discovery materials to the Defendant and other persons.

4. Once a cooperating witness has finished testifying, the attorneys of record shall return to the government all discovery identified by the government as Protected Cooperating Witness Information for that cooperating witness.

5. Nothing in this order should be construed as imposing any discovery obligations on the government or the defendant that are different from those imposed by case law and/or Rule 16 of the Federal Rules of Criminal Procedure, and the Local Criminal Rules.

6. The provisions of this Order shall not terminate at the conclusion of this prosecution.

7. Any violation of any term or condition of this Order by the Defendant, the Defendant's attorney(s) of record, or any member of the defense team may be held in contempt of court, and/or may be subject to monetary or other sanctions as deemed appropriate by this Court.

8. If the Defendant violates any term or condition of this Order, the United States reserves its right to seek a sentencing enhancement for obstruction of justice, or to file any criminal charges relating to the Defendant's violation.

SO STIPULATED.

*s/Mark Bilkovic*
Mark Bilkovic
Assistant United States Attorney

*s/Julie Finocchiaro*_____        *s/Craig Daly with consent*
JULIE A. FINOCCHIARO                     CRAIG DALY
Assistant United States Attorney         Attorney for Corey Bailey

*s/Henry Scharg with consent*            *s/Steven Scharg with consent*
HENRY SCHARG                             STEVEN SCHARG
Attorney for Eugene Fisher               Attorney for Keithon porter

*s/Mark Magidson with consent*           *s/John Tleis with consent*
MARK MAGIDSON                            JOHN T. TLEIS
Attorney for Arlandis Shy                Attorney for Arlandis Shy

*s/James Feinberg*                       *s/Keith Spielfogal*
JAMES FEINBERG                           KEITH A. SPIELFOGAL
Attorney for Robert Brown II             Attorney for Corey Bailey


Dated: June 20, 2018