```
 1                    UNITED STATES DISTRICT COURT
                      EASTERN DISTRICT OF MICHIGAN
 2                         SOUTHERN DIVISION

 3

 4   UNITED STATES OF AMERICA,

 5                 Government,
                                        HONORABLE GEORGE CARAM STEEH
 6        v.
                                        No. 15-20652
 7   D-3 EUGENE FISHER,
     D-4 COREY BAILEY,
 8   D-6 ROBERT BROWN,
     D-10 DEVON PATTERSON,
 9   D-13 ARLANDIS SHY,
     D-19 KEITHON PORTER,
10
                  Defendants.
11   _____/

12                         JURY TRIAL

13                   Tuesday, June 19, 2018

14                        -   -   -

15   APPEARANCES:

16   For the Government:        JULIE FINOCCHIARO, ESQ.
                                JUSTIN WECHSLER, ESQ.
17                              TARE WIGOD, ESQ.
                                MARK BILKOVIC,ESQ.
18                              Assistant U.S. Attorneys

19
     For the Defendants:        HENRY M. SCHARG, ESQ.
20                              On behalf of Eugene Fisher

21                              CRAIG DALY, ESQ.
                                KEITH SPIELFOGEL, ESQ.
22                              On behalf of Corey Bailey

23                              JAMES FEINBERG, ESQ.
                                On behalf of Robert Brown
24
                                BERTRAM JOHNSON, ESQ.
25                              On behalf of Devon Patterson
```

```
 1                                    MARK MAGIDSON, ESQ.
                                      JOHN THEIS, ESQ.
 2                                    On behalf of Arlandis Shy

 3                                    STEVEN SCHARG, ESQ.
                                      On behalf of Keithon Porter
 4

 5                              -    -    -

 6

 7                  To Obtain Certified Transcript, Contact:
              Ronald A. DiBartolomeo, Official Court Reporter
 8                Theodore Levin United States Courthouse
                  231 West Lafayette Boulevard, Room 1067
 9                      Detroit, Michigan  48226
                              (313) 962-1234
10
                   Proceedings recorded by mechanical stenography.
11            Transcript produced by computer-aided transcription.

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1                               I  N  D  E  X

2   _____ Page

3   Opening statement by Mr. Wechsler                              4

4   Opening statement by Mr. Spielfogel                           30

5   Opening statement by Mr. S. Scharg                            43

6   Opening statement by Mr. Feinberg                             50

7   Openings statement by Mr. Theis                               56

8

9

10

11

12

13                           E  X  H  B  I  T  S

14  Identification _____ Offered    Received

15

16                      N        O        N        E

17

18

19

20

21

22

23

24

25

```
 1                              Detroit, Michigan
 2                              Tuesday, June 19, 2018
 3
 4                         -    -    -
 5              (Proceedings resume with jury at 10:56 a.m.)
 6
 7              THE COURT:  You can take a seat first.  We
 8     will first hear from the government for its opening
 9     statement.  Mr. Wechsler.
10              MR. DALY:  Before we proceed, the defense
11     would make a formal motion to sequester witnesses.
12              THE COURT:  Yes, but for the case agent, the
13     other perspective witnesses should leave the courtroom.
14              MR. H. SCHARG:  I'll join in on behalf of
15     Mr. Fisher.
16              THE COURT:  Okay.
17              MR. WECHSLER:  If I could dim the lights for
18     the power point?
19              THE COURT:  Yes.
20              MR. WECHSLER:  I want to tell you a story
21     about a man named Johnny Jones.  You will hear evidence
22     that when Johnny Jones was about 35 years of age, he moved
23     to an area of east Detroit, and when he moved to this
24     area, he had individuals knocking on his door, which is
25     all times of the day, morning and evening, and these
```

1    individuals wanted to buy drugs, and what he realized is

2    that drug sales were taking place both on his property as

3    well as the property next door.  What he learned was that

4    these drugs sales were taking place by an enterprise

5    called the Seven Mile Bloods, and you will learn that one

6    of those individual's name was Robert Brown.

7         He approached Mr. Brown, and he said Mr. Brown, I

8    have kids.  Please don't sell drugs on my property.  Mr.

9    Brown was initially was amenable to this.  He understood.

10   That didn't stand for very long.

11        You see, two other members of the gang, Jonathan

12   Murphy, as well as Corey Bailey, didn't like that somebody

13   was telling the Seven Mile Bloods what to do, and so

14   initially after this conversation with Mr. Brown, Corey

15   Bailey tried to jump -- tried to attack Johnny Jones in a

16   store one day.  After that, Robert Brown went up to Johnny

17   Jones' wife and got into an argument with her at the

18   house, and when Johnny found out about it, he went up to

19   Robert Brown and tried to intervene.  Robert Brown didn't

20   like that, and neither did Jonathan Murphy.

21        You see, Robert Brown hit Johnny Jones, and

22   Jonathan Murphy threatened Johnny Jones' life, showed him

23   a gun, and pistol whipped him.  He hit him in the head

24   with the gun.  Johnny called the police, and Jonathan

25   Murphy and Robert Brown were arrested.

1          Shortly after that, a man named Devon McClure came

2    up to the house and told Johnny's wife that there was a

3    price on Johnny's head.  There was money out there to

4    attack Johnny Jones.

5          Johnny approached Robert Brown.  He approached

6    Devon McClure, and he said, look.  Keep my family out of

7    this.  This is a beef that we have.  This has nothing to

8    do with my family.

9          Devon McClure went away that day, but shortly

10   afterwards, Johnny Jones' house which shot up.  Shot up.

11   Shortly after that -- and keep in mind nobody was injured,

12   thank God.  Nobody in Johnny's family was injured.  The

13   kids were okay, everyone was fine -- but that was not

14   enough, and shortly after that someone took a Molotov

15   cocktail, a bottle filled with gasoline and a rag, set it

16   on fire and threw it at Johnny Jones' house.  It didn't

17   break the window.  Again, nobody was injured that day.

18         That was enough for Johnny.  Johnny decided he had

19   enough of the neighborhood after two years.  He left.

20   This is all because Johnny Jones had the audacity to ask

21   members of the Seven Mile Bloods to stop dealing drugs on

22   his property and to stop talking to his children.

23         Good morning, ladies and gentlemen.  My name is

24   Justin Wechsler, Julie Finocchiaro, Mark Bilkovic, Tare

25   Wigod.  We are prosecutors in this case.

1          The story that I told you is just one incident

2     involving the Seven Mile Bloods.  You're going to hear a

3     number of those incidents.  You're going to hear a number

4     of incidents from 2003 to 2016.  At the end of all the

5     evidence, we will present to you a number of charges.

6     There will be a lot of charges.

7          The Judge will give you instructions about those

8     charges, and you will follow those instructions.  Nothing

9     that I say, nothing that the defense says about the law

10    controls.  The only person that controls the law in this

11    courtroom is Judge Steeh, and he will give you very

12    specific instructions, but I do want to talk about one of

13    the counts, racketeering conspiracy.

14         Now there are five elements of racketeering

15    conspiracy.  The first one is that the enterprise as

16    alleged in the indictment, Seven Mile Bloods, existed.

17         Second, a particular defendant was associated with

18    the Seven Mile Bloods.

19         Third, that a particular defendant knowingly

20    agreed to conduct or participate directly or indirectly in

21    the conduct of the Seven Mile Bloods.

22         Four, a particular defendant and at least one

23    other co-conspirator agreed that the defendant or

24    conspirator were engaged in a pattern of racketeering,

25    that is, committed at least two acts of racketeering in

1   furtherance of the Seven Mile Bloods.

2       And finally, activities of the Seven Mile Bloods

3   affected interstate or foreign commerce.

4       Let's break that down a little bit.  When you hear

5   of racketeering and you hear of RICO, you think of the

6   Sopranos, you think of the old Italian mafia, you think of

7   the Godfather.  Let's cut through all of that.  Let's talk

8   about the elements and why racketeering conspiracy

9   actually applies in this case.

10      An enterprise for racketeering is simply a group

11  of people who share a common purpose, and have a

12  relationship with each over a period of time long enough

13  to achieve that purpose.  That's all an enterprise is for

14  purposes of racketeering.  They share a purpose, they have

15  a relationship with each other, and they have that

16  relationship over a period of time to satisfy that

17  purpose; in other words, it's just a team of people

18  getting together, and continuously operating towards the

19  same goal.

20      Now we're saying the Seven Mile Bloods are that

21  enterprise.  The purpose or goal of the Seven Mile Bloods

22  enterprise is two-fold.  We believe that one of those

23  purposes, the theory that we have, is that first purpose

24  or goal of this enterprise was to make money through the

25  drug sales, to make money through selling drugs.

1          The second purpose is protection from other gangs,

2    protection from rivals, protection from individuals who

3    are not members of the Seven Mile Bloods.

4          The time period that we're going talk about is

5    from 2003 to 2016 as I mentioned before.  That's the

6    period of time that we believe the Seven Mile Bloods

7    existed for purposes of racketeering conspiracy.

8          The next element that I want to talk about briefly

9    is what it means to be a member or associate of the Seven

10   Mile Bloods.  The element reads, a particular defendant

11   was associated with the Seven Mile Bloods.  Associated.

12   Merely associated, and the importance of that I'll talk

13   about in a few minutes.

14         One of the other elements says that a defendant

15   and at least one conspirator engaged in or agreed that the

16   defendant or conspirator would engage in a pattern of

17   racketeering, that is, they would commit at least two

18   racketeering acts in furtherance of the Seven Mile Bloods

19   conspiracy.

20         Let's break that down very briefly.  Congress made

21   things very complicated.  They often do.  An act of

22   racketeering for the purpose of this element is pretty

23   simple.  Let's take murder for example.

24         Murder on its own is a crime.  You can be charged

25   with murder.  Congress decided for purposes of RICO, the

1       purpose of the racketeering conspiracy, murder if it takes

2       place to further the enterprise, can be considered an act

3       of racketeering, a racketeering act.

4              The same thing can be said for narcotic

5       trafficking.  You can be charged with solely narcotic

6       trafficking.  If that narcotic trafficking is in

7       furtherance of the enterprise, that could be considered an

8       act of racketeering.

9              So when we talk about this element, we're simply

10      talking about two or more acts of racketeering that

11      involved racketeering acts, two or more murders, two or

12      more drug trafficking that furthers the enterprise.

13             Now the elements talks about a defendant and at

14      least one other conspirator, they agreed that at least the

15      defendant or a conspirator would engage in those

16      racketeering acts, the murders, narcotic trafficking.

17             Because it can be a defendant or a conspirator,

18      you're going to hear a lot about conspiratorial acts, acts

19      that were committed by individuals not at these tables.

20      We will present numerous times where these defendants

21      committed racketeering acts, but we're also going to

22      present evidence of times other conspirators of the Seven

23      Mile Bloods also committed racketeering acts, because as

24      the rule reads, these gentlemen are held liable for other

25      acts carried out by my other members or associates of the

1    Seven Mile Bloods.

2         Finally, the element regarding interstate commerce

3    simply means in order for the federal government to

4    prosecute this case, there has to be some sort of

5    jurisdictional hook.  That simply comes from drugs or guns

6    moving from one state to another.  Pretty simple.

7         Everything that I will tell you right now is what

8    the government -- is what the evidence will show.

9    Everything that I will talk about from here on out is what

10   the evidence will show.

11        Let's get back to the Seven Mile Bloods.  When we

12   talk about the Seven Mile Bloods, you're going to learn

13   that the investigation revealed that the Seven Mile Bloods

14   claimed a territory.  They claimed turf, and called that

15   turf the Red Zone.  You will learn that turf is on the

16   east side of Detroit, and it goes from Seven Mile to Eight

17   Mile, Gratiot to Kelly.  That's their turf, and the reason

18   they claim this turf is that the individuals, the

19   associates, the members of the Seven Mile Bloods, they

20   grew up there.  That's their neighborhood.  They were

21   raised there together.  They associated with each other in

22   that neighborhood.

23        So let's talk about the beginning of the Seven

24   Mile Bloods.  The picture on the power point is a picture

25   that was taken from a search warrant done of Devon

1        Patterson's house.

2                In approximately 2003, a precursor, sort of before

3        the Seven Mile Bloods was formed.  It was a precursor

4        group, and it was individuals in the neighborhood, Michael

5        Rogers, Devon Patterson, Jonathan Murphy, Julian

6        Patterson, who is Devon's brother and Quincy Graham.

7        Initially it included Anthony Lovejoy, and this group got

8        together, and they got together to sell drugs.  It was a

9        precursor.  It was before Seven Mile Bloods existed, but

10       it was this precursor group that would later grow into the

11       Seven Mile Bloods, and what they did in the Red Zone, they

12       sold drugs out of trap houses.  It is simply a vacant

13       house.  There are a lot of vacant houses in Detroit

14       obviously.  It was a vacant house they used to store drugs

15       and sell drugs out of.  So this precursor group is selling

16       drugs, and they are selling drugs from roughly 2003 to

17       2005.

18               In 2005 they started expanding.  They start

19       recruiting other members.  One of the individuals they

20       recruit is Corey Bailey.  Corey Bailey goes by the

21       nickname Sonny or Cocaine Sonny.  They recruit Devon

22       McClure, who goes like Block or Ryder.  They recruit Billy

23       Arnold who goes by B-Man, Berenzo or Killa.  These three

24       men, Bailey, McClure and Arnold, they will become some of

25       the most violent members of the Seven Mile Bloods, and

1       you'll hear about that later.

2               Around the same time period, approximately 2005,

3       other individuals are recruited into this gang, Jeffrey

4       Adams, Arlandis Shy, Jason Gill.  Adams goes by Brick or

5       Product.  Shy goes by Grymee or Vil.  Gill, Whytes or

6       White Boy.

7               Additionally, two other members become part of

8       this group, Robert Brown, goes by RO, Eugene Fisher, Fest

9       or Fes.  In this group, these eight individuals, they take

10      what was the precursors, a bunch of guys in the

11      neighborhood selling drugs, and they come up with the idea

12      they are going to become the Seven Mile Bloods.

13              And so these individuals, Bailey, McClure, Arnold,

14      Brown, Adams, Shy, Gill and Fisher, they become the heart

15      of the Seven Mile Bloods, the nucellus for lack of a

16      better word.

17              Now they are selling drugs in the neighborhood

18      from 2003 to roughly 2007.  They are selling drugs out of

19      these trap houses.  In 2007, Jason Gill, who goes by

20      Whytes or White Boy, he comes up with a different idea.

21      He has connections down in West Virginia, and he says,

22      look.  We can make money down in West Virginia.

23              So Jason Gill starts buying up loose prescription

24      pills from individuals in Detroit, Roxicodone, oxycodone,

25      Vicodin.  Someone would be prescribed let's say 50 pills,

1    and they would only need 10.  Jason would buy the other 40

2    for a price, and then he would transport them down to West

3    Virginia and sell them for four, five, six times the price

4    that he paid for the excess pills up in Detroit.

5         And so Jason Gill sets up other members in West

6    Virginia.  He sets up Murphy, Anthony Lovejoy, Quincy

7    Graham, Devon Patterson.  These guys start living down in

8    West Virginia for periods of time, and they are running

9    the SMB operation down there.  They are living in houses

10   down there.  They are making sure the pills are coming in

11   and sold, and the money is being transported back up to

12   Detroit.  So that's generally what happened out of West

13   Virginia between 2007 and 2011.

14        They are making tons of money.  You'll hear

15   evidence that even without jobs, these guys become very

16   sophisticated pills salesmen.  They are selling thousands

17   of pills at a time.  They are making a lot of money.  They

18   are becoming more sophisticated.

19        In 2011, those four individuals that I talked

20   about few seconds ago, they are taken over by new

21   individuals that come in, Derrick Kennedy, aka Dip.  Dip

22   starts taking over the operation down in West Virginia.

23   You'll hear from Derrick Kennedy in this trial, Jerome

24   Gooch, goes by the name ROM or Dada, he starts taking over

25   the operations in West Virginia.

1          Now even though there are six individuals between

2     2007 and 2011 who are in effect living in West Virginia

3     making sure the operation is going on, this is an all

4     hands on deck situation for the Seven Mile Bloods.  You

5     see, it takes Seven Mile Bloods individuals up in Detroit

6     to buy the pills.  It takes Seven Mile Bloods members or

7     associates to transport them down to West Virginia,

8     members or associates sell them in West Virginia, Seven

9     Mile Bloods members or associates to bring the money back

10    up.  It is an all hands on deck operation.  And so while

11    individuals like Lovejoy and Kennedy, they are living down

12    in West Virginia because it is an all hands on deck

13    situation, you see other members of the Seven Mile Bloods

14    begin to get arrested in West Virginia, transporting

15    drugs, bringing money back.

16          And so you will hear evidence of for example,

17    Corey Bailey, Robert Brown, Devon McClure, Arlandis Shy

18    Devon Patterson, they are getting arrested in West

19    Virginia, and they have either drugs, money or firearms on

20    them, but again, it is an all hands on deck SMB, Seven

21    Mile Bloods operation.  So that's what happening between

22    2003 and 2011-2012.  It starts out as this precursor

23    organization, comes into the Seven Mile Bloods, they then

24    deal in West Virginia, and that's generally what happening

25    with the Seven Mile Bloods between those years.

```
 1              Now even though the Seven Mile Bloods are selling
 2      down in West Virginia, they are still the gang to be
 3      reckon with in Detroit.  Now the Seven Mile Bloods are
 4      sort of like the Coca-Cola.  The name Seven Mile Bloods is
 5      sort of the Coca-Cola of products.  Coca-Cola has Diet
 6      Coke, Cherry Coke and Coca-Cola Classic.  Seven Mile
 7      Bloods are somewhat the same set up.  There are
 8      individuals within the enterprise that called them Seven
 9      Mile Bloods.  That's the Coca-Cola of the company.  There
10      are also individuals who go by different names, Ruthless
11      Clan, SMB Juniors, The Kings, Hobsquad, 55.  Those
12      individuals, they may not call themselves Seven Mile
13      Bloods, but they're still associated with the Seven Mile
14      Bloods organization, and that's what I alluded to you
15      earlier what it means to be associated versus full
16      membership when we talked about those elements.
17              Now when we talk about the Seven Mile Bloods, one
18      of the things that will come up often is the Number 55,
19      5-5, and the reason it comes up is because five is the
20      number associated with the national gang the Bloods.  Five
21      is a number that is associated with the Bloods, and so a
22      lot of times you'll see SMB, Seven Mile Bloods, SMB
23      members or associates holding up a hand with a five to
24      show who they are a part of, part of the Blood
25      organization.
```

1          Additionally, you'll see tattoos, the red five

2     pointed star.  The five pointed star is associated with

3     the Bloods, and so you'll see tattoos that are red with

4     five points.

5          Now when we talk about the Seven Mile Bloods, what

6     they will never do, they will never use the numbers four

7     and six, and the reason why they will never use four or

8     six is because four is associated with the Crips.  That's

9     one of their rivals, and so what they'll do is called

10    dropping fours.  Instead of holding up one hand with five

11    fingers, they will drop four.  It's a sign of disrespect

12    of the rival gangs.

13         One of those rival gangs that is associated with

14    the Crips can be found in east Detroit, and that's called

15    the Hustle Boys.  That's a rival to the SMB organization.

16    The Hustle Boys go by the name 4-2, and the reason why the

17    Hustle Boys go by 4-2, it is simply looking at a

18    telephone, H is 4 and B on 2.  For the same reason Seven

19    Mile Bloods will often be referred to as 762 for the same

20    reason, S is on the 7, M is on 6 and 2 has the B.

21         But the Hustle Boys are not the only rivals to the

22    Seven Mile Bloods in east Detroit.  They are rivals with a

23    number of gangs.  This is a Facebook post that was posted

24    Jeffrey Adams.  He a member of the Seven Mile Bloods, and

25    he writes:  Public Service Announcement.  SMB, we dont

1    fuck wit teameast, new skool, hustlebumz, 220.  We not

2    cool. its on site.  When, i c "n's" we put in 2 much work

3    2 let da streetz down its not beef its personal so n"

4    better strap dey seat beltz on an hope dey have a safe

5    ride str8drop.

6           What Jeffrey Adams is doing here is first is

7    letting anybody who reads it that he is a member of the

8    Seven Mile Bloods.  He's identifying the rival gangs to

9    the Seven Mile Bloods on the east side of Detroit, such as

10   Teameast, New School, Hustle Bums, Hustle Boys, and when

11   he says str8drop, what he's saying is if any member of the

12   Seven Mile Bloods comes across these individuals, they

13   have to at least attack them.  They are the rivals.  Can't

14   let that stand.

15          Just like that post that you saw, there's going to

16   be numerous other posts.  This is the Facebook generation.

17   Seven Mile Bloods, they are no different.  They like

18   Facebook, Instagram, and they like videos, and they post

19   significant numbers of social media to their website.

20          Now that's generally what's happening with the

21   pills, the social media, the rival gangs.  Let's talk

22   about the violent side of the Seven Mile Bloods.

23          You're going to first hear about a murder on

24   June 7, 2006 of a man by the name of Cleo McDougal.  He

25   was in fight with Robert Brown, and Robert Brown lost that

1      fight.  To put it bluntly, he was beaten badly.  He was

2      kicked in the face three times.  Very bloody face.  Robert

3      Brown has a reputation in the Seven Mile Bloods as a

4      fighter.  He has a reputation to uphold, and he doesn't

5      want to lose to a small guy like Cleo McDougal, and so

6      you're going to hear evidence that Robert Brown went back

7      to the Red Zone, the area controlled by the Seven Mile

8      Bloods, and he got an AK-47 that was being stored in a

9      garage for any member or associate to use for general

10     protection.  He took that AK-47 out of the garage in the

11     Red Zone that was stored there for any SMB member or

12     associates to use for general protection against rival

13     gangs or anyone else.  And he got that AK-47.  His face

14     was bleeding.  He said to Murphy, I want a ride.  I'm

15     going back to the scene, and they proceeded to drive off.

16            Anthony Lovejoy, who you will hear from in this

17     trial, he was there when Brown came back with the bloody

18     face.  He was there when Brown picked up the AK-47.  He

19     was there when Brown and Murphy drove off.  He will come

20     in and tell you about that.

21            So Brown goes back to the location where Cleo

22     McDougal lived, and he kicked down the door of McDougal's

23     apartment, and he shoots McDougal in the head killing him

24     instantly.

25            Now a man named Elroy Lucky Jones was not at all

1    lucky.  Lucky Jones got convicted of this crime, and was
2    convicted of the crime twice because of a defect in the
3    first trial.

4         Lucky Jones was in prison for a number of years,
5    and then a witness comes forward and says, you got the
6    wrong guy.  It was not Lucky Jones that committed that
7    homicide.  It was Robert Brown, and the witness who came
8    forward was Jonathan Murphy.  It was Jonathan Murphy who
9    drove Robert Brown back to the homicide site where Brown
10   killed McDougal.

11        At that point Brown gets investigated.  The case
12   is reopened, and the court vacates.  They dismiss the
13   judgment of conviction against Elroy Lucky Jones.  He's
14   released from prison.  The investigation continues, and it
15   turns out that it is Robert Brown who commits that
16   homicide.

17        Well, Robert Brown doesn't like Jonathan Murphy,
18   who goes by the name of Bleek, talking about him to law
19   enforcement, and Robert Brown is a rapper.  So he puts out
20   an album.  The name of the album is Betrayal.  Stop
21   Bleeking, and one of the lyrics on the Stop Bleeking album
22   is the following:  This "n" Bleek the cop so I gun him
23   down 100 shots out of the chop gun him down.  The shit
24   aint goin to stop until I gun him down.  You see, Robert
25   Brown didn't like that Bleek had talked to the police.

1       You don't snitch on SMB.

2              Let's move on to one of the more recent violent

3       acts.  July 14, 2014.  Billy Arnold, aka Killa, Berenzo,

4       he has a parole appointment on the Detroit's west side.

5       When he's at this parole appointment, he runs into almost

6       literally members of the Hustle Boys, the main rival of

7       the Seven Mile Bloods.  Those individuals are Michael and

8       Martez Davis who go by the name the Twins.  They are

9       referred to as the Twins, as well as Corey Crawford and

10      Djuan Page, who goes by the name Neff.

11             So when Bailey (sic) runs into these Hustle Boys,

12      calls his boys.  Billy calls his gang.  He places two

13      calls to Corey Bailey, one to Robert Brown, one to Jerome

14      Gooch, one to Quincy Graham and one to Devon McClure.

15             Corey Bailey -- let me back up.  After the

16      appointment where the Twins happened to be at the same

17      place as Arnold, the Twins, as well as Crawford and Page

18      drive off.  At some point their car is shot up.  Michael

19      Davis is struck in the chest.  He survives.  Djuan Page is

20      struck in the eye.  He dies a short time later.

21             Now what you're not going to hear in this case is

22      anything about a crime scene.  You're not going to hear

23      that the police or EMS responded to a particular crime,

24      and the reason why is that when the individuals in the car

25      that got shot up were struck, they kept driving.  They

1    drove off, and they tried to reached help.  Their car

2    broke down after awhile, and when it was broken down, a

3    civilian took them to the hospital.  When they got to the

4    hospital, the police are called because there were gunshot

5    wounds, and they were uncooperative.  They would not help

6    out the police with uncovering of what happened.

7         What you will have evidence of is first off is the

8    appointment that Billy Arnold had, the appointments that

9    the Hustle Boys had, two calls from Billy Arnold to Corey

10   Bailey, you'll have cell phone information that

11   demonstrates that Corey Bailey traveled from the east side

12   of Detroit to the west side where the appointment was,

13   information that Arnold and Bailey traveled together, and

14   you'll have information about the shootings.

15        What you will also have is testimony from Derrick

16   Kennedy, a cooperator in this case, who will talk about

17   the conversations that took place after this homicide.

18        Now let's go back to Djuan Page, the guy who was

19   shot in the eye in that car.  After he died, the Seven

20   Mile Bloods come up with a rap, and they rap about

21   shooting someone in the e-y-e.  That's Djuan Page.

22   Because Djuan Page was murdered, his nickname was Neff and

23   he was a respected member of the rival gang, and the rival

24   gang 220, Hustle Boys, they get together, and they say,

25   we're tired of SMB.  They get together and form an

1        Instagram page, and the Instagram page becomes a hit list

2        of sorts.   It shows a bunch of members of the Seven Mile

3        Bloods pictures, and it serves as a hit list for rival

4        gangs of who they should take out start.

5                So you start to see a string of Seven Mile Bloods

6        members or associates who are shot.   Between August 2014

7        and March 22, 2015, five individuals of the Seven Mile

8        Bloods on that hit list who end up getting shot.   They all

9        survive except for Jason Gill, who is murdered.

10               After Michael Rogers is shot on March 22, 2015,

11       the Seven Mile Bloods, they come up with their own hit

12       list.   They come up with their own hit list where they

13       post their own pictures of individuals that they want to

14       go after, and one of the first pictures that they post is

15       a picture of Djuan Page, Neff, who was struck in the eye

16       and died shortly thereafter.   That's one of the first

17       pictures they post.   But they also post another one that

18       sort of keeps the score.   They say:   The score we up

19       seven, and they start listing various individuals who over

20       the years they've killed.   One of individuals is Neff,

21       Djuan Page, the one who was struck in the e-y-e.

22               Now in May 2015, a real gang war breaks out.

23       There was a gang war before, but now it is a real gang

24       war.   You see on May 21, 2015, Devon McClure, one of the

25       founding members of the Seven Mile Bloods, and one of the

1    most revered and respected members, he's murdered.  Devon

2    McClure sets off a fire storm for lack of a better word.

3         One May 1, 2015, the night that Devon McClure is

4    murdered, Ralpheal Carter is walking down the street with

5    his two and four year old daughters.  Ralpheal Carter

6    appeared in a photograph of a rapper associated with a

7    rival gang.  Ralpheal Carter is walking down the street

8    with his two and four year old when he sees a car

9    approach, and that car has two individuals in it, and in

10   almost a fortuitous chain of events, his daughters say,

11   hey, dad.  Let's play tag.  He agrees and they run.  As

12   soon as they run, the car approaches, individual leans out

13   of the driver's side -- I'm sorry -- the passenger side,

14   and shoots Ralpheal Carter, paralyzing him instantly.  His

15   two and four year old are safe.  Ralpheal Carter is

16   paralyzed instantly.  That was not enough.  The individual

17   in the car kept shooting and shooting at Ralpheal Carter

18   seven more times.  Now Ralpheal Carter, he survives.  He's

19   paralyzed, but he survives.

20        You will hear evidence that not only was Ralpheal

21   Carter struck, but an elderly gentleman was sitting on his

22   porch about four blocks away and was struck by a stray

23   bullet.  He also survived.

24        You will hear evidence that the individuals in the

25   car that night were Billy Arnold and Keithon Porter.  The

1    AR-15 that was used to strike Ralpheal Carter was stored

2    by Eugene Fisher.  You'll hear that the AR-15 that was

3    used was stored by Eugene Fisher and later taken by Billy

4    Arnold.

5         You will also hear that 000Bigblood -- that's the

6    name of the SMB hit list -- had a posting that they posted

7    fairly close after the shooting where they talked about

8    Ralpheal Carter's shooting.

9         Let's move to May 8, 2015, seven days after Devon

10   McClure is killed.  On May 8, 2015, Matleah Scott, she was

11   Devon McClure's girlfriend.  Matleah Scott finds members

12   of the Hustle Boys in a certain location, and she text

13   messages Billy Arnold.  She gives Billy the location of

14   the Hustle Boys, and once they're armed at that location

15   Keithon Porter, Billy Arnold and Arlandis Shy, they go out

16   hunting.  You'll hear cooperators say they used the word

17   "hunting."  They find a vehicle that contains the Hustle

18   Boys.  Devonte Roberts was shot and killed.  Marquis

19   Wicker and Darrio Roberts were shot, but they survive, but

20   Devonte Roberts is murdered.  Again the AR-15 that was

21   used for that murder was stored by Eugene Fisher.

22        That 000Bigblood account that SMB uses as their

23   rival hit list, posting appears.  It says, Darrio Roberts,

24   the one that was murdered.  That posting says, he thought

25   he was laughing.  Got'em.

1          Let's move to May 10, 2015.  On May 10, 2015,

2     Porter, Arnold and Brown, they come across the vehicle

3     with rival members again.  In that car Darnell Canady,

4     Derrick Peterson and Jason Gaskin who left a relative's

5     house.  It was Mother's Day.  Porter, Arnold and Brown

6     find the vehicle, and shoot at it 62 times.  Only Derrick

7     Peterson is struck, but survives.  Again the AR-15 that

8     was used, stored by Eugene Fisher.

9          The fact that Darnell Canady survived that day

10    couldn't stand.  So the Seven Mile Bloods hear about a

11    baby shower taking place for Darnell Canady's girlfriend

12    Tiffany Settles, and they find this baby shower, and they

13    approach it, and they shoot at the individuals in the

14    parking lot.  Darnell Canady was shot but survives.  One

15    of the individuals who was shot was a 15 year old, Anthony

16    Bowen, his first day on the job.

17         That's generally the story and the evidence that

18    we're going to talk about in the next several weeks.

19    We're going to talk about the drug dealing.  We're going

20    to talk about a gang that turns into a larger

21    organization, and we're going to talk about the violence

22    that comes along with it.

23         How are we going to prove this to you?  First,

24    we're going to try to keep it as chronological as

25    possible.  We will talk about the older stuff first and

1     build up towards the more recent stuff.  Part of that is

2     so you understand the formation of the organization and

3     how it got bigger, and hopefully that will make it easier

4     for you.

5          That will come in two caveats.  The first caveat

6     is that some of our witnesses have lives like everybody

7     else, and they may not be able to come exactly when we

8     want them, and so we have to go out of order just a little

9     bit.

10         The second caveat is that the AR-15 that was used

11    in those murders and attempted murders, we're going to

12    talk about its recovery five months after it was first

13    used, and when we talk about its recovery, first that's

14    hopefully will give you context how it was used during the

15    crimes.

16         You will hear from victims in this case.  You will

17    hear from Johnny Jones who I talked about initially.  You

18    will hear from Darnell Canady, and you will hear from

19    other victims, from Anthony Bowen.  You will hear from

20    cooperators, from Derrick Kennedy, who was one of the

21    individuals that was selling drugs in West Virginia, as

22    well as Anthony Lovejoy.  They will both come in and talk

23    about both the drug dealing as well as violent acts that I

24    talked about.

25         To talk about cooperators, let's just put

1     something on the table.  Some of these individuals have

2     done very bad things.  Matleah Scott will come in, and

3     she's going to tell you how she sent Billy Arnold text

4     messages of the location of rival gang members.  Some of

5     the things these cooperators have done rival what some of

6     these gentlemen have done.  We don't expect you to like

7     these cooperators.  These cooperators have pled guilty to

8     crimes.  They've signed plea agreements with the

9     government, and expect a benefit for testifying.

10            What we do expect you to do is take the evidence

11    that they provide, compare it to other evidence, and

12    decide for yourself whether or not you believe the

13    cooperators.

14            We're going to bring in a number of law

15    enforcement officials.  They will talk about -- some of

16    them will talk about very old acts, very old things from

17    2003, 2004, 2005.  They are not going to remember anything

18    about those acts.  I want to be clear about that.  They

19    may have to rely solely on their police reports to talk

20    about those acts.

21            The reason why we're going to bring in some of

22    this older stuff is to show who was together at certain

23    times, to show who was around drugs at certain times, and

24    to corroborate the information that you're going to hear

25    from these cooperators.

1          As I said, you're going to hear social media

2     posts, just like the one Jeffrey Adams talked about when

3     it came to rival gangs.  You're going to see the hit

4     lists.  You will see photos and videos from phones that

5     were seized from defendants.

6          You will hear rap lyrics.  Now these rap lyrics --

7     you're going to see videos -- these rap lyrics are not

8     just coming in because they are vulgar lyrics.  They are

9     coming in because they will rival -- they will corroborate

10    real life events.  You will hear them talking about e-y-e.

11    Other lyrics will come in because it corroborates real

12    life events.  There is going to be some very vulgar

13    language.  We will do our best to minimize it.  At certain

14    points we will have to have the agent read some very

15    vulgar language into the record, but we will try to

16    minimize it.

17         You will see tattoos.  These tattoos will

18    demonstrate Seven Mile Bloods members or associates

19    allegiance to the organization.

20         You will hear from forensic examiners.  They will

21    come in and talk about they analysis they did on

22    ballistics casings that were recovered from crime scenes

23    and matched it up to the AR-15.

24         You will see text messages like the one we talked

25    about with Matleah Scott where she told Billy Arnold where

1  rival gangs were, and you will learn when we recovered a
2  phone or recovered a phone number, we were able to go back
3  to the phone company and gets what's called a cell phone
4  data.  We can take the cell phone towers and determine
5  where an individual was at a certain location, a certain
6  time based on the cell phone tower data.
7      Now the defendants are represented by very capable
8  attorneys.  They will do their best to tell you why the
9  government has not made its case.  We're confident that
10 when you hear all of the evidence, and you see all the
11 exhibits that we introduce, that you will find the
12 defendants guilty of all the charges.
13     On behalf of United States of America, we thank
14 you for your service in this case.  We recognize the
15 summer is not an idea time for this, but we thank you for
16 this, and I appreciate you taking the time this morning.
17         **THE COURT:**  Thank you, Mr. Wechsler.
18     On behalf of defendants, Mr. Spielfogel?
19         **MR. SPIELFOGEL:**  Thank you, your Honor.
20     Good morning, ladies and gentlemen.  My name is
21 Keith Spielfogel.  Together with Mr. Daly, we represent
22 Corey Bailey.
23     Now the government has just come before you and
24 told you that they are going to prove two things to you as
25 far as Corey Bailey goes beyond a reasonable doubt.  The

1    first thing that they said they will prove is that Corey

2    Bailey joined a criminal enterprise, and I guess since

3    they are going back to 2003-2004, he did this when he was

4    about 15 years old.

5           The second thing they told you, and it may have

6    been hard for you to glean this from what the prosecutor

7    just said, but they accused him of having played a role in

8    the Djuan Page shooting that occurred.

9           So the two things they will prove to you beyond a

10   reasonable doubt is that an enterprised existed in this

11   case, and Corey was involved in a shooting.

12          Well, ladies and gentlemen, this is our

13   opportunity to tell you what we believe the evidence will

14   show, and I want to start by saying to you that when the

15   government says that they will prove these two things

16   beyond a reasonable doubt, they are 100 percent wrong, and

17   they are wrong for the most simple of reasons.

18          Number one, there is no criminal enterprise that

19   exists in this case.

20          Number two, Corey Bailey had absolutely nothing

21   whatsoever to do with what happened to Djuan Page.

22          So here's what I want to do.  First, I will talk

23   to you about the nonexistence of the enterprise.  Then I

24   will talk to you about why that's important in this case

25   in your deliberations.  Then I will talk to you about the

1       Djuan Page situation that the prosecutor referred to, and

2       then one other piece of information that he just referred

3       to at the end here about rap videos, and what role they

4       play in this case, okay?  So let's start with the

5       nonexistence of the criminal enterprise.

6               Ladies and gentlemen, the evidence that you're

7       going to hear is that this co-called enterprise had

8       absolutely no hierarchy whatsoever.  They will tell you

9       there were no officers, no people who were assigned to do

10      any assignments.  There were no people who congregated

11      together to do things in an official capacity.  There were

12      no people who had different responsibilities or doing

13      anything.  There was no hierarchy as you would expect in

14      any enterprise that exists.

15              This whole thing about this RICO conspiracy,

16      this was designed to go after the mafia.  That's what this

17      enterprise was created about, the whole RICO thing.

18      There's absolutely nothing in this case that you will see

19      about an enterprise.  They will talk about drugs sales.

20      There were drugs here and drugs there.  You will see,

21      ladies and gentlemen, there was no place where they kept a

22      central place where you got your drugs, everyone in this

23      supposed so-called enterprise went and got their drugs and

24      distributed their drugs.

25              You will find out that not only was there not a

1   sharing of the profits, that this enterprise -- usually

2   when you think of an enterprise as you should an

3   organization -- you gather up all the profits and share

4   the profits.  Not only did they not share profits, they

5   actually were in competition with each other.  There were

6   no donations.  There were no dues.  There were no set

7   meetings.  There were no initiations into this thing that

8   they are calling an enterprise.

9            Now ladies and gentlemen, what you're going to

10   see -- this is a precise meaning, and his Honor is going

11   to tell you what that precise meaning of an enterprise is

12   and he's going to tell you -- and actually let me back up

13   a second.

14            When he tells you the law on an enterprise, you

15   may very well hear from the government that, you know

16   what?  All of these things that Spielfogel is talking

17   about, that these things have to exist as far as an

18   enterprise, all of the things that I just mentioned, the

19   Judge is going to tell you that they actually all don't

20   have to exist, and you can still have an enterprise, and

21   you know what?  They are absolutely right.

22            You will not get a checklist at the end of the

23   evidence that will say no hierarchy, no keeping of drugs,

24   in competition with each other, no meeting, no

25   initiations, no dues, no this, no that.  You're not going

1    to get a checklist, and you're not going to underline it

2    and say when you add all of this up, there is no

3    enterprise.

4            But the part they will leave out on the issue of

5    enterprise is that the fact -- and the Judge will tell

6    you this -- the fact that those things don't exist, may be

7    considered by you in determining whether or not an

8    enterprise existed in this case, and he will further tell

9    you -- and I want to get this exactly right -- he will

10   further tell you that this so called enterprise had to

11   have had enough organization so that its members operated

12   in a coordinated manner in order to carry out the alleged

13   common purpose of the group.  That's what's he going to

14   tell you what an enterprise is.

15           You're going to see, ladies and gentlemen, there

16   is no organization here.  It was not carried out in any

17   kind of organized manner whatsoever.  These people were to

18   a large extent competing with each other, and certainly

19   there was no common purpose to what we are dealing with

20   here, and you know what's going to tell you that?  Do you

21   know what's going to make it so you have a reasonable

22   doubt?  The nonexistence of factors that he will ask you

23   to adopt.

24           Let me tell you where an enterprise exists in

25   this case.  It exists in the attempt of the government to

1    take a group of young people -- and they were young.

2    We're going back to O3, O4, O5, whatever -- it's their

3    attempt to take a group of young people who grew up in a

4    neighborhood together.  Some of these people, some of

5    these young men were playing basketball together when they

6    were in second grade wherever they could find a hoop

7    somewhere in the -- and you will hear this term all the

8    time -- in the Red Zone.  These kids from the second

9    grade, a lot of them knew each other.

10        The only place where the enterprise exists is in

11   their attempt to take something that was designed for the

12   mafia to put them altogether and to say let's bring them

13   all into this courtroom, and we'll say they are an

14   enterprise.

15        Ladies and gentlemen, let me tell you something,

16   Corey Bailey never joined an enterprise.  Corey Bailey

17   walked out of his home when he was a child, a young boy

18   and saw what was going on on the streets, around his house

19   in the Red Zone, and he saw what was going on on each and

20   every -- just about every corner that he grew up around.

21   This was a world he walked into.

22        You will learn that he walked into that world

23   with a mother who died when he was eight years old, and he

24   had absolutely no guidance, no one to help him navigate

25   the streets that were right outside of his door.  He

1      didn't join an enterprise.  He joined in an attempt to

2      simply survive in the world that was dealt to him.

3              Now ladies and gentlemen, I'm certain that he

4      would have liked it to have been different.  There's no

5      doubt in my mind that he would have preferred to have

6      grown up like in New Jersey where I grew up, and there's

7      absolutely no question whatsoever that he doesn't want

8      this life for his little boy, but I tell you this, ladies

9      and gentlemen, so that you understand that the only place

10     where an enterprise exists is in their words.  He didn't

11     join an enterprise.  He walked out of this door and joined

12     the world that he was in and attempted to survive, and he

13     nothing whatsoever to do with an enterprise.  They cannot

14     prove an enterprise because an enterprise does not exist

15     in this case.

16              Why is this important?  Why is this important?

17     Why do I spend all of this time talking about an

18     enterprise?  Some of you know the answer for that because

19     when I was talking to you in the beginning, I kept talking

20     to you about the elements and I brought that up over and

21     over.  It's important because every single charge in this

22     case involving Corey Bailey requires that they prove

23     beyond a reasonable doubt that Corey Bailey was an

24     enterprise, that the enterprise existed.

25              You'll see that in some of the instructions it

1     will list it right off the bat.  The first thing will be

2     you must find that an enterprise existed.  In other things

3     you will see -- it will say it was part of a racketeering

4     activity.  Whatever you see that word "racketeering",

5     think enterprise because they have prove an enterprise in

6     order to prove racketeering.

7            So really in one sense -- I hate to say this --

8     but in one sense your job will be made easier because once

9     you have decided that the government has not proven an

10    enterprise beyond a reasonable doubt, every accusation,

11    every count that they've brought against Corey, the oath

12    you took requires that you find him not guilty of those

13    charges.

14           Now I know that's easy for me to say, but here's

15    what I have to be concerned about.  You have to be

16    concerned about that you will hear a lot of other things

17    in this case, and you heard already from the government a

18    whole bunch of other things.  So you may begin your

19    deliberations and you say, you know what?  You know what?

20    I really heard a lot of stuff here, and I know they talked

21    about this enterprise, and I know I have these

22    instructions from the Judge, but you know what I think I

23    will do?  I will cut him a bit of a break on that.  They

24    met four of the five elements, but this one they didn't

25    really meet it, but it's close enough.  I'll cut the

1      government some slack.  You want to know something?  You

2      are the jury.  There's 16 of you sitting here.  Eventually

3      there will be 12 of you who will decide this case, and

4      reality of the situation is that as I sit here, you could

5      do that.  You could actually do that.  You could go back

6      there and say, they have not proven that beyond a

7      reasonable doubt.  I don't like some of the other stuff.

8      I'm going to find that an enterprise existed.

9              What can I say to you?  The only thing that I

10     can say to you is that forcing the government to prove

11     every element beyond a reasonable doubt is the foundation

12     of our criminal justice system, and to some of you I said

13     this before in jury selection, in my years of doing this

14     has convinced me that this is the greatest system of

15     justice on the face of the earth.  All I can tell you is

16     that it would be wrong to do that.  You are the jury.

17             Let's talk about this -- and the prosecutor

18     spent very little time on it -- but let's talk about the

19     Djuan Page situation, where I think they refer to Corey

20     having something to do about it, but I want to get it out

21     front.

22             The first thing is on that charge, they must

23     prove that he was involved in that murder beyond a

24     reasonable doubt, and his Honor is going to tell you what

25     that means, and to some of you I read what that means, and

1    he will tell you that a reasonable doubt can't be based

2    on -- it must be based on reason and common sense.  It is

3    not based on pure speculation.  He will say that.  The

4    government will probably repeat that to you.  He will then

5    tell you that proof beyond a reasonable doubt must be

6    proof that is so convincing, that you would not hesitate

7    to rely and act on it in making the most important

8    decisions in your own life.

9           In the Djuan Page shooting, I don't believe that

10   they will call one eye witness that Corey had anything

11   whatsoever to do with that shooting.  That's my

12   understanding at this point.  They will not call one eye

13   witness.  So you're asking yourself, why in the world

14   would he be charged with that murder when they have to

15   prove it beyond a reasonable doubt without calling one eye

16   witness, and you got a little hint of the answer.  The

17   answer was something about cooperators.  We got

18   cooperating witnesses, and it was fair for them to say

19   they have done terrible things, but they are cooperating

20   witnesses.

21          Let me tell you what a cooperating witness is.

22   We can cut right through down to the core of it.  A

23   cooperating witness is a person whose testimony has been

24   bought by the government.  Plain and simple, and the

25   government hasn't paid for that testimony in cash.  They

1    don't cut a check for $20,000 to the witness or something
2    like.  That has been paid for in something that is far
3    more precious than money.  It's been paid for in freedom.
4    People who are looking at life sentences, the government
5    reduces it and says, we'll make a recommendation of 10
6    years, but you're free to argue for probation.  A person
7    who is looking at nine years, suddenly winds up with three
8    years, and you will hear it over and over again.  That's
9    what a cooperating witness is.
10            I want to tell you that if they bring in any
11   cooperating witness that has something of any kind of
12   importance to say about Corey, let's go back to the
13   framework of proof beyond a reasonable doubt.  I say to
14   you, if that person came to you and told you something,
15   and you were asked to act and rely upon it in making the
16   most mundane decisions in your life, the little ones, you
17   wouldn't rely on them in making that kind of a decision,
18   and what we are doing here in this courtroom, and what we
19   will be doing for the next several weeks, is you will be
20   called upon to make what I submit to you is one of the
21   most important decisions in your life.  The government
22   will never prove beyond a reasonable doubt anything about
23   Djuan Page.
24            There's one more thing that I have to talk to
25   you about because he brought it up at the end, rap video.

1    Rap videos.  Corey Bailey is a rapper.  I actually

2    listened to some of his albums.  He's actually very good.

3    Rap video.  Rap music.  What do they sing about?  What do

4    they rap about?  They rap about things that are real.

5    They rap about things that they imagine.  They rap to

6    build up their own street credit.  The more street credit,

7    the more they make themselves look big, the more hits they

8    get on these rap videos.  The more hits they get on it,

9    the bigger they become, the more money they make.

10           The government has said that they will play the

11    rap videos.  You know when I think about it a little bit,

12    when doing that, for these kids who grew up in that

13    neighborhood, in the world they grew up in, you kind of

14    had one of two dreams.  If you weren't big enough or

15    talent enough to dream about being in the NBA, a lot of

16    young men dreamt about being famous through rap videos,

17    and you will hear testimony from several witnesses that

18    they too were rappers.

19           But the government has said, we're going to play

20    these rap videos for you.  They acknowledge to you that

21    they are vulgar, there is racist language in them, there

22    is sexist language in them.  That's why in the

23    questionnaire we asked you if you could still be objective

24    if you heard that kind of language, and they will play

25    this.

1              Well, the problem for me is that if they are

2      going to play them, we will play them.  We will play some

3      of them to show you the context of what these rap videos

4      are like.  We will play some of the most famous rappers,

5      people who won Grammy awards, people who have had million

6      of hits to show you what that what these raps are that

7      they are playing, they are taking it out of context, and

8      what the real world of rap video is.

9              But I will tell you this, these rap videos have

10     absolutely no place in this trial, and I will tell you

11     this, if the government won't play them, I promise you

12     that I won't subject you to listening to this vulgarity

13     and everything else in them, but if they do, I am going to

14     ask you, as I will with all the other evidence, to focus.

15     It's not going to be easy, but we have to keep our focus

16     on the two important things in this case:  Have they

17     proven beyond a reasonable doubt the existence of an

18     enterprise?  Have they proved beyond a reasonable doubt

19     that Corey had anything whatsoever to do with Djuan Page?

20             We say to you that if you will do that, if you

21     simply do that and focus on whether they met their burden

22     of proof beyond a reasonable doubt, you will sign the

23     verdict forms as to Corey that simply indicate that the

24     government has not met its burden of proof beyond a

25     reasonable doubt, and you will sign the verdict forms

1    finding him not guilty, and I thank you very much for your

2    time.

3              **THE COURT:**  Thank you, Mr. Spielfogel.

4         Mr. Scharg?

5              **MR. S. SCHARG:**  Good morning, ladies and

6    gentlemen.

7              **ALL JURORS:**  Good morning.

8              **MR. S. SCHARG:**  Good morning, ladies and

9    gentlemen.  My name is Steven Scharg, and I represent

10   Keithon Porter, who seated at the end of the table.

11        As you know, there's three sides to every story.

12   You already heard the prosecutor's theory of their case.

13   You will hear the theory of my case, and then your job as

14   jurors is to make the decision of whether these

15   individuals -- and I'm talking especially to Mr. Porter --

16   whether he is guilty of these charges alleged by the

17   government, and you will make this decision based on the

18   evidence that you will hear from that witness stand.

19        You will hear that there had been -- or there will

20   be almost 200 witnesses called by the government.  You

21   will hear that there's going to be possibly 500 exhibits

22   presented be the government.  However, remember when

23   sitting here in this jury box and listening to all of

24   these hundreds of witnesses, and listening to what

25   exhibits are presented by the government, remember the key

1    principles that the Judge explained to you earlier today

2    and last week:  One, what I say, and what the government

3    says is not evidence.  The only evidence that you will

4    have to decide is what you hear and what is shown to you

5    from that witness stand.

6            Two, the presumption of innocence.  As you're

7    sitting here listening to these witnesses over and over

8    and over, hundreds of people coming forward to talk about

9    this case, remember the entire time that you're sitting

10   here until time you go into the jury room, Mr. Porter is

11   presumed innocent.

12           Burden of proof.  We do not have to prove anything

13   to you.  I don't have to get up at the conclusion of the

14   government's case and put on any witnesses if I feel they

15   are not needed.  The government has the burden of proof to

16   prove that they are proving their case beyond a reasonable

17   doubt that Mr. Porter did what they claim he did.

18           Ladies and gentlemen, Mr. Wechsler got up in his

19   opening statement and mentioned to you about an incident

20   that happened on May 1, 2015.  Before I get into the facts

21   of that case, I think the evidence will show -- I want you

22   to know that during the entire trial, you will not see Mr.

23   Porter, Mr. Keithon Porter in any rap video.  You're not

24   going to see him in any Instagram text messages.  You will

25   not see him in any Facebook videos.

1          What you will hear, ladies and gentlemen, is that

2     on May 1, 2015 as Mr. Wechsler told you on a street called

3     Troester in the city of Detroit, I anticipate that the

4     evidence is going to show to you that a person by the name

5     of Ralpheal Carter was walking with his two kids down the

6     street.  As he is approaching his family home on Troester

7     Street, I anticipate Mr. Carter will tell you that he, as

8     he is approaching the house, his kids are in front of him,

9     and I anticipate that you will hear that a vehicle was

10    observed coming down the street very slowly.

11         I anticipate that Mr. Carter will say that

12    instantly he heard gunshots.  His kids ran in terror.

13    They ran to the house, and before Mr. Carter could get to

14    the house, he is shot down.  He laid down.  As Mr.

15    Wechsler told you he was down, and he was paralyzed.

16         As you know, I'm sure in every shooting in the

17    city of Detroit the police come to the scene.  The police

18    were called.  They did a thorough search of the

19    neighborhood for who these individuals were that shot Mr.

20    Carter and almost injured his children, and I anticipate

21    that you will find out through this investigation that

22    nobody saw Keithon Porter anywhere near the house on

23    Troester Street that day.

24         I anticipate that you will hear from officers that

25    arrived on the scene that they knocked on the neighbor's

1    doors to see if anyone had a video on their houses to see

2    if they saw any description of anyone involved in the

3    crime, and I anticipate you will hear that they have no

4    witnesses as to who fired the shots that paralyzed

5    Ralpheal Carter.  No eyewitnesses were given to any

6    Detroit Police Officer on that day nor to this day.

7            I also anticipate, ladies and gentlemen, that on

8    May 8, 2015 as Mr. Wechsler told you, that on the streets

9    of Duchess and Craft in the city of Detroit, there was

10   another shooting, and as Mr. Wechsler told you there were

11   a number of individuals who were there that day.  One

12   specifically was Devonte Roberts who was murdered.

13           Mr. Roberts was in a vehicle with three other

14   people.  I believe you will hear from the witnesses that

15   Mr. Roberts was in the car with his brother Darrio.

16   You're going to hear there was another driver by the name

17   of Marquis Wicker.  He was in the car with them, and

18   another individual by the name of Jesse Ritchie.

19           I anticipate that you will hear that the evening

20   that this happened, they were ambushed.  These individuals

21   were ambushed in their vehicle, and I anticipate that you

22   will hear that there was possibly two individuals who were

23   involved in the shooting.  However, Detroit police

24   officers were summoned to that area after they heard shots

25   were fired, person was hurt.  They came to the scene, and

 1      they were not able to identify anyone, including Mr.

 2      Porter, a person who shot at these four individuals.

 3               I anticipate, ladies and gentlemen, the evidence

 4      will show more than just that.  You will hear information

 5      from the government I believe, and as Mr. Wechsler told

 6      you, they recovered cell phones during this entire

 7      investigation.

 8               I submit to you, ladies and gentlemen, that you

 9      will hear no evidence whatsoever that not one phone was

10      recovered from Keithon Porter during this entire

11      investigation of 2003 to 2018.  They did not ever recover

12      a cell phone from Keithon Porter's person that would tie

13      him to this these two shootings on May 1st or May 8th of

14      2015.

15               As we also know from Mr. Wechsler and my

16      co-counsels, that there are informants.  You're probably

17      wondering in your mind, if there are not any eyewitnesses,

18      then how is Mr. Porter even here today?  As you remember,

19      we don't have to prove why he is here today.  The

20      government has to prove beyond a reasonable doubt that he

21      did something wrong.

22               I anticipate, ladies and gentlemen, that when you

23      hear these witnesses, such as Derrick Kennedy, who is, I

24      believe, one of their confidential informants, I

25      anticipate that you will hear from Mr. Kennedy that he's

1    the person who threw Mr. Porter into this mess.  I

2    anticipate that you will hear that Mr. Kennedy really

3    doesn't even know Mr. Porter at all.  And I also

4    anticipate that you will hear that Mr. Kennedy was not

5    present on May 1, 2015 at the shooting on Troester Street.

6    And I also anticipate you will hear that Mr. Kennedy was

7    not present at the time of the shooting on May 8, 2015 on

8    Duchess Street and Craft in the city of Detroit.

9         I believe you will hear that Mr. Kennedy had to

10   come forward to the government and talk to them to get the

11   deal that he wanted to get, to get him out of the

12   situation that he was facing at the time, and you'll hear

13   more about that during the trial.

14        I also anticipate that you will hear that when Mr.

15   Kennedy met with the government and their agents about

16   whatever he was talking about, that he did not voluntarily

17   come forward and say that he knew who did the shooting on

18   May 1st and May 8th.  And what I mean by that, ladies and

19   gentlemen, you would think that if a person was an

20   eyewitness to a situation and trying to help somebody,

21   they would immediately come to the police department and

22   say, look.  I have information to give you.  I know who

23   did the shooting on such and such a date.

24        I anticipate that you will hear from Mr. Kennedy

25   that didn't happen on his part.  That didn't happen.  He

1    didn't come to the police to tell them what happened or

2    who did the shooting here on May 1st or May 8th, but it's

3    when he wanted the deal, he made the suggestion after he

4    could work out his own deal for what's best for Mr.

5    Kennedy.

6         So I anticipate, ladies and gentlemen, at the

7    conclusion of this case, you will find that there really

8    isn't any evidence against Mr. Porter.  I anticipate that

9    you will hear from that witness stand that there's, by the

10   government, they will try to present to you that there is

11   phone records that will show that Mr. Porter was near the

12   shooting scenes, when Mr. Carter was shot, and when the

13   individual Mr. Roberts was killed on May 8, 2015.  The

14   only problem is, ladies and gentlemen, the phone they are

15   trying to use was not Mr. Porter's phone.

16        And I anticipate, ladies and gentlemen, that at

17   the conclusion of that case, I am going to ask all of you,

18   all of you to come back with a verdict of not guilty of

19   these charges.  Thank you.

20             **THE COURT:**  Thank you, Mr. Scharg.

21        Mr. Scharg?

22             **MR. H. SCHARG:**  Good afternoon, ladies and

23   gentlemen.  Good afternoon, your Honor.

24        As the attorney for Eugene Fisher, we have the

25   opportunity to make an opening statement at this time, and

1    we will reserve that opportunity to address the jury at

2    the conclusion of the government's proofs.  Thank you.

3                    **THE COURT:**  Thank you.

4           Mr. Johnson?

5                    **MR. JOHNSON:**  Good morning, ladies and

6    gentlemen of the jury.  I represent Devon Patterson.  At

7    this time we have the opportunity to make an opening

8    statements, and we too reserve that until a later time.

9    Thank you.

10                   **THE COURT:**  Thank you, Mr. Johnson.

11                   **MR. FEINBERG:**  Good afternoon.

12                   **ALL JURORS:**  Good afternoon.

13                   **MR. FEINBERG:**  I am Jim Feinberg.  I

14   represent Robert Brown, II.

15          You heard the government give their opening

16   statement.  One of the first things it indicated is that

17   there's lots and lots of charges.  Most of the charges are

18   redundant.  They are the same charge with different

19   titles.

20          It is the defense position that if the government

21   says that Mr. Brown is guilty of the same crime with a

22   different name over and over and over again, you will

23   believe what the government says.  In politics, it is very

24   common to say the same thing over and over and over until

25   the people start believing it.

1         It is the same thing in this case.  Just because
2    Mr. Brown is being charged with lots of different crimes,
3    doesn't mean that it is true.
4         Also, one of the things that the government said
5    that they will prove is that one of the acts in
6    furtherance of the enterprise is the selling of drugs, and
7    he used the words "they made tons of money."  What you
8    will not see on behalf of Mr. Brown is any proof by the
9    government is that he had any money, that he lived a
10   lifestyle where he was making tons of money.
11        Listen to what not only what the government is
12   attempting to prove, the evidence, but also the lack of
13   evidence that the government is not able to show.
14        Violence is one of the important areas of the
15   enterprise.  The government suggested that on June 7,
16   2006, Mr. Brown killed Cleo McDougal.  He said that Mr.
17   Brown was a fighter.  He got the best -- Mr. McDougal got
18   the best of him.  He was bleeding, and that Mr. Brown went
19   and got an AK-47 and was brought back to the scene by Mr.
20   Murphy, Jonathan Murphy, who the government says you will
21   now hear from Mr. Murphy that he was present when Mr.
22   Brown killed Mr. McDougal.
23        Of course, the government didn't tell you that
24   shortly after the murder, a person by the name Elroy Lucky
25   Jones was arrested, charged with first degree murder and

1       went to trial in the state court and was found guilty.  He

2       was found guilty because witnesses testified that they saw

3       Lucky Jones kill Mr. McDougal.

4              Well, after the first trial the case had to be set

5       aside because the court reporter -- not Mr. DiBartolomeo,

6       who I have known for more years than the two of us would

7       admit -- the notes were lost.  So they had to retry Elroy

8       Lucky Jones, and what happened at the second trial?  Lo

9       and behold, he was convicted of first degree murder

10      because of the evidence presented to the jury, and the

11      jury found him guilty beyond a reasonable doubt.  But now

12      Mr. Murphy comes forward and says, I was there.  I saw Mr.

13      Brown commit the murder.

14             What the government is not going to tell you or

15      didn't tell you in their opening, the reason that Elroy

16      Lucky Jones was convicted is that the brother of

17      Mr. McDougal, who knew Elroy Lucky Jones for a long time,

18      identified Lucky Jones as the killer.  You can't get

19      better identification than the brother of the decease who

20      knew the shooter.  But the government isn't satisfied with

21      that identification.  They are going to call Mr. Murphy.

22             What the government didn't tell you in their

23      opening about Mr. Murphy, and what the defense is going to

24      show you, is that Mr. Murphy testified at a prior hearing

25      about the murder of Mr. McDougal.  What did he testify to?

He testified that the reason he remembers everything is
because Mr. Brown, when he had the AK-47 and was going to
go kill Mr. McDougal, told Mr. Murphy, go take care of my
son.  Mr. Brown supposedly told Mr. Murphy, go take care
of my son.  So Mr. Murphy who knew his son since birth,
went and got Mr. Brown's son the same day that the
shooting occurred.  What the government didn't tell you is
that Mr. Brown's son was born two months later.  His son
wasn't born on June 7, 2006.

A cooperating witness generally is someone who is
charged with a serious crime, sometimes the same crime
that the defendants are charged with, and are facing 20
years, life, 30, huge numbers.  They play "Let's Make a
Deal."  I confess he did it, and what happens when they
make let's make a deal?  They don't get life.  They don't
get 30.  They don't get 20.  They get a real good deal.

Now understanding that someone who is agreeing to
do 10 years, 12 years, that's serious time, but nothing
compared to what they were facing before the TV show
"Let's Make a Deal," and the deal that they made was to
safe themselves, and they are willing to say anything that
is necessary to safe themselves.

Now Mr. Murphy says, I was with Mr. Brown when
the shooting occurred.  I was taking care of his son who
didn't exist at the time.  He says he was a witness to the

1    murder.

2            The prosecutor during questioning of the jury

3    indicated to you this is not TV.  Don't expect DNA or CSI.

4    Well, let's take them for their word.  They are not going

5    to produce any crime scene investigation or DNA involving

6    the shooting of Mr. McDougal.

7            Why is that important?  The testimony was that

8    Mr. Brown was suppose to have been beaten up and his face

9    was bloody.  Now blood has DNA.  You get into fight with

10   someone, you have the DNA on the person that you were

11   fighting with.  No DNA of Mr. Brown.  No crime scene

12   investigation showing that Mr. Brown was present.  No

13   hair.  No DNA.  No skin.  Nothing, but this is kind of

14   evidence that the government is going to say is sufficient

15   for you to believe the evidence against Mr. Brown.

16           Same thing with the shooting of May 10, 2015.

17   There's no evidence at all other than let's make a deal of

18   Mr. Brown being present when there was a shooting.

19           I think what the prosecutor says is 62 bullet

20   holes in the car.  No evidence whatsoever other than

21   someone wanting to make let's make a deal to show that Mr.

22   Brown participated or was even present during that

23   shooting.

24           Mr. Spielfogel indicated the enterprise, the

25   racketeering.  Everything that Mr. Brown is being charged

1    with has to be part of the enterprise.  Not himself.  Not

2    that he wanted to do something on his own, but that it was

3    all part of the enterprise.  There's no showing that Mr.

4    Brown was part of the structure or hierarchy, even though

5    he had been in the so-called Seven Mile Bloods for a long

6    time.  He wasn't an officer.  There was no official

7    capacity that Mr. Brown is alleged to be taken part of,

8    and no proof that he ever participated in any

9    organizational capabilities of the enterprise.

10          And again, they made tons of money according to

11    the government, and that there it was sharing because it

12    was part of the enterprise.  There's no testimony at all

13    that Mr. Brown made or shared in any proceeds of any of

14    this alleged enterprise.

15          This is going to be a long trial.  There are a

16    lot of witnesses.  When the witnesses come forward and

17    attempt to testify against Mr. Brown, I want you all to

18    listen carefully and say again, is this the kind of

19    testimony, the kind of evidence that you would want a

20    loved one who maybe facing trouble, to have that person

21    testify against you or your love ones?

22          Consider the motive for them to lie, the motive

23    for the government to bring them in to testify.  They are

24    not charging Mr. Brown with a crime and hoping for a

25    verdict of guilty.  They are putting four assistant U.S.

1    Attorneys, a helper -- a paralegal with their office, and

2    Agent Ruiz who is a special agent, and again, all of these

3    150 witnesses.  They are not putting all of them together

4    just on an if come.  They are hoping to convince you by

5    all of this evidence that doesn't really bear belief in

6    order to convict Mr. Brown of any crime.

7           At the conclusion of the case, we're going to go

8    through the evidence, and we're going to go through the

9    witnesses as to whether or not those witnesses should have

10   any belief against Mr. Brown, and whether or not the

11   government has proved beyond a reasonable doubt that Mr.

12   Brown is guilty.  Thank you.

13           **THE COURT:**  Thank you, Mr. Feinberg.

14       Mr. Magidson?

15           **MR. MAGIDSON:**  I will defer to Mr. Theis.

16           **THE COURT:**  Okay.  Thank you.

17           **MR. THEIS:**  Good afternoon.  I am John

18   Theis.  Along with my co-counsel Mark Magidson, we

19   represent Arlandis Shy.  Mr. Shy, we introduced to you

20   earlier, a couple of weeks ago when we chose the jury, the

21   gentleman seated over there.

22       I have good news.  This is the last one of the

23   opening statements that you're going to listen to, and I

24   have better news in that having in listening to some of

25   the other remarks that the other lawyers made, I have been

1    able to edit some of it out so I'm not repeating things

2    that they said, because I think that would be something

3    that would not be a good idea.  I will try to do that, but

4    there are some things that are so important and so

5    critical to the decision making process that you will be

6    involved with over next several weeks, that I do have to

7    talk a little bit how they apply to Arlandis Shy.

8         As you know, we have been telling you -- and the

9    Judge has told you again today -- about the burden that

10   the government has of proving people guilty, and the

11   standard of proof beyond a reasonable doubt, and the

12   reason we talk about that, and the reason we bring it up

13   so often is that it is proven to be the best way of making

14   decisions about evidence, and determining whether the

15   evidence proves somebody guilty beyond a reasonable doubt

16   is to have the government introduce -- the burden of

17   introducing that evidence, and that way we avoid making

18   mistakes, because we all know that you want to get this

19   right.  Jurors, of course, want to make their decision the

20   right way, and you will get instructions about what things

21   you can consider.

22        But the words are not just legal words that we

23   throw around.  They mean something, and the reason for the

24   last couple of hundred years, as proven to be the best way

25   to decide cases, is that only by holding them to a high

1   standard of proof, can we make sure that the decision of

2   someone, whether they are guilty or not, is the right

3   thing.

4           The reason they are not going to be able to prove

5   Arlandis Shy guilty of any offense in this case, any of

6   the charged offenses of this case is because he is not

7   guilty of being a racketeer.  He is not guilty of being a

8   member of a racketeering conspiracy.  He is not guilty of

9   any what they call substantive counts, the counts that you

10  will hear evidence about, the events that they say that he

11  participated in, and if they were, they would have

12  sufficient evidence to prove it, but they don't, and they

13  will not be introducing that evidence in this case.

14          Now the government told you today and earlier on

15  in jury selection, that this isn't television, and one of

16  the other lawyers mentioned it today.  I think while you

17  were sitting back there for hours, you must have realized

18  that this must not be like television because there is a

19  lot of time that these things take to introduce all of

20  this evidence when you have number of defendants and a

21  number of events that the government is going to introduce

22  evidence about.

23          And when they said there's not going to be

24  somebody running in with DNA that's going to prove

25  somebody guilty, that to me diminishes the fact that, in

1    fact, there are resources that the government has that

2    have developed over the years, scientific resources,

3    techniques that do help determine whether somebody is

4    guilty or not.  Otherwise all trials would just be he said

5    she said situation, and you would have to decide based on

6    way the witness presented themselves, and what they said,

7    whether they contradicted themselves or contradicted by

8    other people.  That would be the only way to determine

9    whether somebody is guilty.

10           But there are things that the government can do,

11   and the government told you this morning that when they

12   got some of these witnesses who very frankly have a lot of

13   baggage, who have said things that contradicts what they

14   will say in court, who are themselves guilty of serious

15   offenses, who made deals to avoid lengthy periods of time,

16   and so the government says to you, but don't worry.  We

17   will be able to deal with it because we have evidence to

18   corroborate what they say, and I'm telling you -- and I

19   want you to listen -- hold me to what I say just like I

20   want you to hold the government to what they say -- there

21   will not be any such corroboration of any of the things

22   that they are saying about Arlandis Shy.

23           They do have resources.  They have got phone

24   records.  They've got text messages.  They've got

25   ballistics tests.  They've got all sorts of things that

1    they now use, techniques.  In fact, you will see some of

2    them concerning other individuals in this case, but

3    there's nothing about that with Arlandis Shy.

4         So when they tell you that it is not like TV and

5    we don't have those things, they will introduce evidence

6    like that, but not against the defendant, and I will talk

7    to you a little bit about what the evidence I believe is

8    going to show about Arlandis Shy, but first I would like

9    to break down for you a little bit about what the

10   allegations are against him and what he's charged with.

11        Like you heard the other lawyers, he is charged

12   with participating in this racketeering conspiracy.

13   Basically they are going to try to tell you, and I think

14   they said it today in opening, that if you're a Seven Mile

15   Bloods, you're guilty of being in the racketeering

16   conspiracy, and that's not the law, and you will be given

17   the law at the end of this case, and you will decide

18   whether Arlandis Shy's participation in this puts him in

19   the racketeering conspiracy.  Not just if hanging around

20   with the Seven Mile Bloods, you must be guilty.  That is

21   not the law.

22        What you will hear is he, like the other

23   defendants in this case, grew up in the neighborhood where

24   he knew some of these people.  Went to school with them.

25   Hung out with them in the neighborhood.  Saw them in the

1      community.  Not all of them -- in fact, you will hear the

2      government own witnesses tell you that Mr. Shy was not

3      around a lot of the time.  One of the government's main

4      witnesses will say, I didn't see him that often.  He isn't

5      always present, and listen.  When you're hearing the

6      testimony about who is at specific places and times, a lot

7      of the time Arlandis Shy is not around, but these are

8      people that he knows, and he's not running away from his

9      friendship with other individuals.  He did know them, but

10     some of this stuff goes back late 2000.

11            So to say that he's -- because he's hanging out

12     with these people, of course, that's not enough to put him

13     in the racketeering conspiracy.

14            But the government also alleges, in addition to

15     charging him with conspiracy, they allege a participation

16     and certain things called overt acts.  The indictment in

17     this case charges the racketeering conspiracy, and then

18     alleges certain things that are called overt acts, and

19     what that means is this, a conspiracy is just an

20     agreement.  It is two people agreeing to do something, and

21     under most laws you have to do something more than just

22     have an agreement.  You have to do something to further

23     that agreement.

24            So they charge in the indictment a number of what

25     they call these overt acts, and they kind of give you a

1          road map as to where the government feels each one of the

2          individuals is in participating in the case.

3                  Well, the overt acts that they referred to as to

4          Arlandis Shy, it starts with three drug cases or three

5          situations where he is suppose to be around drugs.  They

6          are in 2009, two events in 2009, and a third event in 2008

7          back when he was a teenager, almost 10 years ago.  That's

8          what they have charged.  This is proof that he was acting

9          in furtherance of the Seven Mile Bloods racketeering

10         conspiracy.  They had to go back that far to find events

11         to charge overt acts with regard to the drugs, and you may

12         hear other testimony.  I don't know what all of the

13         witnesses are going to say.  You may hear other testimony

14         that he was had some contact with drugs later, but those

15         are the only ones they set forth in this road map of overt

16         acts.

17                 There are a couple of other events that they also

18         charged that actually did happen later than sometime a

19         decade ago, and one of them is an event where they are

20         alleging that he was in a car.  He was driving a car, and

21         another individual, the passenger in the car when they are

22         driving away from a gathering, a party, they police come

23         and try to stop them, and the passenger -- and the

24         government's witness will say this.  This is not just me

25         telling you -- the government's witnesses will tell you

1     that the passenger threw a gun out of the car, and they

2     charged that as something that is he has a driver of the

3     car, when the passenger threw it out, that's an overt act

4     in furtherance of conspiracy.

5          But most -- the most serious and most violent act

6     charged with regard to Arlandis Shy occurred from May 8,

7     2015, and that is also not only an overt act, but that

8     accounts for a number of the separate counts in the

9     indictment that alleges his participating.

10         So I will spend a few minutes talking to you about

11    that May 8, 2015 event because one, it was a serious act.

12    It is murder, and other people were shot, and they have

13    alleged that Arlandis Shy and two other people were in the

14    car in which the shots were fired.

15         It may surprise you, I don't know, that there will

16    be no witness who is going to come to court and testify

17    that they saw Arlandis Shy in that car involved in that

18    murder.

19         They are going to introduce, however, some of this

20    physical evidence that I was talking about earlier to

21    prove that individuals were involved with that murder and

22    with that shooting.  Not against Arlandis Shy, but it

23    shows you that when they got the evidence, they can

24    present it.  They will show you texts between one of their

25    witnesses and Billy Arnold, the guy that did the shooting,

1    or that they alleged did do the shooting.  They will show

2    you cell phone records, not of Arlandis Shy who

3    voluntarily gave up his phone for them to check to see if

4    there was any records of it.  Nothing like that will be

5    introduced.

6         They also obtained shell casings or bullet

7    fragments that are later compared to a gun that was

8    recovered from someone else involved in this case, not

9    Arlandis Shy.

10        So they have physical evidence that will support

11   the involvement of others.  So they can do it when someone

12   is involved.

13        So if there's nobody saying that he was an

14   eyewitness saying that he was there participating in this,

15   and there is no physical evidence to say it, how can they

16   say that he was involved in it?

17        Well, you heard this morning the government

18   telling you about another way they introduce evidence, and

19   that is by making deals with people to get them to tell

20   them what is happening, but even that, Derrick Kennedy, a

21   convicted felon, drug dealer, who will testify is going to

22   tell you that he got arrested.  He was charged.  He is

23   facing big time as you heard, and he decides -- he and his

24   lawyer talks to the government and say, if you give me x,

25   I'll give you y, and what he gives them -- you know.  They

1       just don't make a deal with you if you tell them what you

2       did.  You have to give them what somebody else did, and

3       what he tells them is not I saw Arlandis Shy participate

4       in this shooting, this murder.  What he tells them is

5       Arlandis Shy told me he did this, and you will hear about

6       the circumstances where he says Arlandis Shy told him that

7       he was one of the people that shot the guy.

8              When you hear all of that, and you listen to his

9       testimony, and you hear all the reasons, things that if

10      you were asked to believe this person out on the street,

11      outside of this courtroom, in your community, in your

12      work, wherever it is that someone is telling you

13      something, you wouldn't believe a word what he said

14      outside of this courtroom, but yet, they are going to get

15      up and tell you now he is telling the truth.

16             When somebody tells you a story like that, you

17      want some corroboration.  You want something to say, hey.

18      I will not base a conviction of something so serious as

19      this without something to corroborate, and I suggest to

20      you that is not going to be here in this case.

21             Those are what I call the substantive charges

22      against him, that is, the shooting, all of those counts

23      related to that shooting, and then you will see that there

24      were other things, but they are all dependent of his

25      participation in this so-called racketeering conspiracy

1    which the government will not be able to prove.

2            Because of the lack of evidence of his involvement

3    however, I caution you to make sure that when listening to

4    the evidence, and you're going through it and determining

5    what to believe, what not to believe, whether something

6    has been proven or not, do not be distracted by things

7    that have nothing to do with somebody's guilt or

8    innocence, and by that I mean, I suspect the government is

9    going to introduce, as they've already talked about it,

10   these rap videos, Facebook postings, things like that,

11   that they will try to distract you and say, look at this

12   shiny over here so you won't notice that the evidence is

13   lacking over here.

14           Ask yourself, is this -- when they introduce this

15   evidence, is this being introduced as proof, or is this

16   being introduced to have you offended, insulted, bothered

17   by what you're seeing in those videos so you think, these

18   are bad guys?  Why would they say things like that?  Why

19   would they rap about things like that?

20           This is not what -- what you're here for is not a

21   judgment of the lifestyle of individuals.  That is what

22   they grew up with.  That's what they are familiar with.

23   That's what they like.  You will see Arlandis actually

24   participating as a rapper.  This is what they do.  It has

25   nothing to do with the charges of this case.

1           This case involves allegations of specific

2   misconduct, specific illegal acts, and whether the

3   government has any evidence of it, and whether they've

4   proven it.  Do not be distracted.  Do not decide that this

5   is a judgment on their lifestyle.

6           Because they will not have any of that evidence,

7   and will not be able to introduce any evidence of

8   Arlandis' involvement of guilt beyond a reasonable doubt,

9   we will get up at the end of the case and ask you to

10  present the only verdict that is going to be supported by

11  evidence in this case on behalf of Arlandis Shy, and

12  that's a verdict of not guilty.

13          Thank you very much.

14              **THE COURT:**  Thank you, Mr. Theis.

15          Ms. Finocchiaro, do you have a witness to get

16  started with?

17              **MS. FINOCCHIARO:**  Your Honor, at this time I

18  believe there is still some preliminary matters that we

19  have to address with both parties before we put on our

20  first witness.  This might be a good time to break for the

21  day.

22              **THE COURT:**  Okay.  We'll do that.  We've been

23  sitting a long time, and during the course of the trial if

24  you need to have a break or you are losing focus or need

25  to use the facilities, just catch my attention.

```
 1              We are using Judge Tarnow's courtroom, and he has
 2    these little cow bells, and he encourages jurors to ring
 3    the bell if they have to have a break.  I don't think you
 4    will necessarily have to ring the bell.  I will be happy
 5    take a break if you need it.
 6              In the meantime, remember for the reasons that
 7    we've discussed earlier, you are not to talk about the
 8    case among yourselves or with others while serving on the
 9    jury.  We will see you tomorrow, and I promise you that we
10    will get started timely, if you're here timely.
11
12                   (Jurors excused at 12:53 p.m.)
13
14              THE COURT:  Ms. Finocchiaro, I'm not
15    exactly --
16              MS. FINOCCHIARO:  Give us one moment, your
17    Honor.
18              MR. H. SCHARG:  Judge, while you're waiting,
19    I have three minor issues.
20              THE COURT:  So Judge Tarnow has an afternoon
21    hearing.  We'll have to do it up in the our hearing room
22    on 10.  I'm not sure --
23              MR. WIGOD:  Judge, I believe the parties
24    talked earlier about deferring instructing the jury on the
25    elements until after opening, meaning before we put on
```

 1    testimony, which essentially is now or tomorrow morning.

 2           I think both parties agree that given everybody's

 3    opening, it would be -- and given the timing of everything

 4    that we're now in the midst of the trial -- to simply skip

 5    instructing the jury on the elements and go right to the

 6    proofs.

 7           **THE COURT:**  I think that's a wise decision.

 8    I think at some point -- at any point during the trial if

 9    you wanted to revert to some instructions from the Court,

10    I think we have this prerogative.

11           As you indicated based on the openings, I think

12    they have a pretty decent introduction to the charges and

13    elements.

14           So is that's agreeable to all the defendants?

15           **MR. DALY:**  Yes.

16           **MR. THEIS:**  Yes.

17           **MR. H. SCHARG:**  Yes.

18           **MR. FEINBERG:**  Yes.

19           **MR. S. SCHARG:**  On behalf of Mr. Porter, we

20    agree.

21           **THE COURT:**  Okay.  So I guess we're going to

22    see Mr. Johnson and his client.  Is it Mr. Waterstreet

23    standing in plea?

24           **MR. WIGOD:**  Yes.

25           **MR. H. SCHARG:**  I have a couple of things.

1    It is my understanding in the first trial, the government

2    gave a list of witnesses in terms of sequence.  There is

3    150 witnesses, 500 exhibits.  I am not going to hold the

4    government to the fire, but I would like at least a

5    preliminary list each week, the Friday before the

6    following week as to witnesses they plan on calling.

7              THE COURT:  Did they do that weekly or was

8    that the day before?

9              MR. H. SCHARG:  I prefer the week before, and

10   give me a grouping of the witnesses they plan on calling

11   the following week rather than day before.  One reason

12   being is that there are some consultants that I have that

13   I will need arrangements for traveling, and also to help

14   me prepare for that week.

15             MR. SPIELFOGEL:  We won't hold them to that,

16   but at least it gives us a framework of what we need to

17   do.

18             THE COURT:  That makes sense.

19             MR. FEINBERG:  I would also ask that at the

20   conclusion of every day, what witnesses the government

21   intends to call the following day.

22             MR. SPIELFOGEL:  An update.

23             MR. THEIS:  I think it helps things move

24   smoothly.  We know the government has issues with moving

25   people around this case, probably more than usual, but it

1    helps if we know a week ahead and then an update the day

2    before.

3              MS. FINOCCHIARO:  Well, your Honor, I think

4    given that things do move around, and we don't know how

5    much cross there will be, and how long these witnesses

6    will take, we'll start to get that as the trial goes

7    along.  I'm happy to give it to them a little bit in

8    advance.  I don't know a full week.  Maybe the Friday

9    before we give a rough estimate, and for any major

10   witnesses, such as experts or anyone that they need a

11   consultant for, we'll try to give as much advance notice

12   as we can, and we're still working on our order ourselves.

13         So we told them that Agent Ruiz will likely be the

14   first person.  If he went on today, we gave them notice of

15   801(d)(2)(E) statements.  So we will try to get them for

16   the rest of the week.

17              MR. FEINBERG:  Who is after Agent Ruiz?

18              MR. WIGOD:  Detroit Police Officers.  Part of

19   the difficulty, we have no idea how long the defense

20   attorneys will be with Agent Ruiz.

21              MR. H. SCHARG:  It's our understanding each

22   Friday, we'll get a list of possible witnesses that they

23   are going to call the following week.  They have reserved

24   the right to add or change, but it will give us some

25   indication of some of the witnesses that will be called.

1              **MS. FINOCCHIARO:**  That's fine.

2              **THE COURT:**  Okay.

3              **MR. S. SCHARG:**  May I address two issues?

4              **THE COURT:**  Yes.

5              **MR. S. SCHARG:**  We saw the video of

6      Mr. Bailey and his interrogation back in 2014, and on that

7      second video where he indicated there was seven core

8      members of the Seven Mile Bloods, I was wondering in order

9      to -- is it possible to get the government to modify that

10     tape, and make it where Mr. Bailey is indicating that he

11     is Seven Mile Bloods and not mention anything about the

12     other members involved?  I mean, they are able to change

13     make those six little slips possible.  So I think it could

14     be worked out even --

15             **THE COURT:**  At what juncture do you expect

16     the clips?  How far in the trial?

17             **MR. WECHSLER:**  Realistically a month.  We can

18     work this out before then.  The government is not ready to

19     agree with Mr. Scharg's request, but we can work it out.

20             **THE COURT:**  Okay.  In that regard consult the

21     case log that talks about mutual terms.

22             **MR. S. SCHARG:**  Lastly, your Honor, yesterday

23     when Mr. Bailey, at the conclusion of the -- before we

24     left for our break -- Mr. Bailey stood up and indicated

25     that he pointed to a couple members that were sitting -- a

1    couple of defendants that were not Seven Mile Bloods, and

2    I think he pointed to my client, Mr. Porter.  I just want

3    the record to reflect that he did point to Mr. Porter,

4    indicating that he was not a Seven Mile Bloods, is that

5    correct Mr. Bailey?

6              **DEFENDANT BAILEY:**  Yes, that was correct,

7    your Honor.

8              **MR. S. SCHARG:**  I just wanted the record to

9    reflect that.

10             **THE COURT:**  All right.  Thank you.

11             (Proceedings adjourned at 1:03 p.m.)

12                        -   -   -

13               **C E R T I F I C A T I O N**

14        I, Ronald A. DiBartolomeo, official court

15   reporter for the United States District Court, Eastern

16   District of Michigan, Southern Division, appointed

17   pursuant to the provisions of Title 28, United States

18   Code, Section 753, do hereby certify that the foregoing is

19   a correct transcript of the proceedings in the

20   above-entitled cause on the date hereinbefore set forth.

21        I do further certify that the foregoing

22   transcript has been prepared by me or under my direction.

23

24   s/Ronald A. DiBartolomeo              June 19, 2018
     Ronald A. DiBartolomeo, CSR                Date
25   Official Court Reporter