<pre>
 1                    UNITED STATES DISTRICT COURT
                     EASTERN DISTRICT OF MICHIGAN
 2                        SOUTHERN DIVISION

 3

 4   UNITED STATES OF AMERICA,

 5            Government,
                                      HONORABLE GEORGE CARAM STEEH
 6       v.
                                      No. 15-20652
 7   D-3 EUGENE FISHER,
     D-4 COREY BAILEY,
 8   D-6 ROBERT BROWN,
     D-13 ARLANDIS SHY,
 9   D-19 KEITHON PORTER,

10            Defendants.
     _____/
11
                           JURY TRIAL
12
                     Monday, July 23, 2018
13
                        -    -    -
14
     APPEARANCES:
15
     For the Government:        JULIE FINOCCHIARO, ESQ.
16                              JUSTIN WECHSLER, ESQ.
                                TARE WIGOD, ESQ.
17                              MARK BILKOVIC,ESQ.
                                Assistant U.S. Attorneys
18

19   For the Defendants:       HENRY M. SCHARG, ESQ.
                                On behalf of Eugene Fisher
20
                                CRAIG DALY, ESQ.
21                              KEITH SPIELFOGEL, ESQ.
                                On behalf of Corey Bailey
22
                                JAMES FEINBERG, ESQ.
23                              On behalf of Robert Brown

24
                                MARK MAGIDSON, ESQ.
25                              JOHN THEIS, ESQ.
                                On behalf of Arlandis Shy
</pre>

1

STEVEN SCHARG, ESQ.
2                       On behalf of Keithon Porter

3

4                              -    -    -

5

*To Obtain Certified Transcript, Contact:*
6      *Ronald A. DiBartolomeo, Official Court Reporter*
*Theodore Levin United States Courthouse*
7      *231 West Lafayette Boulevard, Room 1067*
*Detroit, Michigan  48226*
8                  *(313) 962-1234*

9       *Proceedings recorded by mechanical stenography.*
*Transcript produced by computer-aided transcription.*
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                              I N D E X

2  _____   Page

3  **CHRISTIAN KERR**
   Direct examination cont. by Ms. Finocchiaro              5
4  Cross examination by Mr. Theis                           9
   Redirect examination by Ms. Finocchiaro                 12
5
   **MATTHEW GEREBICS**
6  Direct examination by Ms. Finocchiaro                   16

7  **THOMAS TREWHELLA**
   Direct examination by Ms. Finocchiaro                   23
8
   **ANDREW BERGER**
9  Direct examination by Mr. Wechsler                      26

10 **VICENTE RUIZ**
   Direct examination cont. Ms. Finocchiaro                34
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                      E  X  H  B  I  T  S

 2    Identification_____Offered____Received

 3    Government Exhibit Nos. 408A-G              6          6

 4    Government Exhibit Nos. 422C-I             18         18

 5    Government Exhibit No. 431                 22         22

 6    Government Exhibit No. 422L                26         26

 7    Government Exhibit No. 435                 30         30

 8    Government Exhibit No. 537                 37         37

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

*15-20652; USA v. EUGENE FISHER, ET AL*

```
 1                              Detroit, Michigan
 2                              Monday, July 23, 2018
 3                              At 8:50 a.m.
 4                         -    -    -
 5                   (Proceedings held with jury.)
 6
 7              THE COURT:  Okay.  You can all take a seat.
 8       Good morning, everyone.
 9            Ms. Finocchiaro?
10              MS. FINOCCHIARO:  Thank you.  The government
11       calls -- recalls Officer Christian Kerr.
12              THE COURT:  Good morning.  You are still
13       under oath.
14
15                  C H I R S T I A N   K E R R
16
17                   DIRECT EXAMINATION CONT.
18
19       BY MS. FINOCCHIARO:
20
21          Q.  Good morning, Officer Kerr.
22          A.  Good morning.
23          Q.  The last time you were here, we were discussing your
24       investigation on 5-8-2015, the homicide, is that right?
25          A.  Yes.
```

                    15-20652; USA v. EUGENE FISHER, ET AL

1    **Q.**  Okay.  I believe as part of your testimony, there

2    was some discussion where Marker 11 was, which was the

3    .223 casing, is that right?

4    **A.**  Yes.

5    **Q.**  And were you able to look back at some photos and

6    find where that casing was located?

7    **A.**  Yes.

8    **Q.**  I will show you what's been marked as Government

9    Exhibit 408A through 408G.

10         Are those photos of the scene from 5-8-2015?

11   **A.**  They are.

12         **MS. FINOCCHIARO:**  Move for admission of

13   Government Exhibit 4O8A through G.

14              **THE COURT:**  Any objection?

15         **MR. DALY:**  No.

16         **THE COURT:**  All right.  They are received.

17

18   **BY MS. FINOCCHIARO:**

19   **Q.**  Please step down with the microphone and laser, and

20   go to 4O8A.

21              What do we see in this photo?

22   **A.**  This is the intersection of Craft and Duchess.  This

23   is Duchess and this street is Craft.

24   **Q.**  I know the last time you said the majority of the

25   casings were found on Duchess, is that right?

*15-20652; USA v. EUGENE FISHER, ET AL*

1    **A.**  Yes.

2    **Q.**  So if we go to 408B, what are we looking at here?

3    **A.**  This is the same shot moving more towards Craft, and

4    this is Craft.

5    **Q.**  4O8C is a little dark.  What do we see?

6    **A.**  That's a shot looking down Craft.  You can make out

7    two placards, one here and one here.

8    **Q.**  And go to 408D.  What do we see here?

9    **A.**  This is a better shot of the -- a better shot of the

10   two placards, one here and one here.

11   **Q.**  And 408E?

12   **A.**  This is another shot of the two placards, one here

13   and one here.

14   **Q.**  Because it's been awhile, what do the placards

15   indicate?

16   **A.**  Evidence that we are collecting.

17   **Q.**  And 408F.  What are we looking at here?

18   **A.**  This is a close-up of Placard 10 in particular.

19   Eleven is in the back.  This looks to be some broken glass

20   and pills that we collected.

21   **Q.**  This is Marker 10, is that right?

22   **A.**  Yes.

23   **Q.**  And finally 408G.  What do we see here?

24   **A.**  That's Placard 11 where we collected the .223

25   casing.

*15-20652; USA v. EUGENE FISHER, ET AL*

1    **Q.**  This is on Craft?

2    **A.**  Yes.

3    **Q.**  You can have a seat.  Thank you.

4         So we saw a series of photos.  Are those series

5    where you're walking down Craft?  Like, if you were to

6    turn the corner from Duchess to Craft, you would be

7    walking down Craft, is that right?

8    **A.**  Yes.

9    **Q.**  They were in order of walking around the corner, so

10   that final one on Craft which is where Marker 11 was?

11   **A.**  Yes.

12   **Q.**  And again, do you have an exact measuring location

13   of Marker 11 or do we have it based on the visual photos?

14   **A.**  I don't recall measuring it.  I didn't see it in the

15   report.  So I'm relying on the photos.

16   **Q.**  Okay.  So based on -- actually, you can put 408G

17   back up there.

18        After you walked around corner down Craft -- I'm

19   sorry.  408F.

20        It looks like Marker 11 was the furthest on

21   Craft?

22   **A.**  Yes.

23   **Q.**  So farthest from the corner, from the intersection?

24   **A.**  Yes, from the intersection of Duchess and Craft.

25   **Q.**  The intersection of Duchess and Craft?

*15-20652; USA v. EUGENE FISHER, ET AL*

1    **A.**  Yes.

2              **MS. FINOCCHIARO:**  No further questions, your

3    Honor.

4              **THE COURT:**  All right.  Thank you.

5         Mr. Theis, you may proceed.

6              **MR. THEIS:**  Thank you, your Honor.

7

8                       **CROSS EXAMINATION**

9

10   BY MR. THEIS:

11

12   **Q.**  Good morning, again, Officer Kerr.

13   **A.**  Good morning.

14   **Q.**  I just want to understand what you said.  You said

15   just a few moments ago in your testimony that Marker 11 --

16   that's the one that you testified about earlier in the

17   trial -- and you said that one was found in a different

18   location from the others, is that correct?

19   **A.**  Yes, it was on Craft.

20   **Q.**  Well, in your report -- did you make a report on

21   this?

22   **A.**  I did not actually make a report.  My partner did.

23   **Q.**  You and Officer Herriotte -- or Evidence Technician

24   Herriotte -- kind of collaborated and put together the

25   report?

1    **A.**   Yes.

2    **Q.**   You told him what you discovered, he told you what

3    he discovered, and you put it together in a report?

4    **A.**   Yes.

5    **Q.**   Does the report state that the casing, the .223

6    casing -- and that's the one that was unique -- there was

7    only one .223, is that correct?

8    **A.**   Yes.

9    **Q.**   And that's the one that you told us earlier that you

10   didn't originally see because it was in a different

11   location from the others, right?

12   **A.**   That's correct.

13   **Q.**   And it was at the end -- it was at the end of your

14   work, your efforts out there where you were photographing

15   and putting down markers, that you had discovered that

16   after you had put down the other markers, right?

17   **A.**   Yes.

18   **Q.**   And you told us today it was found on Craft.  When

19   you testified earlier, you didn't know specifically the

20   foot and inches as you did with all of the other items

21   because you had not included that in your report, is that

22   correct?

23   **A.**   That's correct.

24   **Q.**   And was there a specific reason you did not identify

25   how many feet it was and how many inches it was from the

*15-20652; USA v. EUGENE FISHER, ET AL*

1   others?

2   **A.**   I don't know.  It could have been an oversight, or

3   it would have been something that was in the notes that

4   didn't get put in the report.  I didn't actually author

5   the report.  I don't actually know.

6   **Q.**   Do you know as you sit here today how far away it

7   was from the other items?

8   **A.**   No, I don't.

9   **Q.**   Well, in the photograph that you -- the series of

10   photographs, 10 and 11 are separate markers, is that

11   correct?

12   **A.**   Yes.

13   **Q.**   And you remember what Item 10 was?

14   **A.**   Not off the top of my head.  I believe that was the

15   pills.

16   **Q.**   Okay.  It wasn't either a live round or a casing

17   from that evidence?

18   **A.**   No.

19   **Q.**   Shots being fired?

20   **A.**   No.  My recollection is that all the fired evidence

21   except for 11 was found on Duchess.

22   **Q.**   But again, the only bullet casing in the photograph

23   with that other item, which you believe may have been the

24   pills, is that .223 that was found on -- that you say was

25   found on Craft.  Do you have even like a sense of what the

*15-20652; USA v. EUGENE FISHER, ET AL*

1    address of the building was?

2        **A.**   I don't have it in the photo, no.

3            **MR. THEIS:**   If I could have one moment, your

4    Honor.

5            Nothing further, Judge.

6            **THE COURT:**   Thank you, Mr. Theis.

7            Any other cross examination?

8            Thank you, Officer Kerr.  You may step down.

9            **MS. FINOCCHIARO:**   I'm sorry, your Honor.  I

10   do have a couple of questions.

11           **THE COURT:**   Okay.

12

13                   **REDIRECT EXAMINATION**

14

15   BY MS. FINOCCHIARO:

16

17       **Q.**   Officer, you were discussing the location of 10 and

18   11 again, and if you were to look at your report, would

19   you be able to see if 10 had a location?

20       **A.**   I think the pictures would be better.

21       **Q.**   Okay.

22       **A.**   I don't know if it is listed in the report.

23       **Q.**   Let me give you a copy of the report.  If you would,

24   take a look at it.

25       **A.**   Okay.  Thank you.  Yes, it doesn't list exactly

                *15-20652; USA v. EUGENE FISHER, ET AL*

1    where it was found.

2        Q.   You said based on the picture --

3        A.   The pictures would show.

4        Q.   We ran through them a little quickly.  Let's go

5    through them again to explain what we are looking at.

6        A.   Yes.

7        Q.   408A, do you know what house this is on the corner

8    of Duchess and Craft?

9        A.   Oh, I apologize.  I didn't mean these pictures, but

10   the picture last time, where I had a shot of the address.

11       Q.   Okay.

12       A.   I apologize.

13       Q.   No problem.  Go to 390O. I believe this is on

14   Duchess?

15       A.   That's Duchess, correct.

16       Q.   It looks like there is a cluster of markers, is that

17   right?

18       A.   Yes.

19       Q.   Okay.  And based on the report, what caliber of

20   casings were found at these locations?

21       A.   I have to refer to my report.  There were .45

22   caliber and 7.62 x 39 millimeter caliber on Duchess.

23       Q.   Okay?

24       A.   So two different calibers.

25       Q.   How many .45 caliber was there?

                    *15-20652; USA v. EUGENE FISHER, ET AL*

1    **A.**  Six.

2    **Q.**  How many 7.62?

3    **A.**  Two.

4    **Q.**  Okay.  Go to 39OX.  What do we see here?

5    **A.**  That's the intersection.  I'm actually on Duchess

6    looking down Craft.

7    **Q.**  Okay.  This is a picture that we saw.  The new ones

8    that we saw today, that is the same house?

9    **A.**  Yes.  Craft is to the left, and this picture is

10   going up, and Duchess on the right.  You can see the

11   placards on Duchess.

12   **Q.**  39OQ.  What are we looking at?

13   **A.**  This is Craft.

14   **Q.**  This is another look at the pictures that we were

15   looking at earlier that had 10 and 11 in the photos?

16   **A.**  Yes.  This is before we placed the placards down.

17   **Q.**  And 39OR.  What is this?

18   **A.**  This is the corner house.

19   **Q.**  39OS.  What address do we see?

20   **A.**  11108 Craft.

21   **Q.**  Moving down further, 39OT, what do we see?

22   **A.**  Those are the pills.

23   **Q.**  And there was broken glass?

24   **A.**  Yes, there's broken glass as well.

25   **Q.**  And 39OU.  What do we see?

*15-20652; USA v. EUGENE FISHER, ET AL*

1      **A.**   That's me showing which house the pills were in

2      front of.

3      **Q.**   Go to 39OV, and what is the address?

4      **A.**   11114 Craft.

5      **Q.**   This would be a little bit further down from 11108,

6      right?

7      **A.**   Yes, next house I believe.

8      **Q.**   And go to 39OC -- not that one.

9            Okay.  Those are the houses that we looked at

10     before with regards to where the glass and the pills would

11     be located?

12     **A.**   That's correct.

13     **Q.**   And looking at the photos today, the .223 casing,

14     which is Marker 11, is farther down Craft?

15     **A.**   That's correct.

16          **MS. FINOCCHIARO:**  One moment, your Honor.

17        No further questions.

18          **THE COURT:**  Thank you.

19          **MR. THEIS:**  We have nothing further.

20          **THE COURT:**  Any others?  You may step down.

21

22               (Witness excused.)

23

24          **MS. FINOCCHIARO:**  At this time the government

25     calls Officer Matthew Gerebics.

*15-20652; USA v. EUGENE FISHER, ET AL*

1              **M A T T H E W   G E R E B I C S**

2

3     being first duly sworn by the Court to tell the truth, was

4     examined and testified upon his oath as follows:

5

6                   **THE COURT:**  You can take a seat.  We will

7        begin by having you state your name and spelling your last

8        name.

9                   **THE WITNESS:**  Matthew Gerebics,

10       G-e-r-e-b-i-c-s.

11

12                       **DIRECT EXAMINATION**

13

14    BY MS. FINOCCHIARO:

15

16       **Q.**  Good morning, officer.

17       **A.**  Good morning.

18       **Q.**  Where do you work?

19       **A.**  The City of Roseville Police Department.

20       **Q.**  How long have you worked for them?

21       **A.**  About 18 years now.

22       **Q.**  Where is Roseville located?

23       **A.**  It's in Macomb County, two miles north of Eight

24       Mile.

25       **Q.**  What is your current assignment with the Roseville

                  *15-20652; USA v. EUGENE FISHER, ET AL*

1    Police Department?

2        **A.**   Road patrol.

3        **Q.**   And taking you back to June 7, 2015, what was your

4    assignment at that time?

5        **A.**   Working road patrol, ma'am.

6        **Q.**   On that date, June 7, 2015, were you called up to

7    the shooting investigation?

8        **A.**   Yes, ma'am.

9        **Q.**   Where were you called to?

10       **A.**   The Athena Hall in Roseville.

11       **Q.**   And who were you working with at that time?

12       **A.**   I believe that day was myself, Officer Raimer,

13   Officer Trewhella, Officer Rushton and a couple of other

14   officers.

15       **Q.**   So when you first got there, what did you see?

16       **A.**   When we first arrived, saw some blood on the

17   sidewalks, some casings, bullet casings in the parking

18   lot, and several other pieces of evidence scattered

19   throughout the parking lot.

20       **Q.**   Did you work with Officer Raimer to document that

21   evidence?

22       **A.**   Yes, ma'am.

23       **Q.**   And to collect it?

24       **A.**   Yes, ma'am.

25       **Q.**   I will show you photos that have been marked as

*15-20652; USA v. EUGENE FISHER, ET AL*

1    Government Exhibits 422C through I, and can you explain to

2    the jury what those photos are?

3        **A.**   These are pictures of the Athena Hall.

4        **Q.**   And is that a fair and accurate depiction of how it

5    looked the night of your investigation?

6        **A.**   Yes, these were taken at night.

7                **MS. FINOCCHIARO:**   Move for admission of

8    Government Exhibits 422C through I.

9                **THE COURT:**   Any objection?  Hearing none, the

10   Court will receive the items.

11

12   **BY MS. FINOCCHIARO:**

13       **Q.**   If we can publish 422C.  Officer Gerebics, if you

14   can step down and explain to the jury what we're seeing

15   here.

16       **A.**   This is the front of Athena Hall here.  This would

17   be the building.  It is on northbound Gratiot just south

18   of Frazho.

19       **Q.**   Where was the entrance to the building?

20       **A.**   The entrance would be right about here where it says

21   the open sign.

22       **Q.**   Okay.  And does it look like a driveway where the

23   van is?

24       **A.**   Yes, ma'am.  This is like a circle driveway here.

25   This is a driveway that goes to the back, so there's more

*15-20652; USA v. EUGENE FISHER, ET AL*

1    parking in the back, and this is a long drive with an
2    overhang.
3        Q.   And go to 442D.  What do we see here?
4        A.   This is the front of the Athena Hall, the overhang
5    where the open sign was at.
6        Q.   Go to 422E, and what do we see here?
7        A.   This is the front of Athena Hall, the underneath
8    overhang.  This is an evidence marker that we use to mark
9    evidence, and this would be a blood splatter mark here.
10       Q.   Go to 422F.  What do we see here?
11       A.   This is again part of the circle driveway here of
12   Athena Hall.  These would be more evidence markers that we
13   would use to mark different pieces of evidence throughout
14   the parking lot.
15       Q.   And how about 422G.  This is another view of the
16   same thing?
17       A.   Yes, the circle driveway, just the other way.
18       Q.   It looks like the markers are boxes.
19       A.   The are just aluminum boxes with reflective tape on
20   all four sides so they can be picked up in different
21   lighting conditions at night, during the day just so we
22   can see them and make it easier.  One side is numbered,
23   one side has white tape, red tape and yellow tape.
24       Q.   What does did indicate?
25       A.   Nothing.  It just makes it easier to see them in

*15-20652; USA v. EUGENE FISHER, ET AL*

1    case of we have to mark things at the scene.

2    **Q.** And 422H?

3    **A.** This is the circle driveway.  It's a different view

4    of the evidence markers again.

5    **Q.** It looks like it was all clustered in the same

6    location in the parking lot?

7    **A.** Yes, ma'am, like right near the circle driveway in

8    front of the building.

9    **Q.** And 442I.  What are we looking at here?

10   **A.** The front of the Athena Hall.  The entrance would be

11   here.  This is would be like a side entrance door to the

12   kitchen, and these are just the evidence markers farther

13   to the left of the doorway.

14   **Q.** Let's keep that up, and I'll let you have a seat

15   again.

16           Describe to the jury the evidence markers and

17   evidence that was collected, what it was that was

18   collected in this case.

19   **A.** On this day we collected a bullet, several shell

20   casings from spent rounds, the actual bullet piece that

21   hit something and fragmented, pieces of taillight.

22   **Q.** Okay.  Do you recall how many rounds or casings that

23   you collected from the scene, and you can reference your

24   report.

25   **A.** So there was one live round, and it appears to be

*15-20652; USA v. EUGENE FISHER, ET AL*

1    seven bullet casings.

2        **Q.**   Okay.  Do you indicate on your report the caliber of

3    the casings?

4        **A.**   Yes, ma'am, .40 caliber.

5        **Q.**   So the seven spent round casings were .40 caliber?

6        **A.**   Yes.

7        **Q.**   And the live round?

8        **A.**   .40 caliber as well.

9        **Q.**   When we're talking about a live round, what does

10   that mean versus a casing?

11       **A.**   It's the casing with a bullet inside of it and gun

12   power still in there.  It has not been fired yet.

13       **Q.**   A casing has been fired?

14       **A.**   Correct.

15       **Q.**   And you said there were pieces of taillight, like

16   from a vehicle?

17       **A.**   Yes, ma'am.

18       **Q.**   I will show you what has been marked as Government

19   Exhibit 431 for identification.  Can you explain to the

20   jury what is Government Exhibit 431, the two bags?

21       **A.**   In this bag here, these are the spent casings.  This

22   would be the live round here still unopened.

23       **Q.**   Actually go ahead and open it, and we will show it

24   to the jury.  This is the spent casing versus a live

25   round?

*15-20652; USA v. EUGENE FISHER, ET AL*

1    **A.**  Yes.  This is the spent casing.  This is the live

2    round.

3    **Q.**  Is that what's in both of the bags, spent casings

4    and the live round?

5    **A.**  And in this bag would be the bullet fragments here.

6    **Q.**  I will give this back to you.

7            And when we're talking about bullet fragments

8    what are we talking about?

9    **A.**  A piece of bullet that when it would hit something,

10   it fragmented into different pieces.  Kind of like this,

11   ma'am.

12   **Q.**  That was also located in that cluster that we saw at

13   the scene?

14   **A.**  Yes, ma'am.

15   **Q.**  Were you able it determine, based on your part of

16   the investigation, what caliber casing the fragments were?

17   **A.**  I was not.

18           **MS. FINOCCHIARO:**  I apologize.  I didn't move

19   to have the evidence admitted earlier.

20           I would now move for admission of 431.

21           **THE COURT:**  Any objection to receiving those

22   items?  Hearing none, the Court will receive it.

23           **MS. FINOCCHIARO:**  I apologize.  Nothing

24   further.

25           **THE COURT:**  Thank you.  Any cross examination

*15-20652; USA v. EUGENE FISHER, ET AL*

1    apparently not?  You may step down.

2                    **THE WITNESS:**  Thank you.

3

4                        (Witness excused.)

5

6              **T H O M A S   T R E W H E L L A**

7

8    being first duly sworn by the Court to tell the truth, was

9    examined and testified upon his oath as follows:

10

11             **THE COURT:**  You can take a seat.  We will

12   have you begin by stating your name, spelling your last

13   name.

14             **THE WITNESS:**  Thomas Trewhella,

15   T-r-e-w-h-e-l-l-a.

16             **THE COURT:**  You may proceed.

17

18                  **DIRECT EXAMINATION**

19

20   BY MS. FINOCCHIARO:

21

22       **Q.**  Good morning, officer.

23       **A.**  Good morning.

24       **Q.**  Where do you work?

25       **A.**  City of Roseville.

                *15-20652; USA v. EUGENE FISHER, ET AL*

```
 1        Q.   And how long have you worked for them?

 2        A.   Four years.

 3        Q.   What is your current assignment?

 4        A.   Patrol officer.

 5        Q.   And taking you back to June 7, 2015, what was your

 6   assignment?

 7        A.   I was a patrol officer on that date.

 8        Q.   Were you called out to assist in a shooting

 9   investigation?

10        A.   I was.

11        Q.   Where were you called to?

12        A.   Athena Banquet Hall.

13        Q.   And who were you working with that day?

14        A.   I was a solo patrol officer.  I do not have a

15   partner.

16        Q.   But were you in uniform?

17        A.   I was in full uniform and a fully marked scout car.

18        Q.   What happened when you got there?

19        A.   When I got there, I went to assist with scene

20   preservation.  I observed spent bullet casings on the west

21   side of the parking lot on the ground.

22        Q.   Scene preservation.  What do you mean by that?

23        A.   Holding the scene so the evidence stays where it is,

24   so it can be documented and later analyzed.

25        Q.   Somebody will come later to document and analyze the
```

*15-20652; USA v. EUGENE FISHER, ET AL*

1    evidence?

2    **A.**   Correct.

3    **Q.**   Once you were done with scene preservation, did you

4    go anywhere else as part of the investigation?

5    **A.**   Dispatch advised me that a victim was privately

6    conveyed to St. John Macomb Hospital.  I went to interview

7    the victim and any witnesses that were there.

8    **Q.**   Do you remember the name of the victim?

9    **A.**   Darnell Canady.

10   **Q.**   You said that you did go to the hospital to

11   interview and to document any evidence?

12   **A.**   Yes.

13   **Q.**   While you were there, did you have opportunity to

14   take a photo of Mr. Canady's injuries?

15   **A.**   I did.

16   **Q.**   I will show you what's been marked as 422L.  Can you

17   explain to the jury what Government Exhibit 422L is?

18   **A.**   It is a photo of Mr. Canady's injuries.  It's a

19   gunshot wound on the front of his right leg, in-between

20   below the right knee and above the right ankle.

21   **Q.**   Is that the photo that you took at the hospital that

22   day?

23   **A.**   Yes.

24           **MS. FINOCCHIARO:**  Move for admission of

25   Government Exhibit 422L.

*15-20652; USA v. EUGENE FISHER, ET AL*

1          **THE COURT:**  Any objection?  The Court will

2     receive the item.

3

4  **BY MS. FINOCCHIARO:**

5     **Q.**  And if we could publish Government Exhibit 422L.

6     And what do we see in the photo?

7     **A.**  It is a gunshot wound on the victim's right leg.

8     **Q.**  If you could step down and show us the location of

9     the injury.

10    **A.**  So right there is the gunshot wound on the right

11    side of his leg.  It's in-between his right knee and the

12    right ankle on the front of his leg.

13          **MS. FINOCCHIARO:**  Thank you, officer.  No

14    further questions.

15          **THE COURT:**  Any cross examination?  Apparent

16    not.  You're done.

17          **THE WITNESS:**  Thank you, your Honor.

18

19          (Witness excused.)

20

21          **MS. FINOCCHIARO:**  At this time the government

22    would calls Officer Berger.

23

24          **A N D R E W   B E R G E R**

25

*15-20652; USA v. EUGENE FISHER, ET AL*

1    being first duly sworn by the Court to tell the truth, was

2    examined and testified upon his oath as follows:

3

4              THE COURT:  We will have you begin by stating

5    your name and spelling your last name.

6              THE WITNESS:  Andrew Berger, B-e-r-g-e-r.

7              MR. WECHSLER:  Pull the microphone closer to

8    you.

9              THE COURT:  You made proceed.

10

11                    DIRECT EXAMINATION

12

13   BY MR. WECHSLER:

14

15       Q.   Clearly you're a police officer?

16       A.   Yes, sir.

17       Q.   Who do you work for?

18       A.   City of Roseville.

19       Q.   How long have you worked for Roseville?

20       A.   Since 2004.

21       Q.   About 14 years?

22       A.   Yeah.

23       Q.   What assignments have you had with Roseville?

24       A.   Patrol officer, detective bureau, patrol sergeant

25    and detective sergeant, special investigation.

                    *15-20652; USA v. EUGENE FISHER, ET AL*

1    **Q.**  How is a detective sergeant differ from a regular

2    detective?

3    **A.**  Just a different rank.

4    **Q.**  Okay.  Are you still a detective?

5    **A.**  Yes, sir.

6    **Q.**  Do you investigates crimes equally?

7    **A.**  Yes.

8    **Q.**  What was your rank on June 7, 2015?

9    **A.**  Detective.

10   **Q.**  Were you called to assist in a shooting that day?

11   **A.**  Yes.

12   **Q.**  Where did you respond to?

13   **A.**  To Athena Hall.

14   **Q.**  When you got there, what did you see?

15   **A.**  There was a crowd.  There were several officers

16   already there.  I was there after the fact, and I was

17   asked to assist in the scene.

18   **Q.**  So when you got to the scene, what did you do?

19   **A.**  I spoke to a couple of witnesses, and then

20   determined to try to obtain surveillance video.  There was

21   a dealership next door.

22   **Q.**  Was there a surveillance video at Athena Hall

23   itself?

24   **A.**  I don't believe so.  I didn't look into it, but I

25   don't believe there was.

*15-20652; USA v. EUGENE FISHER, ET AL*

1    **Q.**  You said there was a dealership next door?

2    **A.**  Yes.

3    **Q.**  Did you go to the dealership?

4    **A.**  Yes.

5    **Q.**  And when you got there, what evidence did you

6    collect, if any?

7    **A.**  I spoke with the employee who assisted me with their

8    video surveillance.  There is an exterior camera.  The

9    dealership is just north of Athena Hall, and on the south

10   side of the dealership there was an exterior surveillance

11   camera.  We were able to obtain a video of the parking lot

12   where the incident took place.

13   **Q.**  The dealership borders with Athena Hall?

14   **A.**  Yes.

15   **Q.**  When you are -- when you say that you obtained this

16   video, what form did you take it?  Was it a disc, video

17   tape?  What was it?

18   **A.**  I believe it was USB.

19   **Q.**  USB?

20   **A.**  Yes.

21   **Q.**  When you took that video, did it appear to you that

22   the video system was working correctly in capturing what

23   happened?

24   **A.**  Yes.

25   **Q.**  What angle did it capture?

*15-20652; USA v. EUGENE FISHER, ET AL*

1       **A.**   It was pointing southwest.

2       **Q.**   So was it able to capture Athena Hall?

3       **A.**   The front parking lot.  There's a circle drive.  It

4     was able to get a good portion of the parking lot, the

5     circle drive area I should say.

6       **Q.**   And did you -- you said that you had a USB that you

7     took.  Did you alter it?

8       **A.**   No.

9       **Q.**   Did you put it in evidence?

10      **A.**   Yes.

11      **Q.**   Have you watched that tape apart from the

12    dealership?  Have you watched it again?

13      **A.**   Yes.

14      **Q.**   Does it depict the same thing as when you watched it

15    that day at the dealership?

16      **A.**   Yes.

17              **MR. WECHSLER:**   Your Honor, at this time I

18    would like to move 435 into admission, that video.

19              **THE COURT:**   All right.  Any objection?  The

20    Court will receive it item.

21

22    BY MR. WECHSLER:

23      **Q.**   I will start the video from the beginning, and you

24    can explain to us what angle we are looking at.

25              (Video played.)

*15-20652; USA v. EUGENE FISHER, ET AL*

1          Pause it briefly.

2          What is the angle that we are looking at here?

3     **A.**   Like I said, there is a dealership on the north side

4     of Athena Hall.  This angle would be a southwest angle.

5     **Q.**   So the parking lot that's in the foreground closest

6     to us, is that Athena Hall's parking lot?

7     **A.**   No.  There's a curb line.  If you see where the

8     white pick up is, there's a curb line in just front of it.

9     That's what I assume would be the property line, and it

10    separates the two parking lots from the dealership.

11    **Q.**   The parking lot closest to us is the dealership?

12    **A.**   Yes.

13    **Q.**   And Athena Hall is the building that is further on?

14    **A.**   Yes.  You can see the red lit up sign, the Athena

15    Hall sign, and then there's a statute in the middle of the

16    circle drive, and it looks like some foliage.

17    **Q.**   Go ahead and play the video.  Is there any sound in

18    this video?

19    **A.**   I don't recall there being any sound.

20    **Q.**   Okay.

21                    (Video played.)

22          Let's pause it there.  So you saw people in

23    that -- people walking, right?

24    **A.**   Yes.

25    **Q.**   And first off, where is the entrance to Athena Hall,

*15-20652; USA v. EUGENE FISHER, ET AL*

1    if you're familiar with it?

2        **A.**   You know, I think there's a couple of actual

3    entrances, but the entrance and exit right here at the

4    circular drive that you can see there, they are separated

5    by what looks like a little island.

6        **Q.**   Actually I will have you step down and use the laser

7    pointer here.

8              Where is the entrance?

9        **A.**   This is the entrance right here, and this would be

10   an exit.  I believe they are separated by a little island

11   of some sort.

12       **Q.**   That's how vehicles get in and out?

13       **A.**   Yes.

14       **Q.**   How about actually getting into Athena Hall if you

15   walk in?

16       **A.**   There are a couple of different entrances.  This is

17   the northern part of the building, and this is the eastern

18   part.  Along the eastern front, there's a doorway or two

19   that go into this room right here, but the main entrance

20   is little further south, like a corner entrance with glass

21   doors that enters into the lobby.

22       **Q.**   You still have people that scattered at some point?

23       **A.**   Yes.

24       **Q.**   Based upon your investigation talking to witnesses,

25   do you know what they were scattering from?

*15-20652; USA v. EUGENE FISHER, ET AL*

1     **A.**  Gunshots.

2     **Q.**  Based upon the investigation, did you learn there

3     was a vehicle that pulled up, and then they scattered?

4     Did you learn the involvement of the vehicle?

5     **A.**  It was the understanding that shots were fired from

6     the vehicle.

7     **Q.**  Now where in relation -- first off, are you familiar

8     with a K-Mart in the area?

9     **A.**  Yes.

10    **Q.**  Where is the K-Mart -- if we're at the dealership,

11    where was the K-Mart?

12    **A.**  Just a few businesses north -- this particular

13    business, Athena Hall, is south of Frazho, just maybe 4-5

14    businesses, and then this Super K-Mart is right on the

15    corner of Frazho and Gratiot.

16    **Q.**  Relatively close?

17    **A.**  Yes.

18    **Q.**  Keep playing the video.

19                    (Video played.)

20           Now we saw someone come out of the Athena Hall,

21    right?

22    **A.**  Yes.

23    **Q.**  Do you know what that individual was doing based

24    upon your investigation?

25    **A.**  I believe they were trying to follow the shooters.

*15-20652; USA v. EUGENE FISHER, ET AL*

1     **Q.**  Did you learn that from talking to witnesses?

2     **A.**  Yes.

3     **Q.**  Do you know where that person went to follow the

4     shooters?

5     **A.**  There was another officer that located that person

6     in the parking lot of the Super K-Mart.

7     **Q.**  K-Mart?

8     **A.**  Yes.

9          **MR. WECHSLER:**  No further questions.  Thank

10    you.

11         **THE COURT:**  Thank you.  Any cross examination

12    of this witness?  Apparently not.  I think you're done.

13

14               (Witness excused.)

15

16         **MS. FINOCCHIARO:**  At this time the government

17    recalls Agent Ruiz.

18         **THE COURT:**  Okay.  You are still under oath.

19

20          **V I C E N T E   R U I Z**

21

22          **DIRECT EXAMINATION CONT.**

23

24    BY MS. FINOCCHIARO:

25    **Q.**  Special Agent Ruiz, last week we heard about various

                *15-20652; USA v. EUGENE FISHER, ET AL*

1    shootings, is that right?

2        A.   That's correct.

3        Q.   And just to recap, the Raphael Carter shooting was

4    on which date?

5        A.   May 1, 2015 at approximately 7:07 p.m.

6        Q.   Okay?

7        A.   He was shot in front of the residence at 15OO7

8    Troester in Detroit, Michigan.

9        Q.   And Devonte Roberts.  When did that homicide occur?

10       A.   That homicide occurred on May 8, 2015 at the

11   intersection of Duchess and Craft.  That occurred at

12   approximately 6:46 p.m.

13       Q.   And how about the shooting on -- I'm sorry --

14   Darnell Canady, Derrick Peterson and Mr. Gaskin?

15       A.   That was May 10, 2015 at the intersection of State

16   Fair and Hoover.  That shooting occurred at approximately

17   1:40 p.m.

18       Q.   All right.  And we just heard from the officers from

19   Roseville about what occurred with Darnell Canady and

20   Anthony Bowen.  Where did that occur and what date and

21   time?

22       A.   That occurred at the Athena Hall on June 7, 2015 at

23   approximately 8:23 p.m.

24       Q.   I will show you -- actually before this, over the

25   last several weeks we've heard about several shootings

*15-20652; USA v. EUGENE FISHER, ET AL*

1   where SMB members and associates were at or shot

2   themselves, is that right?

3     **A.**  Yes.

4     **Q.**  So to help with a little bit of the timeline here, I

5   am going to show you what's been marked as Government

6   Exhibit 537, and can you explain to the jury what we see

7   in Government Exhibit 537?

8     **A.**  Sure.  What's displayed on this piece of paper is a

9   timeline roughly from July of 2014 through June 7, 2015.

10  It depicts the incidents that I just mentioned, as well as

11  some other incidents that we've discussed in the case, to

12  include when Devon McClure and Corey Bailey went to a

13  strip club in July 2015, and Devon McClure was hit in the

14  head with a bottle.

15          It includes Djuan Page being shot after the

16  parole office visit by Billy Arnold and Michael and Martez

17  Davis, which occurred on July 14, 2014.

18          It includes the shooting of Donell Hendrix at

19  the Eastland Mall.  He was not the only victim.  There was

20  a female victim with him as well.  That was on August 27,

21  2014.

22          It also includes the shooting of Jerome Gooch

23  November 1, 2014.  If you recall, that was the one in

24  front of a convenience store.  I don't remember the exact

25  street location.  I think it was Eight Mile, but I don't

1    remember the cross street.

2           On December 18, 2014, Quincy Graham was shot.

3    He was driving a black Mercedes Benz.  There were officers

4    that testified about that.

5           On February 26, 2015, Jason Gill was shot and

6    killed.

7           On March 22, 2015, we heard that Michael Rogers

8    had been shot at his address on Lenox.

9           And then we heard on March 24, 2015, that the

10   000Bigblood Instagram account was started on that

11   particular day.

12          And then we got the Devon McClure homicide that

13   also occurred on May 1, 2015 prior to Raphael Carter being

14   shot.

15          MS. FINOCCHIARO:  At this time, I move for

16   admission of Government Exhibit 537.

17          THE COURT:  Any objection?  All right.  The

18   Court will receive it.

19          MS. FINOCCHIARO:  We have copies for the jury

20   so they can use it as an aid during Agent Ruiz's

21   testimony.

22          THE COURT:  All right.

23

24   BY MS. FINOCCHIARO:

25     Q.  Special Agent Ruiz, you just mentioned the Instagram

                 *15-20652; USA v. EUGENE FISHER, ET AL*

1    000Bigblood?

2       **A.**   Yes.

3       **Q.**   And that is the account that had postings of the

4    rivals -- pictures of the rivals of SMB, right?

5       **A.**   That's correct.

6       **Q.**   So I would like to go over, now that we have the

7    timeline, some of the photos from that exhibit, which is

8    Exhibit 42.

9       **A.**   Okay.

10      **Q.**   And if we can go to Page 66.

11           Throughout this we have seen a lot of individual

12   photos.  Can you explain to the jury what we're looking at

13   here?

14      **A.**   This is a screen capture of that Instagram account,

15   000Bigblood.  The name as you can see is across the top.

16   It says, da skore we up 7.  It's got some emojis on there.

17           It says, Smokin yo DEAD homies. 42K Gbk fuck

18   neff fuck drew fuck smurf fuck head fuck fuck yo yo fuck

19   twin dey DEAD, and then the images that were captured from

20   other Instagram accounts posted to this account.

21      **Q.**   So if you were to look at Instagram, is this more

22   along the lines that you see if you were to pull it up on

23   the internet?

24      **A.**   I'm sorry?

25      **Q.**   So if you were to pull up Instagram on the internet,

                    *15-20652; USA v. EUGENE FISHER, ET AL*

1    is this more of what you would actually see as oppose to

2    seeing the individual photos that we have been seeing

3    throughout the trial?

4      **A.**   That's correct.  This is what it would appear like

5    if you visited that social media account, and were viewing

6    it from an iPad, iPhone, et cetera.

7      **Q.**   Since it's been awhile, 42K.  As part of your

8    investigation, did you come across that?

9      **A.**   Yes.

10     **Q.**   What's that?

11     **A.**   The 4-2 represents Hustle Boys.  In this case 42K

12   Hustle Boys Killer.

13     **Q.**   And how about Gbk?

14     **A.**   Gb is Gutta Boys, K is killers.  So Gutta Boys

15   Killers.

16     **Q.**   And Neff, Drew, Smurf.  Have you seen references of

17   those before?

18     **A.**   We have.  We've talked about the Djuan Page shooting

19   incident, in which he succumbed to his wounds almost a

20   month later.  Drew, I previously testified that Aaron

21   Hayes had shot Andrew -- the last name escapes me.

22     **Q.**   Is this the one that happened in 2006?

23     **A.**   Yes, it is.  AJ shot and killed him and was

24   incarcerated for that.

25     **Q.**   And how about Smurf?

*15-20652; USA v. EUGENE FISHER, ET AL*

1    **A.**  Smurf is a reference to Corey Jennings.  When Corey

2    Bailey was arrested, he had mentioned to the officer that

3    he had information about 41 Smurf.  This is the person

4    that's being referenced on this page.

5    **Q.**  And do you know the reference to Twin here, who that

6    refers to?  As part of your investigation, had you come

7    across some Twin being dead?

8    **A.**  Oddly enough, there's three different sets of twins

9    that I know of involved in rival gangs.

10            For example, on the Six Mile side there was

11   Ronell and Darnell Thompson.  On the Hustle Boys, there

12   Deonte and Demary Morris, and then we've heard a lot about

13   Martez and Michael Davis who are also Hustle Boys.

14   **Q.**  Just to be clear, Martez and Michael Davis are

15   not --

16   **A.**  They are not dead.  Of those twins, I only know of

17   Ronell being dead.

18   **Q.**  Okay.

19   **A.**  I don't know if that's a reference to him or not.

20   **Q.**  So if we can go to Page 29 of Exhibit 42.

21            So first before you get into what this is, can

22   you see on here, down below, when was that listing posted?

23   **A.**  May 10, 2015.  This is in the Universe Coordinated

24   Time.

25   **Q.**  So what is the actual time?

*15-20652; USA v. EUGENE FISHER, ET AL*

1      **A.**  We would subtract four hours, and so what you have

2      is 12:26 a.m. in that morning of May 10th.

3      **Q.**  Okay.  And what do we see here that's been posted in

4      the body of it?

5      **A.**  This appears to be a reference to like a news type

6      article or blog.

7      **Q.**  Read what the article posting is that we see.

8      **A.**  Certainly.  It says:  A 24-year-old man is in

9      critical condition after being shot on the city's east

10     side, police said Friday evening.  The shooting occurred

11     around 7 p.m. in the 15000 Block of Troester, said

12     Sergeants Cassandra Lewis of the Detroit Police

13     Department.  According to police, the victim was walking

14     in the area when a white vehicle stopped, and someone

15     inside began fighting, hitting the.

16     **Q.**  And it is cut off there?

17     **A.**  Correct.

18     **Q.**  So on 5-10-2015, around 7:00 p.m. on Troester, are

19     you aware of a shooting that occurred?

20     **A.**  The shooting didn't occurred May 10th.  It occurred

21     on May 1st.

22     **Q.**  On May 1st?

23     **A.**  Yes.

24     **Q.**  Who was shot?

25     **A.**  Raphael Carter.

*15-20652; USA v. EUGENE FISHER, ET AL*

1    **Q.**  This was posted on May 10th.  It's a news article?

2    **A.**  Of that shooting incident.

3    **Q.**  Okay.

4    **A.**  Yes.

5    **Q.**  Go to Page 34 of the Exhibit 42.  Who is in this

6    photo?

7    **A.**  This is a photo of Devonte Roberts.  He was the

8    victim that was killed on May 8, 2015, and that shooting

9    at the intersection of Duchess and Craft.

10   **Q.**  And if we look at -- what is the caption to the

11   photo?

12   **A.**  It is a post from 000Bigblood.  It says, He thought

13   that he was, laughing emojis, and then it says, got em.

14   **Q.**  Okay.  Go to Page 161, and when was this article

15   posted?

16   **A.**  May 10, 2015.  Again, it's in UTC time, but it is

17   12:29 Eastern Standard Time.

18   **Q.**  So this is about three minutes after the posting of

19   the Raphael Carter?

20   **A.**  Yes.

21   **Q.**  And what do we see here in this posting?

22   **A.**  This appears to be a screen capture of another news

23   article, this one being Fox 2.  If I read it --

24   **Q.**  Yes, please read it.

25   **A.**  Detroit Police are at the scene where three people

*15-20652; USA v. EUGENE FISHER, ET AL*

1    were said to be shot.  The incident happened Friday night

2    in the area of Duchess and Craft Street.  According to

3    investigators, four males were talking in a car at

4    intersection when another vehicle pulled up and opened

5    fire.  A 19-year-old was fatally wounded in the head,

6    while two others, ages 20 and 21, were critically injured

7    police say.

8    **Q.**  Prior to your investigation, are you aware of the

9    shooting that this is referencing?

10   **A.**  This is referencing the Devonte Roberts homicide,

11   and other the individuals that it references, the 20 and

12   21-year-old, are Marquis Wicker and Darrio Roberts.

13   **Q.**  If we can go to Page 162 of this exhibit.  Now do

14   you know who is in this photo?

15   **A.**  It's a little dark in the face, but I think Geron

16   Gaskin, also known as Skeet.

17   **Q.**  And the an original posting of this photo was on

18   what date?

19   **A.**  March 24, 2015.

20   **Q.**  Okay?

21   **A.**  That would have been -- I'm not sure when Daylight

22   Savings Time occurred.  It could be four or five hours.

23   **Q.**  Next page.

24   **A.**  Sure.

25   **Q.**  Go to the text associated with that previous photo.

*15-20652; USA v. EUGENE FISHER, ET AL*

1    Was this updated on May 10, 2015 for that photo?

2      **A.**   Yes.

3      **Q.**   When was that posted?

4      **A.**   This was May 10, 2015.  That would be minus four

5    hours, about 10:16 in the morning.

6      **Q.**   Okay.

7      **A.**   The text associated with it is:  U kno what is I

8    heard yo bois snitch on each other yall been SNITCHIN

9    since O6 shit at new Free Aj.

10     **Q.**   This was posted on the same day, a little later than

11   the other two that we saw?

12     **A.**   That's correct.

13     **Q.**   And go to Page 142.  We've seen this before, but

14   what was the time -- the original post was posted when?

15     **A.**   March 24, 2015.

16     **Q.**   Is there an update to this post on May 10th?

17     **A.**   Yes, there is.

18     **Q.**   What was the time of the update?

19     **A.**   That would have been 9:49 a.m.

20     **Q.**   On May 10th.  And what was text that was posted?

21     **A.**   Kaught him at DA light like kusin Harold.

22     **Q.**   This again is in reference to Djuan Page?

23     **A.**   That's correct.  This is a funeral announcement for

24   Djuan Page.

25     **Q.**   Again, this was a posting on 000Bigblood?

*15-20652; USA v. EUGENE FISHER, ET AL*

1     **A.**  Yes.

2     **Q.**  Go to Page 96.  Do you recognize who is in this

3  photo?

4     **A.**  That's a photo of Jeffrey Goodlet, aka Fat Jeff.

5     **Q.**  Do you know who he is associated with?

6     **A.**  He associated with Hustle Boys and Gutta Boys.

7     **Q.**  When was the original posting made for this?

8     **A.**  April 20, 2015.

9     **Q.**  And looking at the bottom here, was it updated on

10  May 10th?

11     **A.**  Yes, it was.

12     **Q.**  What time was it updated?

13     **A.**  It would have been 9:51 Eastern Standard Time.

14     **Q.**  Go to the next page, and go to the text associated

15  with that updated posting from May 10th.

16     **A.**  This is that photo of Jeffrey Goodlet.  It says:  My

17  nigga had u running wit a, emojis, on u thaught yo auntie

18  houes was Safe, emojis.

19     **Q.**  Again, the boxes are emojis.  We can't see them in

20  this printout?

21     **A.**  That's correct.

22     **Q.**  Go to Page 94.  Do you recognize who is in this

23  photo?

24     **A.**  I do not.  On this particular Instagram account,

25  there were over 65 people displayed on it, and I could not

*15-20652; USA v. EUGENE FISHER, ET AL*

1    identify all of them.

2      **Q.**  Was this a posting and update on May 10, 2015?

3      **A.**  Yes.

4      **Q.**  Okay.  When was the original posting?

5      **A.**  The original posting was April 20, 2015, and the

6    update appears to be on May 10, 2015 at approximately

7    9:52 a.m.

8      **Q.**  And what is the update?

9      **A.**  U work at autozone yo moma stay on 7mile and

10   vandyke, emojis.

11     **Q.**  Again, we're still in the morning of May 10, 2015

12   for these postings?

13     **A.**  That's correct.

14     **Q.**  If we go to Page 163, and do you recognize who's in

15   this photo?

16     **A.**  This is a photo of Phillip Peaks, also known as

17   Peezy, The TE, represents Team Eastside.

18     **Q.**  And the original photo is posted on what day?

19     **A.**  March 24, 2015.

20     **Q.**  If we can go to the next page.  Is there an update

21   to this photo on May 10th?

22     **A.**  On May 10th at approximately 9:54 a.m., the text

23   update is:  How dem bullets felt at OO7 next time I want

24   miss, emojis.

25     **Q.**  OO7, have you seen this?

*15-20652; USA v. EUGENE FISHER, ET AL*

1      **A.**   That's a strip club in Detroit.

2      **Q.**   Go to Page 127.  We have seen this before.  Who is

3      this a photo of?

4      **A.**   Darnell Canady aka Gutta Bud.

5      **Q.**   So both the original and update posted for Darnell

6      Canady's photo on 000BigBlood.

7      **A.**   The original was posted on March 24, 2015.  The text

8      update was May 10, 2015 at 9:55 a.m.

9      **Q.**   What does the text say updated to Darnell Canady's

10     photo?

11     **A.**   U stay on 13mile wit yo girl stop playing roles u

12     kno we kumin, emojis.

13     **Q.**   As part of your investigation, did you come to find

14     out who Darnell Canady girlfriend's was at the time?

15     **A.**   Matleah Scott.

16     **Q.**   Darnell Canady?

17     **A.**   I'm sorry.  It was Tiffany Settles.

18     **Q.**   And was there any reference to 13 Mile that you came

19     across before?

20     **A.**   Yes.  She testified earlier in the trial that she

21     lived in the 13 Mile area.

22     **Q.**   And that's what referenced here on the update on

23     5-10-15?

24     **A.**   Yes.

25     **Q.**   Go to Page 113.  Who do we see in this photo?

*15-20652; USA v. EUGENE FISHER, ET AL*

1    **A.**  This is a photo of Team East Snoop.  His true name

2    escapes me at the moment.

3    **Q.**  The bottom part information.  When was it posted,

4    and was it updated?

5    **A.**  It was originally posted on March 24, 2015, and

6    updated on May 10, 2015 at 9:58 a.m.

7    **Q.**  What is the text associated with the update?

8    **A.**  My nigga beat, emojis, yo ass so many times I Kant

9    take u serious.

10   **Q.**  Page 116.  And who is in this photo?

11   **A.**  I don't know, but he identifies himself on Instagram

12   at least as gutta_brotherz.

13   **Q.**  Based on the information, when was it first posted

14   and was it updated?

15   **A.**  March 24, 2015 is when it was first posted.  There

16   was an update on May 10, 2015 at approximately 9:59 a.m.

17   **Q.**  The same morning on May 10, 2015?

18   **A.**  That's correct.

19   **Q.**  And what do we have as the update from May 10, 2015?

20   **A.**  It reads:  Kaught u slipping on 7mile, emojis.

21   **Q.**  Go to Page 146.  Do you know who is in this photo?

22   **A.**  I do not.

23   **Q.**  Is there an update on May 10, 2015 for this photo

24   from 000Bigblood?

25   **A.**  It is approximately 10:10 a.m.

*15-20652; USA v. EUGENE FISHER, ET AL*

1    **Q.**  And what is the update?

2    **A.**  U know how we roxkin u kno we kumin, emojis.

3    **Q.**  When was the original posting for this photo?

4    **A.**  The original posting was April 20, 2015.

5    **Q.**  Okay.  Go to Page 19.  Do you recognize who's in

6    this photo?

7    **A.**  Shaquan Nickelson.

8    **Q.**  Is he associated with any gangs?

9    **A.**  Hustle Boys and Gutta.

10   **Q.**  When was the original posting for this one?

11   **A.**  March 24, 2015.

12   **Q.**  Was there an update on May 10, 2015 for this

13   posting?

14   **A.**  Yes, it was approximately at 10:12:  Bro seen u at

15   DA cover girls u almost shited, emojis, boo boo.

16   **Q.**  This was 10:12 a.m., is that right?

17   **A.**  Correct.

18   **Q.**  If we go to Page 18, and who's posted in this

19   picture?

20   **A.**  I don't know who these are.

21   **Q.**  The --

22   **A.**  The Instagram name is cheddagrovetraycash.

23   **Q.**  Okay.  And Cheddagrove is a rival gang to the Seven

24   Mile Bloods?

25   **A.**  That's correct.

*15-20652; USA v. EUGENE FISHER, ET AL*

1    **Q.**  When was this originally posted?

2    **A.**  It was posted on March 24, 2015.

3    **Q.**  When was it updated?

4    **A.**  May 10, 2015 at 10:19 a.m.

5    **Q.**  And what is the text that updates it?

6    **A.**  U stay on alma corner house stop play roles Lil Boi

7    b4 u b with neff.

8    **Q.**  All right.  Again, Neff is the nickname for Djuan

9    Page?

10   **A.**  That's correct.

11   **Q.**  And go to Page 16.  When was this -- I'm sorry.  Do

12   you recall who's in this photo?

13   **A.**  Remonte Adams.

14   **Q.**  Do you know if he is associated with any group?

15   **A.**  East Warren.

16   **Q.**  When was this first posted?

17   **A.**  He is the cousin of Drew, the victim that was killed

18   by AJ.  He was first posted -- this was first posted on

19   March 24, 2015.

20   **Q.**  And go to the next Page.  We see that this posting

21   was updated.  When was it updated?

22   **A.**  May 10, 2015.

23   **Q.**  Okay.  What time?

24   **A.**  At 10:20 a.m.

25   **Q.**  And what does the text that updates this post?

*15-20652; USA v. EUGENE FISHER, ET AL*

 1    **A.**  Dis ain't did shitted 4 Drew its been how long.

 2    **Q.**  I think you referenced that Drew was the one that

 3  was murdered back in 2006?

 4    **A.**  Correct.

 5    **Q.**  If we can go to Page 126.  We've shown this before.

 6  The original posting was what date?

 7    **A.**  March 24, 2015.

 8    **Q.**  Who is in this picture?

 9    **A.**  Michael Davis.  Instagram account is _twinmike.

10    **Q.**  And go the update for this photo.  What is the date

11  and time of this update?

12    **A.**  May 10, 2015 at 10:30 a.m.

13    **Q.**  And what's the text update?

14    **A.**  Yo moma still stay on eagleside yo brother mack on

15  DA westside how y'all wanna play it.

16    **Q.**  And go to Page 144 of the same exhibit.  Do you

17  recognize who is in this photo?

18    **A.**  I do not.

19    **Q.**  What is the name associated?

20    **A.**  Itsmedwade.

21    **Q.**  When was this first posted?

22    **A.**  April 20, 2015.

23    **Q.**  Okay.  Go down.  Was this post updated on May 10th?

24    **A.**  Yes, May 10, 2015 at 2:19 p.m.

25    **Q.**  Okay.  What's the text update to the post?

*15-20652; USA v. EUGENE FISHER, ET AL*

1     **A.**  Dwade u ah pu55y my nigga product an ihop use to

2     pull up yo house an smoke in front of yo shit, emojis.

3     **Q.**  And Product, I think you testified before, that in

4     your prior investigation, that is a nickname for Jeffrey

5     Adams?

6     **A.**  It is the nickname for Jeffrey Adams, and Ihop is a

7     nickname for Ihab Maslamani.

8     **Q.**  And it looks like there's a response here.  What's

9     the response?

10    **A.**  It said:  When I find out who you is Imma be at yo

11    mama house blood.

12    **Q.**  And it looks like more texts associated with that

13    interchange.  Can you explain the top part there?  What do

14    we see?

15    **A.**  The user 6mileyungrico posted:  They ain't go expose

16    they self hiding under fake pages n shit pussy.

17             Itsmedwade responds to 6mileyungrico:  Fuck

18    these niggas rico I'm every were never hiding.

19    **Q.**  And the last one?

20    **A.**  Last one is from my_turnnnn.  It says:  Wish ah

21    nigga would touch my brothers @itsmedwade @6mileyungrico.

22    **Q.**  So what was in here was comments to that posting, is

23    that right?

24    **A.**  That's correct.

25    **Q.**  So other people are able to view 000Bigblood and

*15-20652; USA v. EUGENE FISHER, ET AL*

1    post comments about the contents that's on there?

2        **A.**   That's correct.

3        **Q.**   And go to Page 140.  What do we see here?

4        **A.**   This is a photo of Deonte Morris.  His Instagram

5    name is hb_onte.

6        **Q.**   Is he associated with any gang?

7        **A.**   Hustle Boys.

8        **Q.**   And it looks like the original posting was --

9        **A.**   March 24, 2015.

10       **Q.**   And if we go down that same page, was this picture

11   updated on May 10, 2015?

12       **A.**   On May 10, 2015 at 3:37 p.m., the text associated

13   with that update is:  U so pu55y tell niggaz how u kame

14   wit yo daddy, emojis, an try 2 5qua5h DA beef wit my

15   BLOODZ tell everybody DA REAL reason y'all moved off

16   lakepointe.

17       **Q.**   As part of your investigation, did you come across

18   any references to his dad, Mr. Morris' dad?

19       **A.**   His father is a police officer with the Detroit

20   Police Department.  His name is Allon Morris.  He worked

21   in the Ninth Precinct in the special opts division.

22       **Q.**   So this last posting you said is at 3:37 p.m., is

23   that right, on May 10, 2015?

24       **A.**   Yes.

25       **Q.**   And do you recall again for the jury, when it was

*15-20652; USA v. EUGENE FISHER, ET AL*

1   that the shooting happened on May 10, 2015?

2       **A.**   It occurred at approximately 1:40 p.m.

3       **Q.**   Okay.  We have posting a 10:30 a.m., then 2:19 and

4   3:37 p.m.?

5       **A.**   That's correct.

6       **Q.**   And shooting was at 1:40 p.m.?

7       **A.**   Correct.

8       **Q.**   You said there are over 65 photos on 000Bigblood of

9   various rivals, right?

10      **A.**   That's correct.

11      **Q.**   And you said some you could identify, and some you

12   couldn't?

13      **A.**   Yes.

14      **Q.**   Go to Page 136.  Who is it, and what gang is he

15   associated with?

16      **A.**   That's Lominel Jackson.  If you scroll up just a

17   little, he associates himself with Six Mile.  He calls

18   himself Lomo.

19      **Q.**   When was this it posted?

20      **A.**   March 24, 2015.

21      **Q.**   And there are no updates on this one, right?

22      **A.**   No update.

23      **Q.**   Go to Page 165.  Can you explain to the jury who's

24   in this photo?

25      **A.**   This person's name is William Blevins Haley.  He

*15-20652; USA v. EUGENE FISHER, ET AL*

1    goes by 1Eye.

2      Q.   Is he associated with any gang?

3      A.   He hangs with the guys from Hustle Boys and Gutta

4    Boys.

5      Q.   And can you tell when this photo was posted?

6      A.   March 24, 2015.

7      Q.   And it looks like here we don't have an update for

8    this one, right?

9      A.   That's correct.

10     Q.   Go to Page 103.  Who is in this photo?

11     A.   This is a photo Richard Peterson.  On May 10, 2015

12   we heard that Darnell Canady, Derrick Peterson and Jason

13   Gaskin were in the vehicle that was shot at at the corner

14   of State Fair and Hoover.  Derrick Peterson at the time

15   had a warrant out for his arrest.  So when he went to the

16   hospital, he gave the name Richard Peterson instead of his

17   true name.

18     Q.   When was that original posting?

19     A.   April 20, 2015.

20     Q.   And we heard about the different gangs, but if we

21   could go to Page 107, we heard about Six Mile, East

22   Warren, Chedda so far and Gutta as well as Hustle Boys

23   obviously.

24     A.   Correct.

25     Q.   Who do we see in this photo?

*15-20652; USA v. EUGENE FISHER, ET AL*

1      **A.**   I never identified this individual, but his

2      Instagram name is 220jonjonsillyass.   220 is another rival

3      gang.

4      **Q.**   Go to Page 147, and do you know -- we see a profile

5      picture.   What does it usually -- I know we can't see the

6      photo.   What does the profile photo usually have?  Was it

7      the person themselves posts or --

8      **A.**   Profile pictures are generally the user of the

9      account posting that photo.

10      **Q.**   Okay.   It looks like there's comments here to this

11      posting.   What are the comments starting at top from

12      May 10, 2015 to what time are we seeing this?

13      **A.**   May 10, 2015, it would be 6:01 p.m.

14      **Q.**   Okay.

15      **A.**   The text associated with that first post is:   Kall

16      me 98833253492 @ripblocko.

17      **Q.**   What's the next one down?

18      **A.**   Sending another message on May 10, 2015 at 6:00:

19      Kall me BL55d @ripblocko.

20      **Q.**   And the next one down?

21      **A.**   There is another posting on May 10, 2015 at 5:58:

22      Kall me rite now on 000 @ripblocko.

23      **Q.**   And the second to the last one?

24      **A.**   May 10, 2015 at 5:57 @ripblocko.

25      **Q.**   And then the last one?

*15-20652; USA v. EUGENE FISHER, ET AL*

1    **A.**  May 10, 2015 at 7:29:  Page me rite quixk a5sp

2    9893325492 on 000.

3    **Q.**  We will leave 000Bigblood.

4         In your review of social media and phone

5    content, as part of your investigation, did you come

6    across images such that referenced 42k and Gbk and various

7    other references to the gang rivalries?

8    **A.**  Yes.

9    **Q.**  And if we can go to Exhibit 56, which is Arlandis

10   Shy's social media account, and go to Page 53, what do we

11   see in this photo?

12   **A.**  It is a photo of Arlandis Shy dropping four's.

13   **Q.**  And what's the reference of dropping four's that you

14   learned?

15   **A.**  It's a sign of disrespect toward the Hustle Boys.

16   **Q.**  What's the title of this photo?

17   **A.**  Boolin #42k.

18   **Q.**  And you referenced this moments ago that 42K means

19   42 Killer?

20   **A.**  Correct.

21   **Q.**  When was this uploaded?

22   **A.**  This was upload October 23, 2014.

23   **Q.**  This was after Donell Hendrix was shot on August 27,

24   2014?

25   **A.**  Yes.

*15-20652; USA v. EUGENE FISHER, ET AL*

1      **Q.**  Go to Page 51, and again, this is from Mr. Shy's

2    social media account.  What do we see here?

3      **A.**  It's a photo of Devon McClure sitting at a table.

4    He's got a cough syrup bottle in one hand and a soda

5    bottle in the other hand.

6      **Q.**  And what's the title of this photo?

7      **A.**  Free #Oblock Miss my brother #Nohomo #42k.

8      **Q.**  When was that photo uploaded?

9      **A.**  On October 11, 2014.

10     **Q.**  Okay.  Go to Page 30.  We have seen this photo

11   before.  When was that uploaded, and who's in the photo?

12     **A.**  Okay.  From left to right, the person in the gray

13   sweatshirt with red horizonal strips and black horizonal

14   strips, that's Devon McClure.  The person facing away from

15   the camera with a pistol in his right hand is Billy

16   Arnold.  The person with the red hoodie facing the camera,

17   throwing up five's is Andrew Thomas, and then the person

18   with no shirt on and a black ball cap is Arlandis Shy.

19     **Q.**  When was this uploaded?

20     **A.**  That would have been April 30th, at 9:00 -- or

21   9:26 p.m.  I'm sorry.

22     **Q.**  What do you see here?  What are the comments?

23     **A.**  The first is from user Edward Sosa:  The Zone back.

24          Next is Shawn Da Don Hudson:  #chinohome!!!!!!

25     **Q.**  And then the one after that?

*15-20652; USA v. EUGENE FISHER, ET AL*

1      **A.**   User Edward Sosa:  RIP My NIGGA BLOCK, SMB 4life.

2      **Q.**   After that?

3      **A.**   We got user KingRay Vs HardworkRookie.  It says:

4      Rip my Block.

5      **Q.**   And the one after that?

6      **A.**   The user is Shawn DA Don Hudson, and he posts:  RiP

7      block baby Shit any the same.

8      **Q.**   And the one that starts RIP, what time was that

9      posted from Edward Sosa, the third one down?

10     **A.**   May 1, 2015 at 3:24 p.m. Eastern Standard Time.

11     **Q.**   And do you recall when it was approximately that

12     Devon McClure was shot?

13     **A.**   It was approximately --

14     **Q.**   Or what time of day was it?  Was it before that?

15     **A.**   Yeah, it was before that.  It was approximately in

16     that one to 2:00 hour.

17     **Q.**   If we can go to Page 16, who do we see in the photo

18     from Mr. Shy's social media account?

19     **A.**   The person -- it's like a collage of two photos.

20     The person with the white T-shirt on, wearing khaki pants

21     on the left, he's wearing black shoes, is Corey Bailey,

22     and he's dropping four's with his right hand.

23     **Q.**   Okay.

24     **A.**   The photo beside it, next to that on the right,

25     again in the white T-shirt, khaki pants and white tennis

*15-20652; USA v. EUGENE FISHER, ET AL*

1    shoes is Corey Bailey also.

2        **Q.**   Okay.  Let's look at the title of that photo.

3        **A.**   The title of this photo is:  "SONNY" Droppin 4's

4    like dat lean shit!  I got not choice but to do it for my

5    brother OBlock!  Dat expression on my face is permanent So

6    plz dont thin im mean muggin...#IamMyBrothersKeeper.

7        **Q.**   When did Mr. Shy upload this photo?

8        **A.**   On September 1, 2015.

9        **Q.**   And it looks like one comment to that from that same

10   day, September 1, 2015.  What is the comment?

11       **A.**   From Juan Monteonno:  The hole hood dropping 4's and

12   I ain't talking bout lean 42kgang.

13       **Q.**   Okay.  Go to Page 21.  Who's in this photo?

14       **A.**   This is two photos side by side of Arlandis Shy in

15   both photos.

16       **Q.**   Okay.

17       **A.**   At the bottom of photo it says 19-13-2.

18       **Q.**   Okay.

19       **A.**   The title of the photo is:  Bip To my Fallen

20   Soldiers #MemorialDay #LifeAfterDeath.

21       **Q.**   When was that posted by Mr. Shy?

22       **A.**   It was posted on Play 25, 2015.

23       **Q.**   And 19-13-2 is reference to what?

24       **A.**   The letters of the alphabet S, M, B.

25       **Q.**   Go to Page 9.

*15-20652; USA v. EUGENE FISHER, ET AL*

1      **A.**   This is a photo of Corey Bailey.

2      **Q.**   All right.  What's the title of this photo?

3      **A.**   The title is:  Free Cocaine Sonny,  "Let no man

4    destroy what we created" #BipOblock #Iam.

5      **Q.**   When was this posted?

6      **A.**   February 19, 2016 -- actually, it would have been

7    February 18th at 10:00 p.m.

8                    **MR. SPIELFOGEL:**   What page?

9                    **MS. FINOCCHIARO:**   Page 9.

10                   **MR. SPIELFOGEL:**   Thank you.

11

12   **BY MS. FINOCCHIARO:**

13     **Q.**   During this time was Mr. Bailey incarcerated?

14     **A.**   Yes.

15     **Q.**   I will show you a video also from the social media

16   account of Mr. Shy's.  It is video 56C, posted May 7,

17   2015.

18                       (Video played.)

19

20                   **MS. FINOCCHIARO:**   One moment, your Honor.  I

21   apologize 56E.

22                       (Video played.)

23        This is a video that was posted on 5-7-15.  We

24   heard reference to 42K, is that right?

25     **A.**   Yes, it was a little difficult for me to hear.  If

                *15-20652; USA v. EUGENE FISHER, ET AL*

1    we can play it again a little louder.

2                          (Video played.)

3                 He says 42K and Gbk.  He also references some of

4    the other guys.  He references Life, Sos, I think he said

5    Nice as well.

6

7    **BY MS. FINOCCHIARO:**

8        **Q.**   Life.  Who is life?

9        **A.**   Quincy Graham.

10       **Q.**   And Sos?

11       **A.**   Devon Patterson.

12       **Q.**   And Nice?

13       **A.**   Diondre Fitzpatrick.

14       **Q.**   And we heard him say 19-13-2.  What is that

15   referencing to?

16       **A.**   SMB.

17       **Q.**   Now let's go to Mr. Fisher's social media account,

18   Exhibit 44, and go to Page 56.  When was -- what is the

19   status here, and when was that posted?

20       **A.**   January 8, 2015, and the status is:  Ar15 or ak47?

21       **Q.**   And does Mr. Fisher -- it looks like a whole bunch

22   of comments here.  Does Mr. Fisher respond, taking a look

23   at the comments?

24       **A.**   Yes, he does.

25       **Q.**   Now what's the first comment here?

                 *15-20652; USA v. EUGENE FISHER, ET AL*

1     **A.**  The first comment is from Alfred West, IV:  Get em
2     both.
3     **Q.**  Okay.
4     **A.**  Paris Johnson says:  Both but prefer AR.
5     **Q.**  Okay.  How about the next one?
6     **A.**  The next one is from Keith Tubbs:  Two different
7     size bullets.  You can add more shit to the AR-15.
8     Scopes, tactical sights, grips.  You can dam near chop
9     down a tree with a AK47 less control though.
10    **Q.**  Those were all posted on 1-8-15, right?
11    **A.**  Right.
12    **Q.**  And the next posting?
13    **A.**  AR Grown man Shit from user Ralpheal Marshall.
14    **Q.**  And the next one?
15    **A.**  User JV Power:  Ak bro it goes through everything a
16    b, n, who hide behind and remember it won the Vietnam War.
17    **Q.**  And the next two postings?
18    **A.**  User JV Power:  I got a front grip on it now to
19    better control it.
20         Eugene Fisher:  Bossing.
21    **Q.**  And again, the ones that you just read, that's from
22    the same day, January 8, 2015?
23    **A.**  That's correct.
24    **Q.**  And are there further comments as part of that?
25    **A.**  User Paris Johnson:  AR15 556edition.

*15-20652; USA v. EUGENE FISHER, ET AL*

1    **Q.**  And what does Eugene Fisher respond?

2    **A.**  Woooooo.

3    **Q.**  And after that?

4    **A.**  I think I'm rolling with the choppa(ak47)!  Ultimate

5    death machine.

6    **Q.**  And go to Page 11, again, from Mr. Fisher's Facebook

7    account.  What's the posting that we see here.  What is

8    the date and time?

9    **A.**  June 21, 2015.  The post is:  The opps better bullet

10   proof everything!  RUTHLESSCLAN FOREVER.

11   **Q.**  And go to Page 47, and when are these messages being

12   sent back and forth, and who are they being sent between?

13   **A.**  These are sent back and forth on July 10, 2015.

14   These are Facebook messages between Eugene Fisher and Mech

15   Da Monsta who is Demetrius Pope.

16   **Q.**  What would be the body of the -- the first one from

17   Mech Da Monsta to Eugene Fisher?

18   **A.**  HMU asap 3137187878.

19   **Q.**  Okay.  And what is the response back from Mr. Fisher

20   to Mech Da Monsta?

21   **A.**  3138084785 let her kno I got muscle out here.

22   **Q.**  And go to Page 73.  We have seen this photo before.

23   When was -- who's in the photo?

24   **A.**  This is a photo of Eugene Fisher.  On his right

25   abdomen, chest and shoulder area is a black AR with a

*15-20652; USA v. EUGENE FISHER, ET AL*

1    scope attached to the top of it.  On his left shoulder,

2    chest and abdomen area is an AK style rifle with a wooden

3    stock.

4              **MR. FEINBERG:**  Your Honor, is it possible to

5    take that break now?

6              **THE COURT:**  Yes, it is a good time.

7

8              (Recess taken at 10:31 a.m.)

9

10              (Recess until 11:07 a.m.)

11              **THE CLERK:**  Court is back in session.

12              (Jury in 11:08 a.m.)

13              **THE COURT:**  Okay.  Folks, you can take a

14   seat.  We'll continue with the examination of Mr. Ruiz.

15              **MS. FINOCCHIARO:**  Thank you, your Honor.

16              If we put Exhibit 44, Page 73 back up.

17   BY MS. FINOCCHIARO:

18      **Q**   Just so we can get a sense of when was this photo of

19   Eugene Fisher -- looks like he was sending it to people.

20   When was it sent?

21      **A**   July 31st, 2015.

22              **MS. FINOCCHIARO:**  And if we go to Page 69.

23   BY MS. FINOCCHIARO:

24      **Q**   And who do we see in this photo?

25      **A**   Eugene Fisher.

*15-20652; USA v. EUGENE FISHER, ET AL*

1    **Q**   Okay.  And do you see any other objects in the

2    photo?

3    **A**   Yeah, to his right side there's an AK-style rifle on

4    the bed next to him.  He's got a pill between his teeth.

5    **Q**   Okay.  When was this photo sent out?

6    **A**   October 2nd, 2015.

7            **MS. FINOCCHIARO:**  All right.  Page 40 of the

8    same exhibit.

9    BY MS. FINOCCHIARO:

10   **Q**   Who do we see in this photo?

11   **A**   This is a photo of Eugene Fisher.  He's pointing an

12   AK-style rifle at the camera.

13   **Q**   Looks like this photo was also sent -- when was this

14   sent out?

15   **A**   October 2nd, 2015.

16   **Q**   Now, in your review of Mr. Fisher's iPad and the

17   phones, did you find any videos as well showing Mr. Fisher

18   with various objects?

19   **A**   Yes.

20           **MS. FINOCCHIARO:**  If we could go to Exhibit

21   15.  This is going to be a video.  Go ahead and play that.

22           (Video played for the jury.)

23   BY MS. FINOCCHIARO:

24   **Q**   And who do we see in this video?

25   **A**   That's Eugene Fisher.

                    *15-20652; USA v. EUGENE FISHER, ET AL*

1       **Q**   And Block refers to?

2       **A**   Devon McClure.

3               **MS. FINOCCHIARO:**  If we could go to video 15h

4       Also from Mr. Fisher.

5                   (Video played for the jury.)

6       **BY MS. FINOCCHIARO:**

7       **Q**   And who do we see in this video?

8       **A**   We see Eugene Fisher.

9       **Q**   And do you see an object that he's holding?

10      **A**   Yes.  He's got a semiautomatic pistol in his left

11      hand pointed at the camera.

12              **MS. FINOCCHIARO:**  Okay.  If we could go to

13      video 15e.

14                  (Video played for the jury.)

15      **BY MS. FINOCCHIARO:**

16      **Q**   And in this short video, who do we see?

17      **A**   Eugene Fisher.

18      **Q**   Okay.  And what, if anything, do we see him holding?

19      **A**   He had an AK-style rifle in his left hand with a

20      banana magazine.

21      **Q**   Banana magazine, why do you say banana magazine?

22      **A**   That's the style that goes into the AK rifle and it

23      can hold a higher capacity of ammunition.

24              **MS. FINOCCHIARO:**  And if we go to 15f,

25      another video.

*15-20652; USA v. EUGENE FISHER, ET AL*

1                    (Video played for the jury.)

2    **BY MS. FINOCCHIARO:**

3        **Q**    Okay.  And who do we see in this video, Special

4    Agent?

5        **A**    We see Eugene Fisher.  He has a semiautomatic pistol

6    in his right hand with an extended magazine.

7        **Q**    Okay.  Is that what we see that's extended down

8    below the gun?

9        **A**    That's correct.

10               **MS. FINOCCHIARO:**  If we could go to 15g,

11   again, for Mr. Fisher.

12               (Video played for the jury.)

13   **BY MS. FINOCCHIARO:**

14       **Q**    And who do we see in this video?

15       **A**    This is another video of Eugene Fisher where he's

16   got a semiautomatic pistol in his right hand pointing at

17   the camera.  Extending beyond his hand, at the bottom of

18   his hand is an extended magazine.

19       **Q**    Okay.  We saw the first video, he was talking and he

20   said something about "dropping an opp."  Have you heard

21   that reference before as part of your investigation?

22       **A**    Yes, I have.

23       **Q**    Switching gears a little bit to Mr. Brown's Facebook

24   page, which is Exhibit 46.  Go to Page 96.

25               And what is -- who do we -- first of all, 2326

                    *15-20652; USA v. EUGENE FISHER, ET AL*

1    who do we see in this photo?

2      A    From left to right we see Robert Brown with his

3    right hand.  He's dropping 4s.  We see Corey Bailey in the

4    center.  He appears to be dropping 4s as well with his

5    hands, and then we saw Arlandis Shy on the right

6    displaying a B made in his left hand.

7      Q    And what is the title of this photo from Mr. Brown's

8    Facebook?

9      A    HARDWORK 4_2K.

10     Q    And when was this uploaded?

11     A    June 27th, 2014.  That's actually universal

12   coordinated time.  So that would have been June 26th,

13   2014.

14           MS. FINOCCHIARO:  If we could go to Page 26

15   of the same exhibit from Mr. Brown's Facebook.

16   BY MS. FINOCCHIARO:

17     Q    And what is the status here?

18     A    The status here is, "ON THE 5 I LOVE ALL MY NIGGAS I

19   WILL RIDE AND DIE 4 ALL MY NIGGAS THIS IS TO ALL MY NIGGAS

20   WE ANIT LOSING NO MORE BROTHERS EVERY BODY SQUAD IN

21   COMMENT FOR @Santana Porter AKA WHITE BOY JASON RIH 5 20

22   YEARS BLOOD.  #ZONE LIFE."

23     Q    When was this posted?

24     A    This was posted on March 3rd, 2015.

25     Q    And do you recall when Jason Gill was killed?

                    *15-20652; USA v. EUGENE FISHER, ET AL*

1       **A**    Yes, it was February 26th, 2015.

2       **Q**    So this is a few days after that?

3       **A**    That's correct.

4               **MS. FINOCCHIARO:**  Go to Page 90 of

5       Mr. Brown's Facebook.

6   **BY MS. FINOCCHIARO:**

7       **Q**    Who do we see in this photo?

8       **A**    This is a photo from left to right of Robert Brown,

9       Devon McClure, and Arlandis Shy.

10      **Q**    Okay.  And what is this a the photo from?

11      **A**    It appears to be a screen capture of the Instagram

12      account 55big_rob.

13      **Q**    Go down to the caption.  And what do we see here?

14      **A**    The title of this photo is "ITS 42K DAY BLOCK SAID

15      WHAT UP HIM AND DUKE UP THERE RUSHIN THE SHIT OUT OF ONE

16      OF THEM BUM NIGGAS WHITES TALKIN BOUT 456 ONLY FUCK TWO

17      DICE."

18      **Q**    Okay.  And when was this uploaded?

19      **A**    It was uploaded on May 9th, 2015.

20              **MS. FINOCCHIARO:**  If we go to Page 106.

21  **BY MS. FINOCCHIARO:**

22      **Q**    What do we see here?

23      **A**    This is a screen capture.  The two people in this

24      photo, it's a collage of sorts.  You've got Devon McClure

25      in the red hoodie with a white string coming out of it,

*15-20652; USA v. EUGENE FISHER, ET AL*

1    and then in the red parka style jacket is Jason Gill.

2              MS. FINOCCHIARO:  Okay.  Going down to the

3    next Page 107 for Mr. Brown's Page.

4    BY MS. FINOCCHIARO:

5        Q    And what is the title and when was this uploaded?

6        A    The title of this photograph is "42k" and it was

7    uploaded on June 14th, 2015.

8        Q    June 14th, 2015, looking at the timeline, that is

9    after the last event that we see here on the timeline; is

10   that right?

11       A    That's correct.

12             MS. FINOCCHIARO:  If we go to Page 59.

13   BY MS. FINOCCHIARO:

14       Q    And who do we see in this photo?

15       A    On the left in the red shirt with stripes on it and

16   a red ball cap, that's Brandon Bush a/k/a Bobans and then

17   in the black sweatshirt with a left hand throwing up a 5

18   is Robert Brown.

19       Q    Looking at the information, what do we see here?

20       A    The title this photo is, "U NO WHAT IT IS BLOOD RIP

21   WHITES BLOCK SMB WE STILL AT THE TOP GET WELL BOBANDZ."

22       Q    When was this uploaded?

23       A    This was uploaded on July 7th of 2015.

24       Q    When you say uploaded, what are we talking about for

25   uploaded?

                   *15-20652; USA v. EUGENE FISHER, ET AL*

1     **A**    That would have been posted to the Facebook account.

2              **MS. FINOCCHIARO:**   Next, go to Page 112.

3     BY MS. FINOCCHIARO:

4     **Q**    And who do we see in this photo?

5     **A**    I'm not sure who those two guys are.

6     **Q**    Can you explain the title of the photo to the jury

7     and when it was uploaded.   What is the title?

8     **A**    The title is, "Call jojo tell nunu bring the

9     choppers out these niggas got me feel blade shout to my

10    young boys #Blockworld."   And it's directed at "@Squad

11    Rackzz at Mia Jody OuTtheway go follow my bros."

12    **Q**    And as part of your investigation you previously

13    testified, do you know the reference choppers?

14    **A**    Yes, that's usually a reference to AK-style rifles.

15    **Q**    And when was this uploaded, that photo and caption?

16    **A**    That was uploaded December 7th of 2015.   Actually,

17    given the time change, that would have been December 6,

18    2015.

19             **MS. FINOCCHIARO:**   Okay.   Go to Page 7 of

20    Mr. Brown's Facebook, Exhibit 46.

21    BY MS. FINOCCHIARO:

22    **Q**    So what do we see here in this posting?

23    **A**    Text.   It was posted January 14th, 2016.

24             It says, "U cought a body so I cought one to

25    blood brothers different mothers if you shoot I shoot

*15-20652; USA v. EUGENE FISHER, ET AL*

1    swiving down the mile that's just what we do and I keep

2    the stick heard them niggas want me to I fuck with H.S. so

3    who the fuck are u I lost my baby but u can lose yo baby 2

4    when I see an opp a body drop anit trust no nigga since

5    they took block these niggas acting like fucken cops 762

6    meach Ray my niggas pops Real shit what up box but u got

7    to watch my niggas cause they will get you tupac #BARS."

8    **Q**    And this is posted January 14, 2016?

9    **A**    Yes.

10    **Q**    Again, we see a reference to "see an opp a body

11    drop."  And that's similar to the references we've seen

12    before?

13    **A**    Yes.

14    **Q**    And Meach, as part of your investigation have you

15    come across any Meach?

16    **A**    Demetrius Pope.

17    **Q**    How about Ray or Pops?

18    **A**    Ray could be a reference to either --

19           **MR. FEINBERG:**  Objection, what it could be.

20    **BY MS. FINOCCHIARO:**

21    **Q**    If you don't know --

22    **A**    In my investigation, there's been a Rayful and a

23    King Ray.  Pops --

24    **Q**    How about Pops?

25    **A**    We've heard that James Coleman, his street name is

*15-20652; USA v. EUGENE FISHER, ET AL*

1    Poppa.

2         **MS. FINOCCHIARO:**  If we go to Page 118.

3    BY MS. FINOCCHIARO:

4        **Q**    And what do we see in this photo?

5        **A**    It's a photo of an individual and on the photo it

6    says, "#RIP Block," and then it says," @Blockworld."

7        **Q**    And what is the information Mr. Brown posted with

8    that picture?

9        **A**    "Yo opps is my opps if I see them I drop them rest

10   up 5."

11       **Q**    And so, again, we're seeing this reference to opps?

12       **A**    Yes.

13       **Q**    Okay.  And when was this uploaded?

14       **A**    That was uploaded February 12th, 2016.

15            **MS. FINOCCHIARO:**  If we go to Page 66 of

16   Mr. Brown's Facebook.

17   BY MS. FINOCCHIARO:

18       **Q**    And what do we see here?

19       **A**    It's a photo of a person dropping 4s with his right

20   hand.

21            **MS. FINOCCHIARO:**  Okay.  Go to the next page.

22   BY MS. FINOCCHIARO:

23       **Q**    And the information associated with that photo?

24       **A**    It says "42k day."  This was posted on

25   February 18th, 2016.

                    *15-20652; USA v. EUGENE FISHER, ET AL*

```
 1                    MS. FINOCCHIARO:  Now, switching from

 2      Mr. Brown's Facebook to Mr. Brown's Instagram.  If we

 3      could go to Exhibit 47, Page 4.

 4   BY MS. FINOCCHIARO:

 5      Q    Do you recognize anyone in this photo?

 6      A    The person in the center with the gray hoodie,

 7      glasses and a gray hat, kind of all the way in the back,

 8      is Robert Brown.

 9      Q    Do you recognize anyone else in the photo?

10      A    I believe I do, but I don't want to misstate the

11      name.

12      Q    Okay.  Go down here to -- can you see when it was

13      that this was posted or uploaded on Facebook -- or

14      Instagram, excuse me?

15      A    It says it was taken March 25th, which would

16      indicate March 24th, 2015 Eastern standard time.

17      Q    And in this photo here, what do we see?

18      A    A person in the gray hoodie with a gray ski cap on

19      and glasses is Robert Brown.  There's two other

20      individuals in this photo that appear to be holding guns

21      pointed at the camera.

22      Q    Is there information as to when this photo was

23      taken?

24      A    This would have been March 24th of 2015.

25      Q    That's because of the UTC?
```

*15-20652; USA v. EUGENE FISHER, ET AL*

1      **A**    Correct.

2                  **MS. FINOCCHIARO:**   And switching gears again.

3      Donell Hendrix, if we could go to his Exhibit 49, his

4      social media, Page 27.

5   **BY MS. FINOCCHIARO:**

6      **Q**    Remind the jury, Donell Hendrix goes by?

7      **A**    Jig -- Hard Work Jig.

8      **Q**    Who do we see in this photo?

9      **A**    From left to right, the person with a pistol pointed

10     at his temple is Devon McClure.  In the center of the

11     photo is Donell Hendrix, and the person on the left with a

12     brown hoodie and brown baseball cap and it appears pistols

13     in his hands is Robert Brown.

14     **Q**    Okay.  And when was this taken on Instagram?

15     **A**    This is February 6th, 2014.

16     **Q**    Looks like there's some comments to this.

17                  What are the first two comments we see in

18     regards to this photo?  Actually, what is the text, I'm

19     sorry, at first, with this photo?

20     **A**    The status text is "S/o 2 my shooters and my

21     shooters only #squad, emojis."

22     **Q**    Okay.  And is there comments posted?

23     **A**    Yes.

24     **Q**    And what are the comments?

25     **A**    The first is "Block is one Sick nigga, lol."

*15-20652; USA v. EUGENE FISHER, ET AL*

1    **Q**    Okay.  And when was that posted?

2    **A**    February 6th, 2014.

3    **Q**    And is there another comment there?

4    **A**    Yes.  The next one says, "Yeah, kill hisself,

5    emojis, @hw__Jig."

6    **Q**    The next two comments to those?

7    **A**    The next comment is "Bro's," and then the one after

8    that is "Bang bang."

9    **Q**    Okay.  And what are the comments we see here from

10    that same date?

11    **A**    The next comment is "@smb__55ryder u are crazy sir

12    gotta love u thou."

13    **Q**    And the next one is from which user?

14    **A**    R_0_thegreat.

15    **Q**    Okay.  And what date was this created?

16    **A**    This was created February 17th, 2014.

17    **Q**    And what does r_0_thegreat say?

18    **A**    "almost killed a op that day my bros stop me."

19    **Q**    We've heard RO referenced before.  That's who?

20    **A**    Robert Brown.

21    **Q**    And what's the final comment to that posting?

22    **A**    "What's been good with you my nigga jig."

23              **MS. FINOCCHIARO:**  And if you go to Page 2 of

24    Mr. Hendrix social media, and we'll go to the comment for

25    this photo -- I'm sorry, the status for this photo.

*15-20652; USA v. EUGENE FISHER, ET AL*

1   BY MS. FINOCCHIARO:

2       Q    What is the status?

3       A    "Forgive them lord kuz they kno not wat they

4   do...forgive me lord bkuz #RetaliationIsAhMust, emojis."

5       Q    When was this created?

6       A    This was created December 2nd, which would be in the

7   Eastern time zone, December 1st, 2015.

8               MS. FINOCCHIARO:   And switching gears again

9   to Mr. Fitzpatrick's page, Exhibit 48 Page 7.

10  BY MS. FINOCCHIARO:

11      Q    Do you recognize anyone in the photo?

12      A    I recognize a few different guys in this photo.  The

13  second from the left wearing a black shirt and dark

14  colored pants is Andrew Thomas, a/k/a Chino.  The person

15  that's fourth from the left wearing a white T-shirt dark

16  pants is Devon Patterson, a/k/a Sosa or Duck or Ducky.

17  The person with the black Puma sweatshirt and black

18  baseball cap on backwards, that's Donell Hendrix, a/k/a

19  Jig.  The person with the black rimmed glasses and the

20  shirt that says "Squad" on it is Willy McCall.  He goes by

21  Ill Will.  Those are all.

22      Q    Okay.  And let's just look at the caption associated

23  with that photo.  What is the title of that photo?

24      A    "Few troops."

25      Q    Okay.  And when was this uploaded?

*15-20652; USA v. EUGENE FISHER, ET AL*

1    **A**   That was uploaded on September 9th, 2015.

2              **MS. FINOCCHIARO:**  Okay.  We're going to move

3    from Mr. Fitzpatrick's page to Jeffrey Adams page, Exhibit

4    43.  If we could go to his social media, Page 20.

5    BY MS. FINOCCHIARO:

6    **Q**   So what do we see here?

7    **A**   On December 18th, 2012, status is "I wish da hustle

8    bumz was out now I dont have nobody 2 shoot @ I can't lie

9    dem pussy's had alot of yall niggas shook b i remember i

10   caught twin on bitch mile #nostrap ask my nigga duke I

11   bangd on him (nohomo) im like whats up we turn around im

12   like watch dis i never seen a nigga so scared when he talk

13   his word shake i almost laugh in dat nigga face b dat was

14   sum real funny shit....STR8DROP."

15             **MS. FINOCCHIARO:**  Go to the next page.

16   BY MS. FINOCCHIARO:

17   **Q**   What do we see in this photo -- I'm sorry, Page 21.

18   There we go.

19             What do we see in this status here from

20   March 20th, 2013.

21   **A**   The Eastern time zone, it actually would be

22   March 19th, 2013.

23   **Q**   Okay.

24   **A**   "SMB don't make me bring dem killerz out rs FREE all

25   my hitterz out dey done let my nigga KILLA out u a dead

                    *15-20652; USA v. EUGENE FISHER, ET AL*

1       man now dey need forensics out tech chop like lumbo FEDS

2       listening short convo hit a nigga wit a combo fuck Ima a

3       fight 4 my chopper drum roll...STR8DROP."

4                   **MS. FINOCCHIARO:**  Okay.  If we could go to

5       Page 54 of Exhibit 43.

6   **BY MS. FINOCCHIARO:**

7       **Q**   And what do we see here?

8       **A**   This is a Facebook message from NO Scales Brick,

9       which is Jeffrey Adams, to Ceo King Ray, which is Raymond

10      Sellers, on May 7th, 2013.

11              It says, "Dey just bossed up I been doing my

12      thang i earned stripes out here im like tuff n da game

13      eastside yung niggas da mission to get paid we still wype

14      Niggas out for da chedda n wrng gangs 7mile blood or

15      should I go by da codename."

16      **Q**   So we're seeing posts from 2012 and 2013.  As part

17      of your investigation, did the feud go back that far

18      between the rivals?

19      **A**   It goes back even farther.

20      **Q**   Okay.  So fair to say it's a long-standing feud

21      between the SMB and their rival gangs?

22      **A**   Yes, that's correct.

23                  **MS. FINOCCHIARO:**  If we could go to Page 13.

24  **BY MS. FINOCCHIARO:**

25      **Q**   And what do we see here at the top status?

*15-20652; USA v. EUGENE FISHER, ET AL*

1      **A**    On September 9th, 2014, "I been chillin doin my

2      homework on niggaz its time 2 #turnup, emojis, #squad

3      #gang, emojis."

4      **Q**    Jeffrey Adams was the one who did the original

5      postings on OOO_Big_Blood; is that right?

6      **A**    That's correct.

7              **MS. FINOCCHIARO:**   If we go to Page 33.

8   **BY MS. FINOCCHIARO:**

9      **Q**    What do we see here?

10     **A**    This is a photo of four semiautomatic pistols.

11             **MS. FINOCCHIARO:**   Go to Page 34.

12  **BY MS. FINOCCHIARO:**

13     **Q**    And what do we see here?

14     **A**    The title of this photo is "42k we killin everything

15     dey stand for, emojis."

16     **Q**    Okay.  And when was this uploaded?

17     **A**    That was uploaded on December 28th of 2014.

18     **Q**    And what is the next comment by NO Scales Brick?

19     **A**    "#strapless not I."

20             **MS. FINOCCHIARO:**   If we go to Page 9 of the

21     same exhibit.

22  **BY MS. FINOCCHIARO:**

23     **Q**    And what do we see here?

24     **A**    We see a status that was posted on January 9th,

25     2015, the status is "GREEN LITE A NIGGA, emojis."

*15-20652; USA v. EUGENE FISHER, ET AL*

1          **MS. FINOCCHIARO:** If we go to Page 29.

2    **BY MS. FINOCCHIARO:**

3      **Q**   And who do we see in this photo?

4      **A**   We see two individuals with semiautomatic pistols.

5    The individual with the black hoodie on that says

6    "Marshall" is Jeffaun Adams.

7      **Q**   Okay.  And who is he in relation to Jeffrey?

8      **A**   That's his brother.

9      **Q**   And what is the information posted by Jeffrey Adams

10   for this photo?

11     **A**   The title is "Buck Buck red dot a nigga #gang."

12     **Q**   And when was this uploaded?

13     **A**   January 22nd, 2015.

14          **MS. FINOCCHIARO:** Okay.  If we go to Page 45.

15   **BY MS. FINOCCHIARO:**

16     **Q**   And what do we see here?

17     **A**   This is a screen capture of an Instagram account

18   belonging to the user named gutta.chubz.

19     **Q**   If we go to the comment on Page 46 below, what do we

20   see here after this photo?

21     **A**   There's a statement of "On site but DA rims off

22   tires look like dough nuts."

23     **Q**   Okay.  That's from NO Scales Brick?

24     **A**   NO Scales Brick to -- he sends it to NO Scales Brick

25   and BadGuy Weez.

*15-20652; USA v. EUGENE FISHER, ET AL*

1    **Q**   What is the bottom conversation between NO Scales

2    Brick and BadGuy Weez that we see?

3    **A**   It says, "Go on IG rite now OOO_big_blood password

4    Hardwork i think im already on DA the light skin nigga."

5    **Q**   And that's a reference to the OOO_Big_Blood

6    Instagram account?

7    **A**   Yes, it is.

8    **Q**   And later on in this conversation, what do we see

9    again from NO Scales Brick?

10   **A**   A text or a Facebook message that says, "6mile at

11   brazyhorse 1eye at DA sting."

12   **Q**   And when was this sent?

13   **A**   This was sent on June 12th of 2015.

14   **Q**   So "sting," have you come across that as part of

15   your investigation?

16   **A**   Yes, that's a strip club in Detroit.

17   **Q**   How about "brazyhorse"?

18   **A**   The Crazy Horse is a strip club also in Detroit,

19   Michigan.

20   **Q**   And "1eye"?

21   **A**   1eye is a reference to William Blevin Healey.

22          **MS. FINOCCHIARO:**   If we go to Page 5 of

23   Mr. Adams social media account.

24   **BY MS. FINOCCHIARO:**

25   **Q**   What do we see here?

*15-20652; USA v. EUGENE FISHER, ET AL*

1      **A**   A post on July 27th, 2015, it says "Its 10 different

2      gangs in 1 group and y'all still kant fuck wit us, emojis,

3      #42k, #BADGUYZ 19132."

4              **MS. FINOCCHIARO:**  The last of this account,

5      if we go to Page 23.

6  **BY MS. FINOCCHIARO:**

7      **Q**   What do we see on Page 23 of Mr. Adams account?

8      **A**   It's a person holding a semiautomatic pistol upside

9      down.  He's actually holding the extended magazine

10     portion.

11             **MS. FINOCCHIARO:**  If we go down to the next

12     page.

13 **BY MS. FINOCCHIARO:**

14     **Q**   What is the information associated with that photo?

15     **A**   "Shout out to my niggas in da field fr 42k."

16     **Q**   And when was this uploaded?

17     **A**   It was uploaded on August 16th, 2015.

18     **Q**   And it looks to be some comments below here.  What

19     comments also on August 16th, 2015?

20     **A**   First comment is from BadGuy Weez which is Darius

21     Oden, it says "#Trust 42k."

22     **Q**   And how about the next one?

23     **A**   The next one is from DocMf Holiday Daniels, which is

24     David Daniels "42kgbk they opps forreal."

25     **Q**   Again we're seeing a reference to "opps"; is that

*15-20652; USA v. EUGENE FISHER, ET AL*

1    right?

2    **A**    I'm sorry?

3    **Q**    Again, we're seeing a reference to "opps"?

4    **A**    Yes.

5            **MS. FINOCCHIARO:**  Now, if could we switch

6    gears to Mr. Patterson's social media.  We're just going

7    to look at Page 39 of Exhibit 51.

8    **BY MS. FINOCCHIARO:**

9    **Q**    And who do we see here?

10   **A**    This is a photo of Jason Gill.

11   **Q**    Okay.  And when was this uploaded?

12   **A**    It was uploaded on May 10th, 2015.

13   **Q**    Looking at our timeline, that's right in the middle

14   of the time period we've been discussing with the

15   shooting; is that right or towards the end I should say?

16   **A**    Towards the end.

17   **Q**    And what is the information associated with that?

18   **A**    The first status is "My brother from another, gone

19   but never forgotten."

20   **Q**    And when was that created?

21   **A**    On May 10th, 2015.

22   **Q**    And what is the user that responds back?

23   **A**    Squad_top_shotta, "On bloodz I love my nigga to

24   death berenzo."

25   **Q**    And this was sent the same day?

*15-20652; USA v. EUGENE FISHER, ET AL*

1      **A**   Yes, it was.

2                  **MS. FINOCCHIARO:**   Moving to Mr. Arnold's

3      social media account, Exhibit 54 Page 5.

4      BY MS. FINOCCHIARO:

5      **Q**   And what do we see here?

6      **A**   This was a post on June 7th, 2015, says "NIGHT

7      LIFE#Red Zone#SMB#55#KILLA."

8      **Q**   And when was this posted?

9      **A**   June 7th, 2015.

10     **Q**   What time approximately?

11     **A**   At approximately 1:43 Eastern standard time.

12     **Q**   And is the date June 7, 2015 significant?

13     **A**   It is.  That's the date that the shooting occurred

14     at the Athena Hall.

15     **Q**   So as part of your investigation, special agent, did

16     you -- I think you talked about before -- review Mr.

17     Arnold's cell phone content including text messages?

18     **A**   Yes, I did.

19     **Q**   And along with the text messages were some screen

20     shots that he had saved on his phone; is that right?

21     **A**   Yes.

22     **Q**   Okay.  I think we saw some of those with Miss Scott

23     earlier; is that right?

24     **A**   I believe so.

25                 **MS. FINOCCHIARO:**   If we can go to Billy

                    *15-20652; USA v. EUGENE FISHER, ET AL*

1    Arnold's phone Exhibit 20NN.

2    **BY MS. FINOCCHIARO:**

3       **Q**   First, if could you explain to the jury, this page,

4    of that exhibit, 07686.

5                 **MR. FEINBERG:**   I'm sorry, say that again.

6                 **MS. FINOCCHIARO:**   It's Exhibit 20NN, and the

7    number at the bottom is 7686.

8    **BY MS. FINOCCHIARO:**

9       **Q**   And what are we seeing here as part of this capture

10   from Mr. Arnold's phone?

11      **A**   We're seeing the text messages that were stored on

12   this particular cell phone, to include the direction,

13   whether the text was incoming or outgoing, the number that

14   it was to or from, the date and time that it was sent and

15   then the actual text message content.

16      **Q**   Starting look likes from the bottom is the earlier

17   one to the top, what do we see here?

18      **A**   We see an incoming text message from (313)320-3075

19   on April 8th, 2015 at 9:28 and the text is "good morning

20   5."

21      **Q**   Okay.  So it's from the number 3075, which we've

22   heard testimony about associated with Mr. Brown; is that

23   right?

24      **A**   That's correct.

25      **Q**   And this is to Mr. Arnold?

                    *15-20652; USA v. EUGENE FISHER, ET AL*

1    **A**   Yes, it is.

2    **Q**   And then what is the next text we see on that same

3    date?

4    **A**   It's a response back at approximately 10:11, the

5    response is "Soo woo."

6    **Q**   As part of your investigation, were you able to

7    determine what, if anything, that means?

8    **A**   Yeah.  I was able to determine that soo woo is a

9    word of Swahili origin that means blood.

10   **Q**   You said a Swahili -- the language?

11   **A**   Yes.

12   **Q**   You said it means blood?

13   **A**   Correct.

14              **MS. FINOCCHIARO:**  Okay.  If we next could go

15   to Exhibit 20LL.

16   **BY MS. FINOCCHIARO:**

17   **Q**   Looking from the bottom up, what do we have here?

18   Can you explain to the jury what we're looking at?

19   **A**   This is a series of text messages back and forth

20   between Billy Arnold and Robert Brown.

21   **Q**   Okay.  And starting on the bottom, what is the date

22   that we have the conversation starting?

23   **A**   May 1st, 2015 at about 10:30 a.m.

24   **Q**   Okay.  What do we see?

25   **A**   Arnold texts, "I got in a shoot out last night

*15-20652; USA v. EUGENE FISHER, ET AL*

1    dubbleft me."

2    **Q**    Okay.

3    **A**    Robert Brown responds, "He left u."

4          Billy says, "A bullet pierce my hoodie."

5          Robert Brown says, "Dam he got to go."

6          And then he sends another text message, "U no

7    who it was."

8    **Q**    So looking at this, "dubb," what is "dubb" a

9    reference to from that first text you read?

10    **A**    Dubb is a reference to Quincy Graham.

11    **Q**    This is a conversation between Mr. Brown and Mr.

12    Arnold?

13    **A**    That's correct.

14          **MS. FINOCCHIARO:**   If we can go to -- skipping

15    to Exhibit 22D, from Mr. Arnold's phone and we'll be able

16    to make these bigger on the next page -- first off,

17    actually let's get the information first.

18    **BY MS. FINOCCHIARO:**

19    **Q**    When were these created and what are we looking at?

20    **A**    These were created on May 2nd, 2015 at approximately

21    10:43 for the top one, and 10:49 for the bottom one.

22    **Q**    Okay.

23    **A**    These are screen captures.  Some social media

24    accounts, when you leave your location information on, as

25    you make posts, it will map out the location of where that

                    *15-20652; USA v. EUGENE FISHER, ET AL*

1    user or that post originated.  That's what these appear to

2    be, these photos, these screen captures.

3       **Q**   Okay.  So going down these are just the screen

4    captures showing where people are located; is that right?

5       **A**   Correct.

6       **Q**   This one here, were you able to determine who any of

7    these people were?

8       **A**   There's other photos contained within this

9    extraction that you can see these images a little bit

10   clearer.

11      **Q**   Okay.  And were you able to determine who they were

12   of?

13      **A**   Yes, some of them.

14      **Q**   Okay.  Do you recall off the top of your head right

15   now who they were?

16      **A**   In this particular photo, there is an image where

17   you can blow it up and see it.  I want to say in that

18   photo is Darnell Canady, Fat Jeff, Derrick Peterson and

19   one or maybe both of the Davis twins.

20      **Q**   And this is from Billy Arnold's phone showing their

21   location at the time that this was taken or the screen

22   shot of the 5-2-15?

23      **A**   This was a multimedia message he would have received

24   from somebody else, where they actually created that

25   screen capture to identify the location of where that

1    particular user was posting from, and he sent it to -- or

2    that person sent it to Billy Arnold.

3              **MS. FINOCCHIARO:**  So we're going to go next

4    to Exhibit 20KK.

5    **BY MS. FINOCCHIARO:**

6    **Q**   Looks like a long conversation here.  We're going to

7    take it a little bit at a time.

8              So what are we seeing here, if you could explain

9    to the jury?

10   **A**   This is a text exchange between Billy Arnold and the

11   contact person here is New Capresha.  The actual

12   individual is Capresha Tate.

13   **Q**   What is she in relation to Billy?  Did you come

14   across that information in your investigation?

15   **A**   I believe they had a romantic relationship.

16   **Q**   So what is the date we're seeing this text message

17   between Miss Tate and Billy Arnold?

18   **A**   So from Capresha to Billy says, "Baeeeee."

19             He responds, "U have to do The car shit in da

20   morning a bullet hit da car but they going give u a new

21   one just stay u came out the club tonight and a bullet hit

22   da car."

23             She responds, "I knew u was hiding something

24   from me."

25   **Q**   And what time of the morning, looks like it says

*15-20652; USA v. EUGENE FISHER, ET AL*

1    a.m., are we seeing these text messages?

2    **A**    Between 3:03 a.m. and 3:16 a.m.

3    **Q**    Okay.  Is this the actual time because it says UTC

4    minus four?

5    **A**    This is Eastern standard time.

6    **Q**    So May 2nd, 2015 is the day after there was two

7    shootings; is that right?

8    **A**    I'm sorry?

9    **Q**    On May 2nd, 2015, that date, what is the

10   significance about the day before that?

11   **A**    So the day before, Devon McClure is killed, and then

12   later that day on May 1st, Raphael Carter was shot and

13   paralyzed.

14   **Q**    So go up to the conversation between Miss Tate and

15   Billy Arnold.  I think you read that one.

16          What is the next two?

17   **A**    She sends another text message, "But okay."

18          And then the next one after that is "Did it bust

19   out the windows."

20   **Q**    What do we see here?

21   **A**    Billy responds, "Hiding this just happened and

22   that's y I pay the insurance they gone give u a new car no

23   problem every body do that that ain't shit."

24   **Q**    And continue to read the text conversation.

25   **A**    Capresha responds, "I'm talking about not answering

*15-20652; USA v. EUGENE FISHER, ET AL*

1    the fne since earlier I kno it happen today."

2         Billy says, "Man u ain't here but it's cool."

3    **Q**   At the bottom, we already did.  If you can continue

4    to read their conversation.

5    **A**   Capresha responds, "i'm waiting on Lexus to drop me

6    off to u I told u what happen to the tire."

7         "U go wait on me?"

8         "????"

9         "On my way! Nw seriously."

10   **Q**   Could you read to the jury the conversation

11   continuing on?

12   **A**   Capresha sends to Billy, "U must don't want me now

13   okay the goodnite I'm bouta go In the house."

14        Billy responds, "Dawg I told you what I need u

15   to do u supposed to do it firs thing in da morning."

16        She responds, "I kno but the car also gotta b

17   paid on today I got a print out the a receipt they printed

18   out of wat we paid but it's at my house."

19        Billy responds, "Man I got somet ething to do

20   its the first tonight fenes been blowing my phone up."

21   **Q**   And conversation continues?

22   **A**   Capresha responds, "Okay I'm jus telling u it have

23   to b paid on today too I didn't say nothing u can't handle

24   yo business."

25        Billy responds, "Capres ha I really pushing it

*15-20652; USA v. EUGENE FISHER, ET AL*

1    now because it's 8 almost nine I know it's sat people gone

2    be trying to get cars like u really bout to have me on

3    some other shit."

4    **Q**   And let's continue the conversation.

5    **A**   She responds, "Berenzo wat u talking about we go as

6    soon as they open I don't wanna argue and upset u they

7    open at 9."

8    **Q**   And the next page here, and what is the continued

9    conversation?

10    **A**   It says -- this is from Capresha to Billy, "They on

11    some bs they can't get me the car I'm bouta try to go to

12    hertz they talk about it the payment being late."

13           "And the bumper and stuff fuck up."

14           Billy responds, "What man hell nawl we pay

15    insurance on that."

16    **Q**   The last page here of this conversation.  And what

17    do we see here again on May 2nd, 2015?

18    **A**   Capresha sends a text to Billy "Bae here they got

19    Nissan n Malibu bt its Michigan plates and they got a

20    Toyota wit Illinois plates bt I really don't like it."

21           Billy responds "Toyota camry."

22    **Q**   Looks like the one above that is from Thang M, is

23    that right, and I believe that she already read those into

24    the record?

25    **A**   That's correct.

*15-20652; USA v. EUGENE FISHER, ET AL*

1          **MS. FINOCCHIARO:**  If we can go to the next

2     posting, which is 20JJ from his phone.

3  **BY MS. FINOCCHIARO:**

4     **Q**   First off, what date are we at here?

5     **A**   We're on May 4th, 2015.

6     **Q**   Okay.  So this is two days later.  So what are we

7     seeing here in these text messages from Billy Arnold's

8     phone?

9     **A**   This is an exchange between Billy Arnold and Robert

10    Brown.

11    **Q**   Approximately what time of the day is it or what

12    time of the day is it?

13    **A**   It's 9:07 a.m.

14    **Q**   And what is the conversation between Mr. Brown and

15    Mr. Arnold?

16    **A**   Billy Arnold sends to Robert Brown, "Lil Berenzo

17    here."

18          And then about 18 minutes later, he sends

19    another text message, "Funny thing about yo real ass and

20    these other hoe niggaz you 33yrs old and my guy and u

21    haven't gave me a kongratulations fuck u nigga if u really

22    hate me and u riding kill me then grow up u really hoe in

23    yoself."

24    **Q**   Okay.  Continue on.

25    **A**   The response is, "Bro go get duck and vill for all

*15-20652; USA v. EUGENE FISHER, ET AL*

1    that shit I don't old u shit they mite so go fuck off my

2    nigga."

3        **Q**   So Duck and Vill, those references, do you know who

4    they refer to?

5        **A**   Duck is a reference to Devon Patterson and Vil is a

6    reference to Arlandis Shy.

7        **Q**   Okay.  And does the conversation continue?

8        **A**   Yes.  It says, "Bro just stay away from me."  That's

9    from Robert Brown to Billy Arnold.

10           **MS. FINOCCHIARO:**  Okay.  We're going to go to

11   the next page.  Looks like the conversation continues.

12   Start at the bottom, work our way up.

13   **BY MS. FINOCCHIARO:**

14       **Q**   What do we see here?

15       **A**   This is three messages from Robert Brown to Billy.

16           "U don't like me and I really see it now I don't

17   fuck with u bro."

18           It says, "U not keepin me alive my guy."

19           "So go ride with your smbs and y'all don't need

20   me and I don't need y'all at all."

21       **Q**   Okay.  And what are we seeing here?

22       **A**   Billy Arnold sends a text at 9:34 saying, "No, u

23   such a killer wya u 33 dawg u be 40 in a min u thinking

24   bout duck kill em kill vile I got u a gun kill em u stone

25   cold u I don't like no damn near 40 yr old nigga who think

*15-20652; USA v. EUGENE FISHER, ET AL*

1    about niggaz and don't do shit go kill em right now sos

2    get a visit tomorrow kill em u think about a man so much

3    kill em I got u guns u don't even own 1gun pay homage

4    cause u and jig got to understand if I wasn't around what

5    gun will yall have. "

6        Q    And does the conversation continue?

7        A    Yeah.  Robert Brown responds, "My nigga block got me

8    back here really don't care about none of yo nigga only

9    him so yea I'm a killer now."

10            "Naw bro don't talk to me like a kid cause I

11   anit my nigga then u let niggas do What they want to do

12   and always got some hoe shit to say to me look my nigga I

13   don't need u ok."

14            "My nigga I don't need yo guns or u."

15       Q    The conversation continues on May 4th?

16       A    Yes.  Billy sends a text, "Don't use that people

17   shit yall niggaz broke and when yall do get some money

18   yall buy tshirts for mixtapes but yo 33yrs old ass

19   probably think I'm hoe in u first I made you then u only

20   care about me then u not smb u are rc then it's fuck

21   everybody and then it's just for block u too old dawg I'm

22   too old I'm holding my son while I text my other aborted

23   child and tell him bout his self u living bro not because

24   of me not because of smb u and jig living because yall in

25   da house and yall not out here but my bad u out here u

*15-20652; USA v. EUGENE FISHER, ET AL*

1  killed sos and vile."

2  **Q**  Okay.  And if you could continue on.

3  **A**  Robert Brown sends, "U not no killer my nigga y kev

4  didn't die so playin my nigga I kno u they beleave u I

5  don't."

6  "U got my money how I'm broke u broke."

7  **Q**  And the conversation continues?

8  **A**  From Robert Brown to Billy, "See u not real you

9  really think I need don't u my nigga u anit never did shit

10  for me never gave me 100 dollars all u did was miss Mike

11  my nigga."

12  "Who u killed that one nigga did u mean to no

13  fuck u."

14  "And I anit think about you killing shit or

15  shootin shit I'm not them niggas my guy been doing me

16  years befor I new u."

17  **Q**  And the conversation continues on?

18  **A**  It says from Billy -- I'm sorry, from Robert to

19  Billy, "U mad me happy with this one."

20  Billy responds, "He called me too that's funny

21  and money I threw that in da club 7 times at once I have

22  fenes and that's my money nigga I'll throw that shit in

23  ohio and see if u really want that u have a consensus

24  thank mommie without her where would you be u 33 never

25  been locked u still rocking girbauds and them trus I gave

*15-20652; USA v. EUGENE FISHER, ET AL*

1    u u get checks bro u play a role to get a check my nigga I

2    never got checks have you ever had 4 thousands like come

3    on u know what it is bro look at yo glasses bro don't

4    judge an nigga who u no u ain't fucking wit."

5         From Robert Brown to Billy, "Now I don't got to

6    see none of y'all."

7    **Q**   I'm sorry, let me go back out.  What do see we here?

8    **A**   "Remember y'all went the other way we didn't plus u

9    didn't make I been on that shit like I said I don't need

10   u.

11        "Like I said I don't need u so what now u gone

12   let yo niggas kill me that cool my guy I no they happy

13   now."

14   **Q**   Go to the next page, and the continued conversation.

15   Take it bit my bit.  What do we see here?

16   **A**   Message from Robert Brown to Billy Arnold, "Yep and

17   think u didn't give me none of that money u threw it in

18   the club I tried to help u and u so if that anit shit then

19   y you take it and all u do is lie my nigga and u no what

20   it is I'm not worried about u."

21        "Bro u a Bitch for real I no u u only act like

22   that with us my guy."

23        Billy responds, "Exactly, u can't say nothing,

24   can u u know ever word I said was real I've took loses on

25   shut u never seenbut still got fenes I can make 20 a week

*15-20652; USA v. EUGENE FISHER, ET AL*

1    that ain't shit u really don't have me mad I'm really

2    feeling good about my first son man great foreal but nawl

3    I got u a gun go get em Aj just call my bad he say only

4    hoe niggaz argue wit they konrads and told me to tell go

5    get somebody leave the crib."

6    **Q**   And Aj, do you know who is that a reference to, Aj?

7    **A**   It's a reference to Aaron Hayes.

8    **Q**   And the next part of the conversation?

9    **A**   These are all from Robert Brown to Billy Arnold,

10   "Bro fuck u that's not a lost to me I'm happy I don't got

11   to fuck with u no more thank u god."

12          "Only 16 hun that's all I new was on hoe shit

13   any ways."

14          "Tell him to tell the niggas to call bro to

15   leave the crib."

16          These are all from Robert Brown to Billy too.

17          "Any body else dead to me delete all they

18   numbers jig duck as everybody number."

19          "So Happy for u that's my baby to but I'm not a

20   hoe we can fight my nigga."

21          "I'll just wait till your real brothers not

22   there or when he get home."

23   **Q**   We saw Jig and Duck in there.  What does that

24   reference?

25   **A**   Jig is Donell Hendrix.  Duck is Devon Patterson.

*15-20652; USA v. EUGENE FISHER, ET AL*

1    **Q**   And the conversation still continues May 4th, 2015.

2    **A**   These are three additional messages from Robert

3    Brown to Billy Arnold.

4            "Talkin to me light that."

5            "Now I don't got to die with nigga that want DIE

6    for me."

7            "Tell aj don't get killed in there we really

8    don't no what niggas do in there he mite really be with

9    the bums now."

10   **Q**   What do we see here?

11   **A**   Three more messages from Robert Brown to Billy

12   Arnold.

13           "Hate it that u think I need u What have u done

14   4 me u really a hater my guy I really hate u."

15           "U always gun up to me never told u I'll shoot u

16   u say that shit to me hope u no I will kill you u if I

17   have to my guy."

18           "Talking that gun shit."

19   **Q**   And what do we see here?

20   **A**   Three more messages from Robert Brown to Billy

21   Arnold.

22           "An I'm about to move far away."

23           "U can do that when u get checks and pills my

24   guy."

25           "Hahahaha."

*15-20652; USA v. EUGENE FISHER, ET AL*

1      **Q**   Looks like the conversation continues on.  We'll

2      just take it three at a time.  What do we see here --

3      actually, looks like there's one in between.  Start with

4      the ones with Robert Brown.

5      **A**   So Billy Arnold sends one to Robert Brown.

6             "Y I ain't heard no shooting yet just got a call

7      them boyz on Houston Whittier and hayes purple caddy

8      tented windows."

9             Robert Brown responds, "Send me a ride and I got

10     it I didn't get no call niggas don't rock wit me."

11     **Q**   Houston Whittier and Hayes, have you heard of those

12     names before?

13     **A**   Yeah.  They're streets on the east side of Detroit.

14     It's also the area where Devon McClure was killed.

15     **Q**   What do we see here?

16     **A**   The first is a text message from Billy Arnold to

17     Robert Brown.

18             "What niggaz can't move when killa in here what

19     happened to stoleys last night and don't think a nigga

20     hoing u its facts like I always say I'm not sending shit

21     nigga I go myself I'm here at the hospital but I'm bout to

22     get out cause ops good I see niggaz just Want to harm me."

23     **Q**   And what do we see?

24     **A**   Response from Robert Brown, "Y u textin then tell yo

25     friend."

*15-20652; USA v. EUGENE FISHER, ET AL*

1              "U playin me but it's okay."

2     **Q**    Okay.  What do we see next?

3     **A**    Billy responds, "Nawl ain't nobody helping me pay

4     this 625 I owe for damages but niggaz can't get cars my

5     bum ass though niggaz somt."

6              Robert Brown responds, "U got my 90 pills down

7     the way my guy u left my shit."

8              "What the fuck r u talkin about stop textin me

9     bro I'm out the game I'm soft."

10    **Q**    If you could read up from there?

11    **A**    Robert Brown texts, "I think I slow bro that's real

12    shit don't text my phone no more I don't fuck with u or

13    them."

14             Robert Brown -- Billy Arnold responds, "Oh, I

15    know I can't Wait to all yall niggaz who think they low

16    get killed on my son I can't because I know that's how the

17    game go trust me watch what you say bro trust."

18             And Robert Brown responds, "So."

19    **Q**    Okay.  And this is a continued conversation.  What

20    do we see here?

21    **A**    Robert Brown texts, "A I'm bout to take all yo shit

22    back on Lamont I don't want u in my life no more I'm bout

23    to move to I'll even take yo guns over there I got money

24    my guy u say u can't wait to I die on yo son dam That

25    fucked me up rite there we done my guy."

*15-20652; USA v. EUGENE FISHER, ET AL*

1          "Dam I feel like u been wanted me dead now

2     that's y u always want to ride with dam u tryin to kill

3     me."

4          And Billy Arnold responds, "Nigga fuck u nigga u

5     stand for nothing throw that shit away nigga I ain't lose

6     bum ass nigga I that's ot travel guy I have more clothes

7     then u a ever have bum ass I never had 100 pills to myself

8     I played with 1000$ of em and u older than me u 33 never

9     did a bid it shows who grind da hardest."

10    **Q**   Okay.  And what do we see here?

11    **A**   These are messages all from Robert Brown to Billy

12    Arnold.

13         Says, "So what I don't care about the shit u

14    care about y u all ways want me to be like u."

15         "So u want me dead now ok."

16         "I don't grind I live my life and I was happy my

17    guy."

18         "U won I don't want to go to jail so I'm out."

19         "U let other niggas get out y I can't get out."

20         "Yea u got me fucked up."

21    **Q**   These are all from Robert Brown to Billy Arnold, you

22    said?

23    **A**   That's correct.

24    **Q**   This last page here for this conversation, what do

25    we see here?

*15-20652; USA v. EUGENE FISHER, ET AL*

1    **A**   Billy Arnold sends a text, "Because you u made me so

2    how u never fuck with me on money or nothing want u dead

3    I'm already got bums to cook u a different one u harmless

4    to me yall make excuses for what u not going do because u

5    still beef texting me but have not made one call to get

6    out u don't make me mad when u say I don't want to ride or

7    I'm scared I know u foreal u ain't off extacy pills this

8    time like u and fess taking x the other day I know u don't

9    got it in u that's y u 33 got to take pills tryst I know."

10           Robert Brown responds, "I took the pill after we

11   did that my guy."

12           "I didn't go in his house to we got back then I

13   took the pill that's y I did go the next time so u didn't

14   make been doing this shit."

15   **Q**   Okay.  What do we see here?

16   **A**   These are text messages from Robert Brown to Billy.

17           "My guy yea I don't got it no more."

18           "I don't want it that's what it really is y'all

19   don't give a fuck about me u showin me that rite now."

20           "But I want text or call u no more I put that on

21   my son and God."

22           Billy responds, "Did what are u still guessing

23   if u and yall hit somebody u worse than my nigga ar land

24   is I know y u gave him da yoppa for a test it was cause u

25   knew we were riding for 3 of em but u know u testing

*15-20652; USA v. EUGENE FISHER, ET AL*

1    niggaz doe but I know it ain't in u u don't got to keep

2    repeating it I know."

3    **Q**   All right.  And what do we see here in the continued

4    conversation on May 4th?

5    **A**   Two text messages from Robert Brown.

6         "Want text or call u no more u won and u don't

7    need u got killer."

8         "Killers."

9         Billy responds, "Be careful in da game we play."

10        Robert responds, "U want me in the game bad I

11   see I don't want to be berenzo my guy."

12   **Q**   And this continued conversation?

13   **A**   Billy sends that "Nawl I really hope you be careful

14   homie because niggaz who talk like u karma hit em so I

15   know u ain't lost nobody foreal but don't be shocked if it

16   start coming yo way."

17        Robert responds, "If it do I know it's u."

18        "Bro do u want it wit me."

19        "Just tell me we anit got to keep doing all this

20   textin shit the cops gone get this shit if u or me die so

21   stop textin me 5."

22   **Q**   And what do we see here?

23   **A**   Billy sends a text message, "I ain't going do shit u

24   harmless man its reallylike talking to a old miserable

25   lady on block u ain't talking about shit just got to

*15-20652; USA v. EUGENE FISHER, ET AL*

1       remind who u are."

2              Robert responds, "U Rite I'm back to my old man

3       life now if I get killed then I past cought up to me guess

4       it's god."

5              **MS. FINOCCHIARO:**  Moving on from that Exhibit

6       20J.  If we could go to 22E.

7    **BY MS. FINOCCHIARO:**

8       **Q**   Okay.  Just so we can get the date we're seeing,

9       these from Billy Arnold's phone.  What is the date we're

10      seeing these screen shots?

11      **A**   This is May 6th, 2015.

12      **Q**   Okay.  And how about this one?

13      **A**   This one is May 6th, 2015 also.  It's a photo, I

14      know it's not clear but it's a photo of Darnell Canady and

15      Derrick Peterson.

16      **Q**   And if we go to the very top.  What about this

17      photo?

18      **A**   This is May 2nd, 2015.  This is the photo that we --

19      when we attempted to zoom in it was just too blurry and it

20      was mapped out in a neighborhood.

21      **Q**   So we can go -- looks like we have the photos in

22      bigger zoom here.

23              So this photo from 5-2-15, what are we seeing

24      here?

25      **A**   This is a photo of ten different people here.  I

                    *15-20652; USA v. EUGENE FISHER, ET AL*

1    can't identify all of them but can I identify the third

2    person from the left is Darnell Canady.  The person in the

3    gray sweatshirt and gray sweat pants is Jeffrey Goodlett,

4    Fat Jeff.  You got the second and third person from the

5    right are Michael and Martez Davis.

6        Q    And what is the name of the account this comes from?

7        A    This is from __tiffanymarie.  There's one other name

8    I recognize here, trying to find him in the photo.

9        Q    What are the numbers -- or, sorry, the names

10   referenced at the bottom there?

11       A    @guy__fisher which is Patrick Johnson or Cane,

12   @twinmike, which is Michael Davis, and @twintaze, which is

13   Martez Davis.

14       Q    Okay.  And the next photo we saw?

15       A    This is one that is the photo of Darnell Canady and

16   Derrick Peterson together.  The comment with that photo

17   says, "My right hands manz."

18       Q    What account is this from?

19       A    This is from Gutta Neff.

20       Q    This was found on Billy Arnold's phone?

21       A    Yes, it was.

22       Q    This last photo here, do you know who was in this

23   photo?

24       A    I do not.

25            MS. FINOCCHIARO:  If we go to Exhibit 20II.

*15-20652; USA v. EUGENE FISHER, ET AL*

1    **BY MS. FINOCCHIARO:**

2    **Q**   Now, the top ones are from Matleah Scott.  We

3    already saw those, but if we could go to the ones here.

4    What are the text messages we're looking at here?  This

5    looks to be a different number.

6    **A**   This is a text exchange between Billy Arnold and

7    Arlandis Shy.

8    **Q**   Okay.  And what date and time are we looking at?

9    **A**   This is on May 7th, 2015 at 12:18.

10        The first is a message from Arlandis to Billy.

11   It says, "want me to see if gutta out n about."

12        Billy responds "Don't matter."

13   **Q**   Gutta, have you heard that as part of your

14   investigation?

15   **A**   Yes, I have.  One of the names of the gangs is Gutta

16   Boys.  We heard that Darnell Canady refers to him as Gutta

17   Bud.  Djuan Page referred to himself as Gutta Neff.

18   **Q**   At the top, we already saw the ones from Miss Scott,

19   but if you just read that first one there so we know that

20   the content of the conversation from 5-7-2015 at

21   1:09 p.m.?

22   **A**   On 5-7-2015 to Billy sent a text to Matleah Scott.

23   "Sis u ain't see none of these targets yet.

24        "Hell naw I ain't even came out the house since

25   Saturday but I'm bouta leave out now hit a few corners but

*15-20652; USA v. EUGENE FISHER, ET AL*

1       them niggas be on promenade and courville by Denby."

2               And Billy responds, "Bet."

3               **MS. FINOCCHIARO:**  Go to 23K, Mr. Arnold's

4       phone.

5    **BY MS. FINOCCHIARO:**

6       **Q**   What are we looking at here in 23K?

7       **A**   This is a multimedia message from Billy Arnold to

8       Quincy Graham.

9       **Q**   Is that listed as Life?

10      **A**   Yes.  It says Life.  It's stored in the contact list

11      as Life.

12              And it says -- the text says "But yall niggaz

13      worry bout putting up instagram quotes hoeing yallself."

14              And it's got a screen shot attachment to this

15      multimedia message.

16      **Q**   And what was the date and time of this message?

17      **A**   May 7th, 2015.

18      **Q**   Go to the next page.  What is the picture that Billy

19      Arnold sends?

20      **A**   This is the photo that's attached in that multimedia

21      message.  It's from the account __twinmike, which belongs

22      to Michael Davis.

23      **Q**   Okay.  Let's scoot up a little.  And what do we see

24      in the photo?

25      **A**   There's a bunch of individuals I can make out.  The

                *15-20652; USA v. EUGENE FISHER, ET AL*

1   person with the blue jeans and the brownish colored shirt
2   with middle fingers on both hands facing the camera is
3   Darnell Canady.  You've got guys that are displaying, you
4   know, five fingers held out and then with the middle
5   finger, bottom one covering up their faces.
6              MS. FINOCCHIARO:  So if we go to 20HH for
7   Mr. Arnold's phone.
8   BY MS. FINOCCHIARO:
9       Q   Looks like we have a conversation here between that
10  same number and Mr. Brown 'is that right?
11      A   Yes.
12      Q   Okay.  And when is this conversation occurring?
13      A   This is occurring on May 7th, 2015.
14      Q   Approximate time?
15      A   Approximately 11:43 p.m.
16      Q   So this is after date and time the last conversation
17  we just saw between him and Mr. Brown, right?
18      A   Yes.
19      Q   It was a later time.  Okay.  So what are we seeing
20  here?
21      A   A message from Billy Arnold to Robert Brown, says,
22  "Mission Harper wood with dada."
23      Q   Dada, have you heard reference to dada?
24      A   I have.  Dada was a name for Jerome Gooch.
25      Q   Okay.  And what else do we see here?

*15-20652; USA v. EUGENE FISHER, ET AL*

1       **A**   We see a text message back from Robert Brown, says,

2       "Where u at."

3              And then Robert Brown sends another text

4       message, "Down there."

5       **Q**   And what is the response to Mr. Brown?

6       **A**   Billy responds, "Omw."

7              And then Robert Brown responds "Where you at

8       bro."

9       **Q**   Give some context as to where we are, these messages

10      are the next day and that's May 8th, 2015, and who are

11      they between?

12      **A**   They're between Matleah Scott and Billy Arnold.

13             Do you want me to read through them?

14      **Q**   No.  These are just the ones we saw before, but

15      these are the next day?

16             **MS. FINOCCHIARO:**   Okay.  If we could go to

17      the next page here.

18  **BY MS. FINOCCHIARO:**

19      **Q**   Looks like these are May 9th, 2015.  What number is

20      this conversation between Mr. Arnold with?

21      **A**   This is from -- or the phone number is

22      (646)685-6282.

23      **Q**   And were you able to determine whose number that was

24      associated with?

25      **A**   That number was attributed to Derrick Kennedy.

*15-20652; USA v. EUGENE FISHER, ET AL*

1    **Q**   Okay.  And what do we see in this conversation

2    between Mr Kennedy and Mr. Arnold?

3    **A**   Billy Arnold sends a text message -- this is a

4    string of text messages back and forth.

5            The first message sent from Billy to Derrick

6    Kennedy is "Dawg, I ain't trying to hear shit dawg I gotta

7    a nigga gone sell me a ar for 7 and it's an nigga now wit

8    a choppa too we getting both igot to get back down the way

9    get my shot dip don't play wit me right now man I know we

10   always talking shit but this block and I'm ready to die

11   right now."

12   **Q**   And what is the continued conversation.

13   **A**   Kennedy responds, "I love you got gb call me."

14   **Q**   And the continued conversation?

15   **A**   Billy responds, "In traffic not talking on my phone

16   wya."

17           Kennedy responds, "7 and conant at baber shop

18   with my ppl."

19   **Q**   So May 9th, 2015, Billy Arnold is talking with

20   Derrick Kennedy?

21   **A**   Right.  He even calls him by his street name in that

22   first message.

23   **Q**   We see references to AR and choppa; is that right?

24   **A**   That's correct.

25   **Q**   Go down to the next page here, the ones in between,

*15-20652; USA v. EUGENE FISHER, ET AL*

1        again, are from Matleah Scott.  We've seen those.

2                Looking down here, continued on May 9th, 2015,

3        what do we see here and who this is between?

4        A    This is Kennedy and Billy Arnold.  The first is from

5        Kennedy to Billy Arnold.  He says, "Bet."

6                He says, "Come on im ready this 4 sho."

7                Billy responds, "I'm 30 minute away but igot

8        someone ready now if u got 'em."

9        Q    And that conversation continues?

10       A    Kennedy responds, "Got em told you."

11               Billy responds --

12       Q    Does it continue on?

13       A    Billy responds "Where he at."

14               Kennedy says, "Pull up."

15       Q    And what are we seeing here?

16       A    These are three messages from Billy to Derrick

17       Kennedy.

18               "Nigga I just told u I'm 30 minutes away but I

19       got somebody right by u a pull up now dumb ass nigga."

20               "Dawg what's up man I keep telling you dawg stop

21       playing with me dawg what up."

22               "U at da same place."

23       Q    And what do we see here?

24       A    Kennedy responds, "Yea."

25               Arnold says, "Meet up with me I'm around now."

                    *15-20652; USA v. EUGENE FISHER, ET AL*

1    **Q**   And what is his response?

2    **A**   "Fest crib."

3    **Q**   And the response to that?

4    **A**   Arnold responds, "Omw."

5    **Q**   This is on May 9th, have you seen references to the

6    name Fest?

7    **A**   Yes, that's a nickname for Eugene Fisher.

8    **Q**   These two messages here, looks like it changes to a

9    different number.  What is this number here?

10   **A**   That one is a message to Robert Brown on May 9th,

11   2:35 p.m.

12   **Q**   And what is that to Robert Brown?

13   **A**   A message is "Idk what da fuck going on cause niggaz

14   ain't tell me shot but I got to get something out yo crib

15   dawg."

16   **Q**   And then what is the next message above that?

17   **A**   Billy Arnold sends a text message to Kennedy, "Wya."

18   **Q**   Okay.  And this message to Mr. Brown's, 5-9-15 at

19   what time?

20   **A**   At 2:35 p.m.

21   **Q**   Look at the one up here, what is this text here?

22   **A**   On May 9th, 2015 at 6:29, Billy Arnold sends a text

23   to Robert Brown, "My bad at fess."

24          **MS. FINOCCHIARO:**  If we could go to 20GG,

25   again, with the text messages.

*15-20652; USA v. EUGENE FISHER, ET AL*

1    **BY MS. FINOCCHIARO:**

2       **Q**    Looking at the bottom of the page here, what do we

3    see here?

4       **A**    This is a text exchange between Billy Arnold and

5    Robert Brown.  The first is a message to Billy Arnold, it

6    says, "Grandmom."

7             Billy responds, "Man I just hope u strap I'm

8    tired of loosing niggaz because niggaz don't be strapped

9    and in they own worlds real shit dawg."

10            And then Robert Brown responds, "Dbow do."

11            **MS. FINOCCHIARO:**   Go to 22F.

12   **BY MS. FINOCCHIARO:**

13      **Q**    And what is the date -- what do we see here first

14   off?

15      **A**    These are photos that were on Billy Arnold's phone.

16   The top photo, from May 7th, 2015, is that photo in which

17   there's a bunch of individuals kind of covering up their

18   faces and flipping off the camera.  I was able to identify

19   Darnell Canady in that photo.

20            The next two photos were screen shotted on

21   May 9th, 2015.  Those appear to be screen captures from

22   the OOO_Big_Blood Instagram account that were saved on

23   this phone.

24      **Q**    Okay.  Just to mix it up a little, I'm going to have

25   you step down because we're going to go through the actual

*15-20652; USA v. EUGENE FISHER, ET AL*

```
 1        photos on Billy Arnold's phone.
 2                    Again, this is a photo that we've seen before;
 3        is that right?
 4        A    Yes, that's correct.  That's from Michael Davis'
 5        Instagram account, the name is _twinmike.
 6        Q    Here, I'll give you the laser pointer.  Point
 7        anything out in there that you are able to identify.
 8        A    Sure.  This is Djuan Page at the bottom here.
 9        Q    So this one is Djuan Page?
10        A    Yes.
11        Q    Okay.
12        A    This is Jeffrey Goodlett.
13        Q    We heard about him before; is that right?
14        A    Yes.  He goes by Fat Jeff.
15        Q    Okay.
16        A    This is 1Eye or William Blevin Healy.
17        Q    We heard about him as well before?
18        A    Yes, we did.
19        Q    Who else do we need to identify in here?
20        A    This is a photo with Michael Davis.
21        Q    Can't really see it, but that's Michael Davis on the
22        right or the left?
23        A    On the left.
24        Q    And anyone else that we can see in this?
25        A    Can you zoom in on this one here?
```

*15-20652; USA v. EUGENE FISHER, ET AL*

1    **Q**   Sure.

2    **A**   It's tough to tell.

3    **Q**   Okay.  Anyone else?  How about this one right here.

4    Who are we seeing in this one right here that was on Billy

5    Arnold's phone?

6    **A**   We see Michael and Martez Davis in this photo.

7    **Q**   Okay.

8    **A**   This is Phillip Peeks, Peezy, in this center photo.

9    **Q**   And these are rival gang members to SMB?

10    **A**   Yes.

11    **Q**   Okay.  And what about this screen shot -- I'm sorry,

12    go ahead.  You were going to continue.

13    **A**   Can we zoom into this one real quick?

14    **Q**   Sure.  Although, it will probably be blurry.

15          But what are we seeing up here at the very top?

16    **A**   The name is #fuckneffgang.  "Eye shot all eye

17    shots."  It's got eye emojis and then gun emojis.

18    **Q**   Go ahead and take a seat.

19          **MS. FINOCCHIARO:**  If we can go to 20EE.

20    **BY MS. FINOCCHIARO:**

21    **Q**   Go back to Billy Arnold's text messages here.  If we

22    go to the bottom, what are we seeing here in these texts?

23    **A**   This is another text exchange between Robert Brown

24    and Billy Arnold.

25    **Q**   When is the date and time of this text exchange?

*15-20652; USA v. EUGENE FISHER, ET AL*

1    **A**   This is May 10th at 3:25 in the morning.

2    **Q**   So we're going even later in time than what we've

3    previously seen?

4    **A**   Yes, that's correct.

5    **Q**   And what do we see here?

6    **A**   The first is a message to Robert Brown from Billy,

7    says "What's the word."

8             Robert Brown responds, "It's good."

9             Billy says, "Let's get it nigga hell yea let's

10   wrap it up."

11            And then Robert Brown responds, "On my way out."

12   **Q**   What time was that the last text message?

13   **A**   3:26 a.m.

14   **Q**   And do you recall what time the shooting was on

15   May 10th, 2015?

16   **A**   It was approximately 1:40 p.m.

17   **Q**   Look at the next three lines here.  What are we

18   seeing here on these text messages from Billy Arnold's

19   phone?

20   **A**   The first is a message to Quincy Graham.  It says,

21   "Upload Blick murder verse when he say y they do my baby

22   like that my baby like that."

23   **Q**   And this is from Billy Arnold to Quincy Graham?

24   **A**   That's correct, at 4:56 p.m.

25   **Q**   So would this be after the time of the shooting on

1    May 10, 2015?

2    **A**    It would be almost three and a half hours later.

3    **Q**    Okay.

4    **A**    And then --

5    **Q**    What else do we see here?

6    **A**    He sends a message to Diondre Fitzpatrick, "Upload y

7    they do my baby like that my baby like that block verse."

8    **Q**    Okay.

9    **A**    Diondre Fitzpatrick responds, "How do I get the

10   song??"

11   **Q**    And it's listed under the nickname Nice for Diondre

12   Fitzpatrick; is that correct?

13   **A**    That's correct.

14   **Q**    So we're still on May 10th of 2015 later in the

15   evening at 5:03.  What are we seeing here?

16   **A**    Billy Arnold sent a text to Diondre Fitzpatrick,

17   "Utube."

18           And he sends another message to Quincy Graham

19   saying, "Damn yall niggaz scared well upload my video off

20   ro page wit peezy@."

21           Quincy Graham responded, "I didntknw wat uwas

22   sayin do."

23   **Q**    And then what's the next text message?

24   **A**    He sends a text message to Derrick Kennedy, "Put

25   both videos on their."

*15-20652; USA v. EUGENE FISHER, ET AL*

1    **Q**    Looks likes this is a continued conversation.  What
2    are we seeing here?
3    **A**    Kennedy responds, "Aight."
4         Quincy Graham responds, "I'm not even following
5    ro."
6         So then Billy sends a text back to Quincy
7    Graham, "Vile page."
8         "Put word for word and gun emoges."
9    **Q**    And what are we seeing here as part of this same
10   conversation?
11   **A**    He sends two more text messages to Kennedy, "But
12   word for word with gun emoges."
13        "Asap."
14        And then he sends a text message to Quincy
15   Graham, "Asap."  Those are all May 10th.
16   **Q**    All May 10th?
17   **A**    Yes.
18   **Q**    We have a couple from Matleah Scott.  If you could
19   read the one at the top we haven't read yet.  And what
20   date and time is that, that's not from Mrs. Scott?
21   **A**    On May 10th, there's a message sent to Robert
22   Brown's phone number at 8:39 p.m.  Says, "Omw back."
23   **Q**    Again, this is still on May 10th, you said?
24   **A**    That's correct.
25             **MS. FINOCCHIARO:**  Okay.  If we could go to

*15-20652; USA v. EUGENE FISHER, ET AL*

1    20FF.

2  **BY MS. FINOCCHIARO:**

3    **Q**   And who is Billy Arnold having a conversation with

4    here?  It looks like it's still on May 10, 2015.

5    **A**   This is a conversation with Robert Brown.  He sends

6    a text at 8:43 p.m. "Did you hear me dawg."

7          Robert Brown responds, "Ok my alarm was going

8    off had to go home."

9          "U still n a car."

10   **Q**   Continuing on the same conversation with Mr. Brown

11   and Mr. Arnold.

12   **A**   Billy Arnold sends a text message to Robert Brown,

13   "Yep what dawg talking about information nigga."

14         And Robert Brown responds, "Rite I need a ride."

15         And then Billy Arnold sent another text message,

16   "What he talkin bout."

17   **Q**   Okay.  Going further in this conversation, what are

18   we seeing here?

19   **A**   Billy sends a text message to Robert Brown, "U

20   called em see what up."

21         Robert Brown responds, "Who dip or mike."

22         Billy responds, "Shawn what he talking about."

23         Robert Brown responds, "Talk bout he called dp

24   and asked dum nigga."

25   **Q**   So references to Dip or Mike do you know as part of

*15-20652; USA v. EUGENE FISHER, ET AL*

1    your investigation what that references to?

2        **A**    Dip is a name for Derrick Kennedy, and there's been

3    references to Michael Rogers in this case.

4        **Q**    How about the references to Shawn?

5        **A**    I'm not sure who that's reference to.

6        **Q**    The final text message he called DP, the reference

7    to DP, are you aware of that?

8        **A**    Derrick Peterson went by the street name DP.

9        **Q**    Continuing the conversation between Mr. Brown and

10   Mr. Arnold, what do we see here?

11       **A**    Message from Robert Brown to Billy Arnold, says,

12   "Naw Mike on bs."

13              "Dog stay it's rite Mike talking dum."

14              Billy Arnold responds, "What."

15              Robert Brown says, "Omw now."

16              "I'm here."

17       **Q**    What time is the "I'm here" text message?

18       **A**    Ten minutes after the "Omw now" at 9:26 p.m. on

19   May 10th.

20       **Q**    And what do we see here, the rest of that

21   conversation?

22       **A**    Billy sends a text message to Robert Brown, "Same

23   place fes."

24              Robert Brown responds, "Yea."

25              Billy responds, "Omw."

*15-20652; USA v. EUGENE FISHER, ET AL*

124

1            And Robert responds, "Ok."

2       **Q**    The reference to Fess there?

3       **A**    Eugene Fisher.

4            **MS. FINOCCHIARO:**   If we can go to Exhibit

5       20DD.

6  **BY MS. FINOCCHIARO:**

7       **Q**    What date and time do we have here?

8       **A**    This is May 11th, 2015 between 12:21 p.m. and

9       12:23 p.m.

10      **Q**    And who is the conversation with?

11      **A**    This is a text exchange between Billy Arnold and

12      Quincy Graham.

13      **Q**    All right.  And what do we have in the text here?

14      **A**    The first is a sent message to Quincy Graham, says,

15      "223s, 40s 762 bullet s get at lease 3 of each."

16      **Q**    Okay.  That was to Quincy Graham from Billy Arnold?

17      **A**    Correct.

18      **Q**    And what is the response?

19      **A**    Graham responds, "Ok we all needto change r

20      numbers."

21      **Q**    Okay.

22      **A**    Billy responds, "No doubt I need them one phones u

23      be having."

24            Quincy Graham respond, "Ok cuz my otger phone on

25      some bs."

*15-20652; USA v. EUGENE FISHER, ET AL*

1    **Q**    So this is at 5-11-2015 and 12:21 p.m.; is that
2    right?
3    **A**    That's correct.
4    **Q**    And this would be the day after the shooting on
5    Mother's Day?
6    **A**    That is correct, the one that occurred on State Fair
7    and Hoover.
8    **Q**    And what do we see also on May 11th?
9    **A**    There are two messages from Billy Arnold to Robert
10   Brown.  The first is "Pull up asap."
11          "I don't got his number."
12   **Q**    Looks like the conversation up here is with a
13   different number.  What is the number Billy Arnold was
14   texting with here?
15   **A**    The number he's texting is (313)948-2154.
16   **Q**    Okay.  And when is this conversation occurring?
17   **A**    On May 11th, 2015 at 2:03 p.m. to 2:06 p.m.
18   **Q**    I'm sorry 2:03 --
19   **A**    Through 2:06.
20   **Q**    Through 2:06.  And what are we seeing here in the
21   conversation?
22   **A**    A message coming to Billy Arnold, says, "I'm off
23   work right here on Morgan n notthingham."
24          Billy responds, "I'm leaving the car place now
25   damn they took all day I'm bout 3 minute away."

*15-20652; USA v. EUGENE FISHER, ET AL*

1           Response to Billy is "OK I'm waiting on you, we

2     gotta be its tint on the windows."

3           Billy responds, "Not dark dark but u a hear

4     about them niggaz."

5     **Q**   And this number, were you able to associate this

6     number with anyone?

7     **A**   I'm not certain, off the top of my head.

8     **Q**   Going to the next page, looks like the conversation

9     continues with Mr. Arnold with that same number.  What is

10    the content of the conversation?

11    **A**   From that person to Billy Arnold, "That's cool, I

12    just gotta tell you the shit I know the spots I know abt."

13          Billy responds, "Ok I got u."

14          The person in the text, "Fr Man they took are

15    Ryder he was beyond loyal to niggas now its time to ride n

16    be loyal to him for real."

17          Billy responds, "U must ain't heard or know who

18    u talking to."

19          The exchange continues.

20    **Q**   What do we see May 11, 2015?

21    **A**   This person texts Billy Arnold, "Dogg, I been trying

22    to talk to u get in touch with u like crazy some shit

23    gotta shake I'm use to my niggas making noise."

24          Then he sends another text, "This you outside in

25    this white truck."

*15-20652; USA v. EUGENE FISHER, ET AL*

1              Billy responds, "Nawl."

2              Person sends another text, "I see now, it was a

3    customer if u can't come I'll leave n meet you u somewhere

4    cause I'm off work n don't wanna just be sitting here."

5              Billy responds, "Yea because 94on some

6    bullshit."

7    **Q**    Okay.  Looks like Billy has a conversation with a

8    different number.  Who do we see here?

9    **A**    This is a message sent to Quincy Graham.  It says,

10   "What up you got the hook ups."

11   **Q**    And in your investigation, have you heard the term

12   "hook ups" used before?

13   **A**    Yes.  There's text messages from Billy Arnold to

14   Eugene Fisher on September 26th, 2015.

15   **Q**    Okay.  This one is May 11, 2015 at 4:39 p.m.; is

16   that right?

17   **A**    Yes, it is.

18   **Q**    Okay.  Go to the top here.  Who is this text

19   conversation with?

20   **A**    This is a text exchange between Robert Brown and

21   Billy Arnold.

22   **Q**    And when is this occurring?

23   **A**    This is May 12th, 2015 at 5:27 p.m. through about

24   5:38 p.m.

25   **Q**    Okay.  What do we see here?

                    *15-20652; USA v. EUGENE FISHER, ET AL*

1    **A**   Billy sends a text, "Yall good."

2              Brown responds, "Yea picked up dbo."

3              Billy responds, "No doubt."

4              Brown responds, "Trust."

5              And then Billy sends, "Brib."

6         **MS. FINOCCHIARO:**  If we could go to Exhibit

7    20CC.

8    BY MS. FINOCCHIARO:

9    **Q**   So what date and time are we looking at here for

10   texts from Mr. Arnold's phone?

11   **A**   This is May 13th, 2015, an exchange between Billy

12   Arnold and Quincy Graham between 6:45 p.m. and 7:01 p.m.

13             The first is from Quincy Graham to Billy Arnold,

14   says "At benni snoop just walked in."

15             Billy Arnold responds, "Want me up there."

16             Graham responds, "Naw im strap is cool tht's hot

17   out here im jus letting u knw."

18   **Q**   Okay.  Snoop, we saw a reference earlier to "snoop";

19   is that right?

20   **A**   Snoop is a rapper, a rival.

21   **Q**   And we've seen here today references to "strap"; is

22   that right?

23   **A**   That's correct.

24        **MS. FINOCCHIARO:**  If we go to 20BB.

25

*15-20652; USA v. EUGENE FISHER, ET AL*

1   **BY MS. FINOCCHIARO:**

2      **Q**    And what are we seeing here?

3      **A**    This is a message from Jeffrey Adams to Billy

4   Arnold.   This is the same number that was used on the

5   OOO_Big_Blood account.

6      **Q**    Okay.   And when was this sent?

7      **A**    May 14th, 2015 at 1:34 a.m.   It says, "Get at me

8   asap in da morning I got sum shit 2 tell shit brazy."

9      **Q**    It looks like there's further conversation with

10  Mr. Adams.   What are we seeing here?

11     **A**    Arnold responds at 9:07 a.m., "What up."

12             Adams, short time after that, "Tryna meet up wit

13  u."

14             And Billy responds, "Ro house."

15     **Q**    And RO, as we've said, is reference to Mr. Brown; is

16  that right?

17     **A**    That's correct.

18     **Q**    So what is the conversation?

19     **A**    Adams responds, "Alrite."

20     **Q**    I cut off some.   I apologize.   What do we see here?

21     **A**    Adams responds to Billy "Alrite."

22             Billy, five minutes later, sends a text, "Wya."

23             Adams responds, "Finna pull up."

24             At 9:49, Billy sends a text message, "Wya now

25  bitch I'm waiting on u."

*15-20652; USA v. EUGENE FISHER, ET AL*

1          **MS. FINOCCHIARO:**  Okay.  So if we could go

2    through 20Z.

3    **BY MS. FINOCCHIARO:**

4      **Q**   And these are with Matleah Scott, we saw, but just

5    to give context at which point she's texting him.  What

6    date and time do we see this conversation?

7      **A**   This is May 15th, 2015 at 4:34 p.m.

8      **Q**   Okay.  And what is she saying to Mr. Arnold at this

9    time?

10     **A**   "Be careful out there them niggas riding 3 cars

11   deep."

12         **MS. FINOCCHIARO:**  And if we go over to 20Y.

13   **BY MS. FINOCCHIARO:**

14     **Q**   What are we seeing here for 20Y?

15     **A**   Four text messages sent from Billy Arnold to Derrick

16   Kennedy between 7:42 p.m. and 8:10 p.m.  The first is,

17   "Call me asap on the floor."

18         Second "Call me I need these plays I gotta pay

19   some shit."

20         Third, "He been waiting 30 minute now way let's

21   take care of em."

22         Last message, "let's take care of em."

23         **MS. FINOCCHIARO:**  If we could go to Exhibit

24   20X.

25

                    *15-20652; USA v. EUGENE FISHER, ET AL*

**BY MS. FINOCCHIARO:**

1

2    **Q**    And what are we looking at here, this is a

3    conversation between Mr. Arnold and what number?

4    **A**    The number is (248)573-9545.

5    **Q**    Were you able to associate this number with an

6    individual?

7    **A**    Yes.  This number was saved in Andrew Thomas'

8    contact list under the name Jig.

9    **Q**    And we've known Jig to be associated with or you

10   know through your investigation?

11   **A**    Donell Hendrix.

12   **Q**    Okay.  So what is the information -- I'll get a

13   little closer here.

14   **A**    The first.

15   **Q**    There's a lot of information here.  It's all with

16   the same number?

17   **A**    This is an exchange on May 16th, 2015, between

18   6:14 p.m. and 6:17 p.m.  This message was an incoming text

19   from Hendrix to Arnold.

20        It says "Jus wanted to say I love u nigga I no

21   iorit b around I'm jus fokused my nigga but niggas like

22   you Vill brick r.o. chino nice o smokey, popa when I see

23   y'all niggas I see him I love y'all that block shit did

24   sumthin to me man...I love u dawg I'm omw to this Soo

25   Detroit mag interview imma hit you up later...and watch

*15-20652; USA v. EUGENE FISHER, ET AL*

1    these hoes please bro #watchem #Change yo number asap."

2    **Q**    Does Mr. Arnold respond to Mr. Hendrix?

3    **A**    Yes.  He responds, "Alright talk about me in that

4    bitch bro let em know bro I usually don't do this but me

5    block whytes dawg speak that street shit 212."

6    **Q**    What's the response?

7    **A**    "U already know #204."

8              **MS. FINOCCHIARO:**  Go to 20W.

9    BY MS. FINOCCHIARO:

10   **Q**    And this is a number we saw before; is that right?

11   What number is that?

12   **A**    (313)948-2154.

13   **Q**    Okay.  And what is the information we see here

14   between Mr. Arnold and that number?

15   **A**    May 17th, 2015, 1:23 p.m.  It's an incoming message

16   to Billy Arnold, says, "Yo I just got a call saying Niggas

17   dangling on bitch mile troster store."

18   **Q**    And Troster we saw before is a street on the east

19   side; is that right?

20   **A**    That's correct.  That was a street that Raphael

21   Carter was shot on.

22             **MS. FINOCCHIARO:**  Your Honor, I do have some

23   more to do.  It's been a long stretch here.  Is it okay if

24   we break for today?

25             **THE COURT:**  Oh, yes.  That would be fine.

                 *15-20652; USA v. EUGENE FISHER, ET AL*

1    See you all tomorrow morning.

2              (Jury out 12:56 p.m.)

3                    - - -

4         **C E R T I F I C A T I O N**

5                                 We, Ronald

6   DiBartolomeo and Andrea E. Wabeke, official court reporters for

7   the United States District Court, Eastern District of Michigan,

8   Southern Division, appointed pursuant to the provisions of

9   Title 28, United States Code, Section 753, do hereby certify

10  that the foregoing is a correct transcript of the proceedings

11  in the above-entitled cause on the date hereinbefore set forth.

12  We do further certify that the foregoing transcript has been

13  prepared by us.

14  /s/Andrea E. Wabeke, 7/23/2018
    Official Court Reporter
15  /s/Ronald DiBartolomeo, 7/23/2018
    Official Court Reporter
16                   - - -

17

18

19

20

21

22

23

24

25

          *15-20652; USA v. EUGENE FISHER, ET AL*