UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA      NO. 15-20652

v.      HON. GEORGE CARAM STEEH

D-13  ARLANDIS SHY

_____/

FILED USDC - CLRK DET
2018 AUG 28 AM 10:32

## VERDICT FORM

**COUNT ONE:**      RICO Conspiracy

With respect to the RICO conspiracy charge in Count One, we, the jury, unanimously find:

ARLANDIS SHY      Not Guilty _____      Guilty __✓__

With respect to Count One, if you find **ARLANDIS SHY** not guilty of **RICO Conspiracy**, please skip to Page 3, there is no need to answer the three questions listed on the next page. If you find **ARLANDIS SHY** guilty of **RICO Conspiracy in Count One**, please answer the three questions listed on the next page, then proceed to Page 3. Your verdict must be unanimous that the government has proven the proposition set forth in the questions below beyond a reasonable doubt:

1

1. Did defendant ARLANDIS SHY, between July 14, 2014 through September 26, 2015, conspire with another conspirator to assault rival gang members with intent to commit murder?

    No _____     Yes __✓__

2. Did defendant ARLANDIS SHY commit or cause to be committed, or aid and abet in the commission of, the first degree murder of Dvante Roberts on or about May 8, 2015?

    No __✓__     Yes _____

3. Did defendant ARLANDIS SHY commit or cause to be committed, or aid and abet in the commission of, the attempted murder (assault with intent to murder) of Marquis Wicker, Darrio Roberts, or Jesse Ritchie on or about May 8, 2015?

    No __✓__     Yes _____

**COUNT SIXTEEN:**   Murder of Dvante Roberts in Aid of Racketeering

With respect to the charge of murder of Dvante Roberts in aid of racketeering, on or about May 8, 2015, we, the jury, unanimously find:

ARLANDIS SHY        Not Guilty ✓        Guilty _____

**COUNT SEVENTEEN:**   Use and Carry of a Firearm During and in Relation to a Crime of Violence Causing Death

With respect to the charge of use of a firearm during and in relation to a crime of violence causing death, namely the May 8, 2015, murder of Dvante Roberts in aid of racketeering in Count Sixteen, we, the jury, unanimously find:

ARLANDIS SHY        Not Guilty ✓        Guilty _____

**COUNT EIGHTEEN:**   Attempted Murder of Marquis Wicker in Aid of Racketeering

With respect to the charge of attempted murder of Marquis Wicker in aid of racketeering on or about May 8, 2015, we, the jury, unanimously find:

ARLANDIS SHY        Not Guilty ✓        Guilty _____

**COUNT NINETEEN:** Attempted Murder of Darrio Roberts in Aid of Racketeering

With respect to the charge of attempted murder of Darrio Roberts in aid of racketeering on or about May 8, 2015, we, the jury, unanimously find:

ARLANDIS SHY          Not Guilty √          Guilty _____


**COUNT TWENTY:** Attempted Murder of Jesse Ritchie in Aid of Racketeering

With respect to the charge of attempted murder of Jesse Ritchie in aid of racketeering on or about May 8, 2015, we, the jury, unanimously find:

ARLANDIS SHY          Not Guilty √          Guilty _____


**COUNT TWENTY-FOUR:** Use and Carry of a Firearm During and in Relation to a Crime of Violence

With respect to the charge of use and carry of a firearm during and in relation to a crime of violence, namely the May 8, 2015, attempted murder of Marquis Wicker, Darrio Roberts, or Jesse Ritchie in aid of racketeering in Counts Eighteen, Nineteen, or Twenty, we, the jury, unanimously find:

ARLANDIS SHY          Not Guilty √          Guilty _____

**COUNT THIRTY-TWO:**     Possession of a Firearm in Furtherance of a Crime of Violence

With respect to the charge of possession of a firearm in furtherance of a crime of violence in Count One (RICO Conspiracy), we, the jury, unanimously find:

ARLANDIS SHY                Not Guilty _____     Guilty ✓

Dated: 8/27/18

**s/Jury Foreperson**

In compliance with the Privacy Policy adopted by the Judicial Conference, the verdict form with the original signature has been filed under seal.

5