EXHIBIT A

**U.S. Department of Justice**
United States Marshals Service



# Field Report

| TITLE OF REPORT | DATE OF INCIDENT | REPORT BY |
|---|---|---|
| Juror Interview | 08/21/2018 | SDUSM Jody Nidiffer |

| | REPORTING DISTRICT - * JPATS Trip # |
|---|---|
| | Eastern Michigan/Detroit |

**TYPE OF INCIDENT -** * JPATS Sending Facility
Juror Interview

**NARRATIVE DESCRIPTION OF INCIDENT**
On August 21, 2018 at approximately 11am, I was informed by Deputy U.S. Marshal (DUSM) Mike Jordan that a seated juror (name withheld) for the Seven Mile Bloods high threat trial had sent him a text message stating the following:

" If we think there maybe some conspiracy with in the group how do we voice that without being singled out?" and "We don't know for sure but it's really bothering some of us."

DUSM Jordan is the Assistant Deputy in Charge of the trial and had given out his number to the jurors in case they were late, had car trouble, received threats, etc.

Upon reading the text sent to DUSM Jordan, I contacted U.S. District Judge George Caram Steeh and conveyed the text to him. He questioned which juror it was and how do we inquire with the juror discreetly. I suggested to him that the case manager could call the juror out stating they had a emergency phone call and I could then interview the juror with the intention of uncovering any outside conspiracy, threats, etc. He agreed and instructed me to conduct the interview. The juror manager, Jill Hart, called the juror out of the jury room and I met the juror in another jury room across the hall.

I began by stating to the juror not to discuss with me anything that the jury is deliberating on or the status of those deliberations. I questioned the juror as to what he/she meant by conspiracy, and if there were any indications or evidence of conspiracy. He/She stated no. He/She stated they (the jury) believe that two of the jurors were "conspiring" to hold up deliberations and it is causing frustration and arguments within the deliberations. I asked He/She if anyone was approached or threated from anyone outside of the jury or were there comments made to that effect. He/She stated no.

I concluded the interview which lasted approximately 5-6 minutes. I reported my opinion (verbally) of the interview to Judge Steeh immediately afterward and concluded from my interview and experience that no threat of jury tampering had occurred but that my perception was jury in-fighting. Judge Steeh agreed with my assessment and no further contact was made with the juror. I briefed the U.S. Marshals Service senior management and the U.S. Marshals Service Office of General Counsel.

END OF REPORT

This report is the property of the United States Marshals Service.
Neither it nor its contents may be disseminated outside the agency to which it is loaned.
FOR OFFICIAL USE ONLY