UNITED STATES DISTRICT COURT EASTERN DISTRICT OF MICHIGAN SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

-vs-                                    Case No. 15-20652
                                       Hon. George Caram Steeh

(D-13) ARLANDIS SHY, II,

        Defendant.

_____

## STIPULATION FOR ORDER GRANTING AN EXTENSION OF TIME FOR GOVERNMENT TO FILE OBJECTIONS TO PRESENTENCE REPORT

The undersigned counsel hereby stipulate for an extension of time to file objections to the presentence report.

The parties agree that the Government shall have until Wednesday, January 16, 2019 to file objections to the presentence report with the probation department as outlined in Section (b) of LCrR 32.1

MATTHEW SCHNEIDER
United States Attorney

*/s/ Mark Bilkovic*                              */s/Mark H. Magidson with consent*
Mark Bilkovic                                     Mark H. Magidson
Assistant United States Attorney        Attorney for Arlandis Shy

UNITED STATES DISTRICT
COURT EASTERN DISTRICT
OF MICHIGAN SOUTHERN
DIVISION

UNITED STATES OF AMERICA,

          Plaintiff,

-vs-                                    Case No. 15-20652
                                          Hon. George Caram Steeh

(D-13) ARLANDIS SHY, II,

          Defendant.
_____

## ORDER GRANTING EXTENSION OF TIME FOR THE GOVERNMENT TO FILE OBJECTIONS TO THE PRESENTENCE REPORT

Counsel having filed a stipulation for an extension of time to file objections to the presentence report, and the Court being fully advised in the premises;

IT IS ORDERED that the Stipulation for Extension of Time for the Government to File Objections to the Presentence Report shall be granted and the government shall have until Wednesday, January 16, 2019 to file objections to the presentence report with the probation department as outlined in Section (b) of LCrR 32.1

                                                            s/George Caram Steeh
                                                            Hon. George Caram Steeh
                                                            United States District Judge

Dated:  January 10, 2019