UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

Vs.

    Case No. 15-20652
    HON. GEORGE CARAM STEEH

COREY BAILEY (D-4),
ROBERT BROWN, II (D-6),
ARLANDIS SHY (D-13),
KEITHON PORTER (D-19),

    Defendant(s).

---

## STIPULATION TO ADJOURN SENTENCING OF DEFENDANTS

IT IS STIPULATED AND AGREED by the above parties through their undersigned attorneys that the sentencing for Defendant Corey Bailey (D-4), scheduled for February 5, 2019, the sentencing for Defendant Robert Brown (D-6), scheduled for March 4, 2019, the sentencing for Defendant Arlandis Shy (D-13), scheduled for February 21, 2019, the sentencing for Defendant Keithon Porter (D-19), scheduled for February 21, 2019, be adjourned at least 60 days to dates convenient to the parties and the Court.

Dated: January 25, 2019

*/s/with the consent of Mark Bilkovic*
MARK BILKOVIC
Assistant U.S. Attorney
211 W. Fort Street, Ste. 2001
Detroit, MI 48226
Phone: 313-226-9623
mark.Bilkovic@usdoj.gov

*/s/with the consent of A. Tare Wigod*
A. TARE WIGOD
Assistant U.S. Attorney
211 W. Fort Street, Ste. 2001
Detroit, MI 48226
Phone: 313-226-9191
tara.wigod@usdoj.gov

*/s/Craig A. Daly, P.C.*
CRAIG A. DALY, P.C. (P27539)
Attorney for Corey Bailey
615 Griswold, Suite 820
Detroit, Michigan 48226
(313) 963-1455
4bestdefense@sbcglobal.net

*/s/Keith A. Spielfogel*
KEITH A. SPIELFOGEL
Co-Counsel for Corey Bailey
190 S. LaSalle St., Suite 520
Chicago, Illinois 60603
(312) 236-6021
spielfogel@sbcglobal.net

*/s/Mark H. Magidson*
MARK H. MAGIDSON (P25581)
Attorney for Arlandis Shy
615 Griswold, Suite 810
Detroit, MI 48226
(313) 963-4311
mmag100@aol.com

*/s/John T. Theis*
JOHN T. THEIS
Co-Counsel for Arlandis Shy
190 South La Salle Street, Suite 520
Chicago, IL 60603
(312) 782-1121
Theislaw@aol.com

*/s/James L. Feinberg*
JAMES L. FEINBERG (P13341)
Attorney for Robert Brown II
28411 Northwestern Hwy., Suite 875
Southfield, MI 48034
(248) 353-0600
jlfdefense@mindspring.com

*/s/Steven E. Scharg*
STEVEN E. SCHARG
Attorney for Keithon Porter
615 Griswold, Ste. 1125
Detroit, MI 48226
313-962-4090
scharg1924@gmail.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

Vs.                                          Case No. 15-20652
                                                HON. GEORGE CARAM STEEH

COREY BAILEY (D-4),
ROBERT BROWN, II (D-6),
ARLANDIS SHY (D-13),
KEITHON PORTER (D-19),

    Defendant(s).

_____

## ORDER ADJOURNING SENTENCING DATES OF DEFENDANTS

The parties have submitted the above *Stipulation to Adjourn Sentencing of Defendants*, and the Court being fully advised in the premises,

IT IS ORDERED that the sentence dates of Defendants Corey Bailey, Robert Brown II, Arlandis Shy II, and Keithon Porter shall each be adjourned at least 60 days.

                                                _____
                                                HON. GEORGE CARAM STEEH
                                                U.S. DISTRICT COURT JUDGE

FEB - 4 2019