UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIM. NO. 15-20652 |
| Plaintiff, | HON. GEORGE CARAM STEEH |
| v. | |
| D-4   COREY BAILEY, <br> D-6   ROBERT BROWN, <br> D-13  ARLANDIS SHY, <br> D-19  KEITHON PORTER, | |
| Defendants. <br> _____/ | |

### GOVERNMENT'S EXPARTE MOTION TO EXCEED PAGE LIMIT FOR RESPONSE TO DEFENDANTS' MOTION FOR A NEW TRIAL BASED ON NEWLY DISCOVERED EVIDENCE

The United States of America, by its undersigned attorneys, respectfully requests permission pursuant to Local Rule 7.1.(d)(3)(a), to file a response to defendants' motion for new trial based on newly discovered evidence, in excess of 25 pages, and in support, states as follows:

1. Although briefs are typically limited to 25 pages by local court rule, the government asks for permission to exceed these page limits pursuant to E.D. Mich. Local R. 7.1(d)(3)(A).

1

2. To thoroughly respond to the defendants' motion, the government must analyze two different trial transcripts and incorporate several portions of those trial transcripts in its reply.

3. The governments' response also contains several images of text messages that are a crucial part of the government's analysis.

4. By incorporating the above information into the government's response, the government will exceed the 25-page limit by approximately nine pages.

WHEREFORE, the government requests that this Honorable Court grant its *ex parte* motion and allow the government to exceed the 25-page limit for its response to defendants' motion for new trial based on newly discovered evidence.

Respectfully submitted,

Matthew Schneider
United States Attorney

/s/ *Mark S. Bilkovic*
Mark S. Bilkovic
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
mark.bilkovic@usdoj.gov
(313) 226-9623

Dated:  August 5, 2019

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,　　　CRIM. NO. 15-20652

　　　　　　　Plaintiff,　　　HON. GEORGE CARAM STEEH

v.

D-4   COREY BAILEY,
D-6   ROBERT BROWN,
D-13  ARLANDIS SHY,
D-19  KEITHON PORTER,

　　　　　　　Defendants.
_____/

**ORDER GRANTING GOVERNMENT'S EXPARTE MOTION TO EXCEED PAGE LIMIT FOR RESPONSE TO DEFENDANTS' MOTION FOR A NEW TRIAL BASED ON NEWLY DISCOVERED EVIDENCE**

The government having moved to pursuant to Local Rule 7.1.(d)(3)(a), to file a response to defendants' motion for new trial based on newly discovered evidence, in excess of 25 pages, and the Court being duly advised in the premises;

IT IS HEREBY ORDERED that the government's motion is granted.

　　　　　　　　　　　　　　s/George Caram Steeh
　　　　　　　　　　　　　　Hon. George Caram Steeh
　　　　　　　　　　　　　　United States District Judge

Dated:  August 6, 2019