UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**UNITED STATES OF AMERICA,**

        Government,

    v.                          **HONORABLE GEORGE CARAM STEEH**

                                **No. 15-20652**

**ARLANDIS SHY, II,**

        Defendant.
_____/

**STATUS CONFERENCE HEARING**

**Tuesday, August 2, 2016**

- - -

APPEARANCES:

For the Government:          CHRISTOPHER GRAVELINE, ESQ.
                                 Assistant U.S. Attorney

For the Defendant:           KIMBERLY LEWIS, ESQ.

- - -

*To Obtain Certified Transcript, Contact:*
*Ronald A. DiBartolomeo, Official Court Reporter*
*Theodore Levin United States Courthouse*
*231 West Lafayette Boulevard, Room 1067*
*Detroit, Michigan 48226*
*(313) 962-1234*

*Proceedings recorded by mechanical stenography.*
*Transcript produced by computer-aided transcription.*

```
 1                           I N D E X
 2  _____Page
 3  Status Conference Hearing                                3
 4
 5
 6
 7
 8
 9
10
11
12
13
14                          E X H B I T S
15  Identification_____Offered   Received
16
17                    N      O      N      E
18
19
20
21
22
23
24
25
```

*15-20652; USA v. ARLANDIS SHY*

```
 1                                   Detroit, Michigan
 2                                   Tuesday, August 2, 2016
 3
 4                        -   -   -
 5              THE CLERK:  Case Number 15-20652, Defendant
 6   Number 13, United States of America versus Arlandis Shy,
 7   II.
 8              MR. GRAVELINE:  Good afternoon, your Honor.
 9   Chris Graveline and Raj Prasad for the United States.
10              MR. PRASAD:  Good afternoon.
11              THE COURT:  Welcome.
12              MS. LEWIS:  Good afternoon.  Kimberly Lewis
13   per the Court's request.  I understand this is a motion to
14   withdraw from Carl Jordan.  However, Mr. Jordan has not
15   appeared as of yet.
16              THE COURT:  Yes.  It's now 20 after two.  The
17   hearing was set for 2:00.  We've tried to call Mr. Jordan
18   and his voicemail is full.  So we have not been able to
19   reach him.
20         The motion to withdraw indicates that Mr. Jordan
21   is the object of an attorney grievance filed by Mr. Shy
22   against him.  He indicates that as a consequence of that
23   grievance, he feels there's been a breakdown in the
24   attorney-client relationship to the extent that he is
25   compelled to withdraw.
```

1      Does the government have a position with respect
2   to that motion?
3          **MR. GRAVELINE:** We believe that based upon
4   the attorney grievance, it's probably a wise thing to
5   allow him to withdraw at this point, and appoint Mr. Shy
6   new counsel.
7          **THE COURT:** If I understood, Ms. Lewis,
8   you're not interested in continuing your representation?
9          **MS. LEWIS:** No, your Honor.
10         **THE COURT:** You likewise are asking to
11  withdraw from the case?
12         **MS. LEWIS:** Yes, I would have to, I believe,
13  because Mr. Jordan never filed a substitution, but I would
14  formally request to withdraw from the case.
15         **THE COURT:** All right.  Inasmuch as he filed
16  an appearance, but no substitution of counsel, I think I
17  instructed him to file that, and it appears that this
18  issue with respect to the grievance was an intervening
19  event.  Since he was going to seek withdrawal in any
20  event, it sounds like he withheld his substitution.
21       Mr. Shy, you understand what's taking place, sir?
22         **THE DEFENDANT:** Yes, your Honor.
23         **THE COURT:** And you agree that there's been a
24  breakdown in the attorney-client relationship?
25         **THE DEFENDANT:** Yes, he violated my

```
 1    Constitutional Rights.
 2               THE COURT:  So you're asking for someone else
 3    to be appointed to represent you?
 4               THE DEFENDANT:  Yes, your Honor.
 5               THE COURT:  All right.  And do you have any
 6    objection to the withdrawal of Ms. Lewis in this case?
 7               THE DEFENDANT:  No.
 8               THE COURT:  Okay.  All right.  The Court will
 9    grant the written motion filed by Mr. Jordan, and I will
10    grant the oral motion to withdraw presented by Ms. Lewis,
11    and we will have somebody else appointed to represent you
12    Mr. Shy as soon as possible.
13               THE DEFENDANT:  Okay.
14               THE COURT:  All right, sir.
15               MR. GRAVELINE:  Thank you.
16               MS. LEWIS:  Thank you very much, your Honor.
17
18                     (Proceedings concluded.)
19                            -   -   -
20
21
22
23
24
25
```

*15-20652; USA v. ARLANDIS SHY*

```
 1                      C E R T I F I C A T I O N
 2               I, Ronald A. DiBartolomeo, official court
 3    reporter for the United States District Court, Eastern
 4    District of Michigan, Southern Division, appointed
 5    pursuant to the provisions of Title 28, United States
 6    Code, Section 753, do hereby certify that the foregoing is
 7    a correct transcript of the proceedings in the
 8    above-entitled cause on the date hereinbefore set forth.
 9               I do further certify that the foregoing
10    transcript has been prepared by me or under my direction.
11
12   s/Ronald A. DiBartolomeo                    December 3, 2019
     _____           _____
13   Ronald A. DiBartolomeo, CSR                       Date
     Official Court Reporter
14                              - - -
```

*15-20652; USA v. ARLANDIS SHY*