1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                                          File No. 15-20652

ARLANDIS SHY, II,

        Defendant.
_____/

DETENTION HEARING ADJOURNED

BEFORE THE HONORABLE ANTHONY P. PATTI

United States Magistrate Judge

Theodore Levin United States Courthouse

231 West Lafayette Boulevoard

Detroit, Michigan  48226

Friday, March 4, 2016

*TRANSCRIPT PRODUCED FROM DIGITAL VOICE RECORDING*

*TRANSCRIBER NOT PRESENT AT LIVE PROCEEDINGS*

2

APPEARANCES:

For the Plaintiff:      CHRISTOPHER GRAVELINE
                        United States Attorney's Office
                        211 West Fort Street
                        Suite 2001
                        Detroit, MI 48226
                        313-226-9155
                        Email: christopher.graveline@usdoj.gov


For the Defendant:      KIMBERLY LEWIS
                        615 Griswold
                        Suite 1300
                        Detroit, MI 48226
                        313-963-5310
                        Email: kimberlylewis12011@hotmail.com




Transcribed by:         PEG L. GOODRICH, CSR-0258, RMR
                        Federal Official Court Reporter
                        www.transcriptorders.com

3

T A B L E   O F   C O N T E N T S

                                             PAGE

DETENTION HEARING ADJOURNED:          4

CERTIFICATE OF COURT REPORTER:       6

EXHIBITS:                                 IDENTIFIED  RECEIVED

    None marked.

```
                                                            4
```

1          Detroit, Michigan
2          Friday, March 4, 2016
3          At 2:50 p.m.
4          (Court, counsel and defendant present)
5                   * * * * * * * *
6          THE CLERK:  The Court calls 15-20652, United States of
7  America versus Arlandis Shy, II.
8          MR. GRAVELINE:  Good afternoon, your Honor.  Chris Graveline
9  on behalf of the United States.
10         THE COURT:  Good afternoon.
11         MS. LEWIS:  Good afternoon, your Honor.  Kimberly Lewis on
12 behalf Arlandis Shy.
13         THE COURT:  Good afternoon.
14         MS. LEWIS:  And Mr. Shy is present.
15         THE COURT:  Right.  Mr. Shy, I think we met yesterday,
16 didn't we?
17         THE DEFENDANT:  Yes, your Honor.  Or no, it was two days
18 ago.
19         THE COURT:  Two days ago.  Okay.  Seemed like yesterday.
20         Okay.  We've got a completion of arraignment and detention
21 hearing scheduled but I've been told perhaps there is going to be an
22 adjournment.
23         MR. GRAVELINE:  Your Honor, we've pushed both of those dates
24 until next Tuesday, is that correct?
25         MS. LEWIS:  Monday.

1          MR. GRAVELINE:  Monday.  I'm sorry, Monday.  So March 7th,
2  your Honor.
3          THE COURT:  So both of you want that?
4          MS. LEWIS:  As long as the Pre-Trial Services has enough
5  time to verify the information contained in their report.  They just
6  interviewed my client today so a lot of things they didn't verify.
7  Would Monday be enough time?
8          THE COURT:  Let me ask.
9          PRE-TRIAL SERVICES OFFICER:  We will make sure that happens.
10         THE COURT:  Okay.  Very good.  This matter will be
11 adjourned, both the detention hearing and completion of arraignment
12 until Monday at one o'clock.
13         Thank you.
14         MS. LEWIS:  Thank you, your Honor.
15         MR. GRAVELINE:  Thank you.
16         THE DEFENDANT:  Thank you.
17         (At 2:51 p.m. - proceedings adjourned)
18                           *******
19
20
21
22
23
24
25

                                                                          6

1                      CERTIFICATE OF TRANSCRIBER

2

3

4              I, PEG L. GOODRICH, Official Court Reporter

5     in and for the United States District Court, Eastern

6     District of Michigan, appointed pursuant to the

7     provisions of Title 28, United States Code, Section

8     753, do hereby certify that the foregoing proceedings

9     held before the HONORABLE ANTHONY P. PATTI, Magistrate

10    Court Judge, is a true and correct transcription, to the

11    best of my ability, of the digital sound recording taken

12    in the matter of UNITED STATES OF AMERICA v ARLANDIS

13    SHY, II, File No. 15-20652, held on Friday, March 4,

14    2016.

15

16

17

18
                       s/Peg L. Goodrich
19                     Peg L. Goodrich, CSR, RMR
                       Federal Official Court Reporter
20                     United States District Court
                       Eastern District of Michigan
21

22  Date:  December 17, 2019

23

24

25