UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                     Case No. 15-20652
                                       HON. GEORGE CARAM STEEH

ARLANDIS SHY (D-13),

    Defendant(s).

_____

**STIPULATION
TO FILE GOVERNMENT RAP VIDEO TRIAL EXHIBITS IN
TRADITIONAL MANNER AND FOR ELECTRONIC FILING OF THE
TRANSCRIPTS FOR THE EXHIBITS**

    It is stipulated an agreed by the above parties through their undersigned attorneys that the audio-video media files of the government's trial Exhibits 61 - "Hob City"; Ex. 62 - "MurDa"; Ex. 65 - "Bleek"; Ex. 66 - "Bag Up"; and Ex. 189 - "Camp 9", will be filed with the Clerk of the Court in the traditional manner.

    It is also stipulated and agreed by the above parties through their undersigned attorneys that the transcripts for the government's trial Exhibits 61 - "Hob City"; Ex. 62 - "MurDa"; Ex. 65 - "Bleek"; Ex. 66 - "Bag Up"; and Ex.

189 - "Camp 9", which were shown to the jury, will be electronically filed with the Clerk of the Court.

Dated: August 24, 2020

| | |
|---|---|
| */s/with the consent of Mark Bilkovic* | */s/Mark H. Magidson* |
| MARK BILKOVIC | MARK H. MAGIDSON (P25581) |
| Assistant U.S. Attorney | Attorney for Arlandis Shy |
| 211 W. Fort Street, Ste. 2001 | 615 Griswold, Suite 810 |
| Detroit, MI 48226 | Detroit, MI 48226 |
| 313-226-9623 | (313) 963-4311 |
| mark.Bilkovic@usdoj.gov | mmag100@aol.com |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

*vs*.                                                    Case No. 15-20652
                                                      HON. GEORGE CARAM STEEH

ARLANDIS SHY (D-13),

    Defendant(s).

_____

**ORDER
ALLOWING FILING OF GOVERNMENT RAP VIDEO TRIAL EXHIBITS
IN TRADITIONAL MANNER AND ELECTRONICALLY FILING OF
TRANSCRIPTS FOR THE EXHIBITS**

The parties have submitted the above *Stipulation*, and the Court being fully advised in the premises:

IT IS ORDERED that the audio-video media files of the government trial Exhibits 61, 62, 65, 66, and 189, shall be filed with the Clerk of the Court in the traditional manner.

IT IS FURTHER ORDERED that the transcripts of those videos shall be electronically filed with the Clerk of the Court as well.

Dated:  August 26, 2020                         s/George Caram Steeh
                                                            GEORGE CARAM STEEH
                                                            United States District Judge