

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

    Case No. 15-20652
    HON. GEORGE CARAM STEEH

ARLANDIS SHY (D-13),

    Defendant(s).

---

### NOTICE OF FILING TRIAL EXHIBITS
### IN THE TRADITIONAL MANNER

Pursuant to the Court's Order (Doc. 1671, 8/26/20), the following government audio-video exhibits, which were admitted at trial, are filed with the Clerk of the Court on a single compact disc in the traditional manner: Exhibits 61, 62, 65, 66, and 189. (See attached Index of Exhibits).

Pursuant to Rule 19(c) of the Electronic Filing Policies and Procedures for the Eastern District of Michigan and U.S. Sixth Circuit Court Rule 10(b), those exhibits are filed and are now part of the district court's record for appellate review.

Dated: August 26, 2020

    Respectfully submitted,

    By: /s/*Mark H. Magidson*
    MARK H. MAGIDSON (P25581)
    Attorney for Defendant Shy
    615 Griswold, Suite 810
    Detroit, MI 48226
    (313) 963-4311
    mmag100@aol.com

DOCUMENT PLACED IN CASE FILE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                    Case No. 15-20652
                                        HON. GEORGE CARAM STEEH

ARLANDIS SHY (D-13),

    Defendant(s).

---

## INDEX OF TRIAL EXHIBITS
## FILED IN THE TRADITIONAL MANNER

The following government trial exhibits are filed with the Clerk of the Court in the traditional manner on a single compact disc:

**Exhibit**                       **Description**

A - compact disc containing:

A-1                          Govt. Ex. 61, rap video "Hob City"

A-2                          Govt. Ex. 62, rap video "MurDa"

A-3                          Govt. Ex. 65, rap video "Bleek"

A-4                             Govt. Ex. 66, rap video "Bag Up"

A-5                             Govt. Ex. 189, rap video "Camp 9"

                                    Respectfully submitted,

Dated: August 26, 2020

                                    By: /s/*Mark H. Magidson*
                                        MARK H. MAGIDSON (P25581)
                                        Attorney for Defendant Shy
                                        615 Griswold, Suite 810
                                        Detroit, MI 48226
                                        (313) 963-4311
                                        mmag100@aol.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

Case No. 15-20652
HON. GEORGE CARAM STEEH

ARLANDIS SHY (D-13),

    Defendant(s).

---

**STIPULATION
TO FILE GOVERNMENT RAP VIDEO TRIAL EXHIBITS IN
TRADITIONAL MANNER AND FOR ELECTRONIC FILING OF THE
TRANSCRIPTS FOR THE EXHIBITS**

It is stipulated an agreed by the above parties through their undersigned attorneys that the audio-video media files of the government's trial Exhibits 61 - "Hob City"; Ex. 62 - "MurDa"; Ex. 65 - "Bleek"; Ex. 66 - "Bag Up"; and Ex. 189 - "Camp 9", will be filed with the Clerk of the Court in the traditional manner.

It is also stipulated and agreed by the above parties through their undersigned attorneys that the transcripts for the government's trial Exhibits 61 - "Hob City"; Ex. 62 - "MurDa"; Ex. 65 - "Bleek"; Ex. 66 - "Bag Up"; and Ex.

Page 1 of 3

189 - "Camp 9", which were shown to the jury, will be electronically filed with the Clerk of the Court.

Dated: August 24, 2020

| | |
|---|---|
| /s/with the consent of Mark Bilkovic<br>MARK BILKOVIC<br>Assistant U.S. Attorney<br>211 W. Fort Street, Ste. 2001<br>Detroit, MI 48226<br>313-226-9623<br>mark.Bilkovic@usdoj.gov | /s/Mark H. Magidson<br>MARK H. MAGIDSON (P25581)<br>Attorney for Arlandis Shy<br>615 Griswold, Suite 810<br>Detroit, MI 48226<br>(313) 963-4311<br>mmag100@aol.com |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

                                            Case No. 15-20652
                                            HON. GEORGE CARAM STEEH

ARLANDIS SHY (D-13),

    Defendant(s).

___

## ORDER
## ALLOWING FILING OF GOVERNMENT RAP VIDEO TRIAL EXHIBITS IN TRADITIONAL MANNER AND ELECTRONICALLY FILING OF TRANSCRIPTS FOR THE EXHIBITS

    The parties have submitted the above *Stipulation*, and the Court being fully advised in the premises:

IT IS ORDERED that the audio-video media files of the government trial Exhibits 61, 62, 65, 66, and 189, shall be filed with the Clerk of the Court in the traditional manner.

IT IS FURTHER ORDERED that the transcripts of those videos shall be electronically filed with the Clerk of the Court as well.

_____        _____
Date                                                            HON. GEORGE CARAM STEEH
                                                            U.S. DISTRICT COURT JUDGE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                     Case No. 15-20652
                                        HON. GEORGE CARAM STEEH

ARLANDIS SHY (D-13),

    Defendant(s).

---

## COVER SHEET
## FOR TRIAL EXHIBITS FILED IN THE TRADITIONAL MANNER

The following government trial exhibits are filed with the Clerk of the Court in the traditional manner on a labeled, single compact disc, pursuant to the Court's Order (Doc. 1671, 8/26/20):

**Exhibit**                                        **Description**

A - compact disc containing:

A-1                                             Govt. Ex. 61, rap video "Hob City"

A-2                                             Govt. Ex. 62, rap video "MurDa"

A-3				Govt. Ex. 65, rap video "Bleek"

A-4				Govt. Ex. 66, rap video "Bag Up"

A-5				Govt. Ex. 189, rap video "Camp 9"

Dated: August 26, 2020

Respectfully submitted,

By: /s/*Mark H. Magidson*
    MARK H. MAGIDSON (P25581)
    Attorney for Defendant Shy
    615 Griswold, Suite 810
    Detroit, MI 48226
    (313) 963-4311
    mmag100@aol.com

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

RECEIVED
AUG 27 2020
CLERK'S OFFICE
DETROIT

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

    Case No. 15-20652
    HON. GEORGE CARAM STEEH

ARLANDIS SHY (D-13),

    Defendant(s).

---

**STIPULATION
TO FILE GOVERNMENT RAP VIDEO TRIAL EXHIBITS IN
TRADITIONAL MANNER AND FOR ELECTRONIC FILING OF THE
TRANSCRIPTS FOR THE EXHIBITS**



...their undersigned

...trial Exhibits 61 –

..."Bag Up"; and Ex.

...the traditional

...ugh their

...trial Exhibits 61 –

..."Bag Up"; and Ex.

Page 1 of 3

FedEx Express US Airbill

fedex.com 1.800.GoFedEx 1.800.463.3339

FedEx Tracking Number: 8101 1539 3655

1 From
Date: 8/27/20
Sender's Name: [illegible]
Company: Esl Services
Phone: 248 703-2936
Address: 21850 W. 12 Mile Rd. Ste. 505
City: Farmington Hills  State: MI  ZIP: 48334

2 Your Internal Billing Reference

3 To
Recipient's Name: Clerk of the Court
Company: Theodore Levin U.S. Federal Courthouse
Phone: 313 236-2574
Address: 231 W. Lafayette Blvd.
Room 564
City: Detroit  State: MI  ZIP: 48226

4 Express Package Service
[X] FedEx Express Saver

5 Packaging
[X] FedEx Envelope

7 Payment  Bill to:
[X] Sender

8101 1539 3655

644