UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

*vs*.                                        Case No. 15-20652
                                           HON. GEORGE CARAM STEEH

ARLANDIS SHY (D-13),

    Defendant(s).

_____

**NOTICE OF FILING TRANSCRIPTS OF TRIAL EXHIBITS**

Pursuant to the Trial Court's Order (Doc. 1671, 8/26/20), the transcripts of the government's audio-video Exhibits 61, 62, 65, 66, and 189, which were admitted at trial and entered into the District Court record (Doc. 1674, 8/27/20), are hereby filed with the Clerk of the Court. The transcripts of those exhibits were shown to the jury at trial and are now part of the District Court's electronic record.

Dated: September 9, 2020                 Respectfully submitted,

                                              By: /s/*Mark H. Magidson*
                                                  MARK H. MAGIDSON (P25581)
                                                  Attorney for Defendant Shy
                                                  615 Griswold, Suite 810
                                                  Detroit, MI 48226
                                                  (313) 963-4311
                                                  mmag100@aol.com

# CERTIFICATE OF SERVICE

I certify that on September 9, 2020, I electronically filed the above *Notice of Filing Transcripts of Trial Exhibits,* an *Index of Exhibits,* and the *Transcripts of the Exhibits* with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the parties of record.

> By: /s/*Mark H. Magidson*
> MARK H. MAGIDSON (P25581)
> Attorney for Defendant Shy