UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                        Case No. 15-20652
                                        HON. GEORGE CARAM STEEH

ARLANDIS SHY (D-13),

    Defendant(s).

_____

## INDEX OF EXHIBITS
## TRANSCRIPTS TO GOVERNMENT TRIAL EXHIBITS

The following transcripts to the government's audio-video trial Exhibits 61, 62, 65, 66, and 189, are filed with the Clerk of the Court pursuant to the Trial Court's Order (Doc. 1671, 8/26/20):

| Exhibit | Description |
|---|---|
| 1 | Transcript for Govt. Ex. 61, rap video "Hob City" |
| 2 | Transcript for Govt. Ex. 62, rap video "MurDa" |
| 3 | Transcript for Govt. Ex. 65, rap video "Bleek" |

| | |
|---|---|
| 4 | Transcript for Govt. Ex. 66, rap video "Bag Up" |
| 5 | Transcript for Govt. Ex. 189, rap video "Camp 9" |

Dated: September 9, 2020

Respectfully submitted,

By: /s/*Mark H. Magidson*
    MARK H. MAGIDSON (P25581)
    Attorney for Defendant Shy
    615 Griswold, Suite 810
    Detroit, MI 48226
    (313) 963-4311
    mmag100@aol.com