EXHIBIT 2

1. In the hood where I'm from little niggas they murder
2. Every night and day, another nigga get murdered, murder, murder, murder, murder,
3. murder, murder, murder, murder, murder…
4. In the hood where I'm from little niggas they murder
5. Every night and day, little niggas get murdered, murder, murder, murder, murder,
6. murder, murder, murder, murder, murder…
7. Through the gun smoke, all you smell is murder
8. In the hood where I'm from little niggas they murder
9. Every night and day, little niggas get murdered, murder, murder, murder, murder,
10. murder, murder, murder, murder, murder…
11. Squad you die
12. Through the gun smoke, all you smell is murder
13. Coming from O-Die, also known as the Red Zone
14. We in this bitch wilding, killing niggas for fun, dog,
15. Leaving niggas stinkin', stretched out in the bando,
16. Choppas is mandatory cause round here we don't play, no
17. Games get you killed in GTA, we don't play those,
18. Four eight two O-Die on fire just like a lit stove,
19. Bring that heat to you I'll drop you just like I drop four
20. Blood everywhere, gun smoke in the air
21. Today I bought a choppa kill you, no it ain't brand new
22. If I catch you with your daughter, that little dottie she gotta die too
23. Your face, her face, picture all on Fox 2
24. Fifty-five we an army, no fuck that, we some killers
25. While full of them pills uh, drug dealers, lean sippers,
26. Forty on me right now, you can take this bitch with you

1

EXHIBIT 2

1. Your family gonna miss you, your mom front row with that tissue screaming
2. Why they do my baby like that, my baby like that
3. In the hood where I'm from little niggas they murder
4. Every night and day, little niggas get murdered, murder, murder, murder, murder,
5. murder, murder, murder, murder, murder…
6. Through the gun smoke, all you smell is murder
7. In the hood where I'm from…Berenzo…little niggas they murder
8. Every night and day, little niggas get murdered, murder, murder, murder, murder,
9. murder, murder, murder, murder, murder…
10. Through the gun smoke, all you smell is murder
11. Red zone bitch with [UI] a place where you get your toe tag is random
12. Heard this bitch I had to sample, niggas still mad from past example
13. Real niggas be so proud to murder, all a nigga smell is loud 'n murder
14. Hash street beef to the wildest murder, killing niggas as kids calling childish
15. murders
16. Still ride around with extended clips, don't squash shit we finish shit
17. My hood, my squad, I'm in this shit
18. When I was locked grand yards, [UI] there were shooters over here, my rides
19. completed
20. Me and my niggas got a choppa piece and if you in the zone you bound to cross,
21. you get your ass clapped like a round of applause,
22. Fast life, different cases, blow all up on you niggas faces
23. Strap life you niggas fakin I do this shit for my niggas ain't make it
24. Berenzo bitch still murder niggas, get a good fresh air murder nigga
25. Lotta these niggas I ain't heard of nigga, leave a shell in your back like a turtle
26. nigga
27. In the hood where I'm from little niggas they murder

1 Every night and day, little niggas get murdered, murder, murder, murder, murder,
2 murder, murder, murder, murder, murder…

3 Through the gun smoke, all you smell is murder

4 In the hood where I'm from little niggas they murder

5 Every night and day, little niggas get murdered, murder, murder, murder, murder,
6 murder, murder, murder, murder, murder…

7 Through the gun smoke, all you smell is murder

8 Little niggas they thuggin, human life ain't mean nothing

9 They kill you just as you mugging, my little niggas don't play around

10 Red Zone not no playground, they fell in love with that K sound

11 Nigga I'm from that one way, ya'll niggas they about gun play

12 When it be they don't run away, catchin bodies is fun play

13 Have you gone in like one day, said I'm gonna to where my lay

14 Baby ma and ya son stay

15 We better keep it with burner, little niggas [UI]

16 Swear to God they will burn ya

17 Niggas call me C Murda, all I'm seein is murder

18 Disrespect and I'll murk ya

19 All you hearin is gun shots, all you smelling is gun smoke,

20 You ain't ready for gun war, what you carry a gun for?

21 We don't get down to snitching, don't need on murder witness

22 If a nigga start snitching, guaranteed he be missing

23 In the hood where I'm from little niggas they murder

24 Every night and day, little niggas get murdered, murder, murder, murder, murder,
25 murder, murder, murder, murder, murder…

26 Through the gun smoke, all you smell is murder

1   In the hood where I'm from little niggas they murder
2   Every night and day, little niggas get murdered, murder, murder, murder, murder,
3   murder, murder, murder, murder, murder…