EXHIBIT 5

I'm doing numbers, trap banging off the hinges,

Cash bring Block in the kitchen where they're whipping

Niggas don't like us cuz we fucking all they bitches,

Monte on sixes, Monte on sixes

I'm doing numbers, trap banging off the hinges,

[UI] Block in the kitchen where they're whipping

Niggas don't like us cuz we fucking all they bitches,

Monte on sixes, Monte on sixes

Monte on sixes, paint job ridiculous

Niggas hating cuz we fucking all the bitches

And I'm in the red zone bitch it's ridiculous

Money stacking, getting rich, all the hoes feel this

Block and Vil will run yo bitch, run yo bitch and dump yo bitch

We sho will, that's how we live

No cashing out, no paying bills, you cashing out, you paying bills

Damn I feel so sorry

Now fuck your crew, no eye blue

RIP a Drop or two

Red and white that paint job new

Red and white that [UI] new

Team block, icy baby

Kamakazi super crazy

Kush blowing, super lazy, Seven mile blood baby

[UI] bitch

All high on sixes bitch

I'm doing numbers, trap banging off the hinges,

Cash bring Block in the kitchen where they're whipping

Niggas don't like us cuz we fucking all they bitches,

Monte on sixes, Monte on sixes

EXHIBIT 5

I'm doing numbers, trap banging off the hinges,

[UI] Block in the kitchen where they're whipping

Niggas don't like us cuz we fucking all they bitches,

Monte on sixes, Monte on sixes

Block came through with a couple of them pigeons

I was in the kitchen, working with a chicken

I don't show no love, it's just another custo

See me and I hit a bitch, I'm diving out the window

See most niggas giving fiends exactly what they want

But I'm getting over every time they knock at my door

I'm getting over every time they come and cop the dope

Yo block ain't banging, all the fiends say he's selling soap

Switch the crack game, the rap game, now I'm seeing more

With all this ice on ya boy I'll never be thirtsy

Boy 19 and I been local since I was 13

When I turned 15, I learned how to sell things

I'm doing numbers, trap banging off the hinges,

Cash bring Block in the kitchen where they're whipping

Niggas don't like us cuz we fucking all they bitches,

Monte on sixes, Monte on sixes

I'm doing numbers, trap banging off the hinges,

[UI] Block in the kitchen where they're whipping

Niggas don't like us cuz we fucking all they bitches,

Monte on sixes, Monte on sixes

Monte on sixes, paint look vicious

Jumped out clean, might be leaning

Chopper be singing, bones stay ringing

Spot doing numbers like back in the 30s

Like [UI] Johnsons

Drink Moet when I gets thirsty

Can't forget the Savvy, on 30

Came from water whipping out the D boy

Ace around yeah I'm known all through the D boy

But I bet my money go, no tea boy

You can catch me in the ol' town

Fuck with Tina, never trust a bitch so I stay with the Neener

When I turn 18, yeah I'm tryna cop a Beamer, huh

I'm doing numbers, trap banging off the hinges,

Cash bring Block in the kitchen where they're whipping

Niggas don't like us cuz we fucking all they bitches,

Monte on sixes, Monte on sixes

I'm doing numbers, trap banging off the hinges,

[UI] Block in the kitchen where they're whipping

Niggas don't like us cuz we fucking all they bitches,

Monte on sixes, Monte on sixes

I'm doing numbers, trap banging off the hinges,

[UI] Block in the kitchen where they're whipping

Niggas don't like us cuz we fucking all they bitches,

Monte on sixes, Monte on sixes

I'm doing numbers, trap banging off the hinges,

[UI] Block in the kitchen where they're whipping

Niggas don't like us cuz we fucking all they bitches,

Monte on sixes, Monte on sixes

White folks think I'm strange cause the paint flipping

Seven mile blood, please believe we ain't slipping

Got my niggas locked, yeah the hustle boys snitchin

Niggas know we run the street, they can't fuck with us

Clique full of killas, [UI] drug dealers

I might get the mac but the Choppa do the business

Shooting shit up, broad day, they say he tripping

In my trap house stacking like [UI]

And I'm off a pill but I don't pop em like Fabo

Banging off the hinges, banging off the hinges

Banging off the hinges, banging off the hinges

I'm doing numbers, trap banging off the hinges

I'm doing numbers, trap banging off the hinges,

[UI] Block in the kitchen where they're whipping

Niggas don't like us cuz we fucking all they bitches

Monte on sixes, Monte on sixes

My nigga Product, you know, we doin a bid man. Hardwork Entertainmant, ya'll know what it is from me nigga, Grimey A nigga, huh.

[UI] Seven Mile.

This is Product man, fresh out man, you already know what it is. We back at it man. Hardwork Entertainment.

Kingping Rock signing off

King Huh

You know what that is my nigga.

Ice-O Ice-O

[UI] Block man Ice-O my bro nigga.Fuck with him you fuck with me man.

He'll get it.

[Music playing]

R-O the fuckin' great what it is nigga. I'm home nigga. Yeah I took them shots nigga. I got some shots for ya'll niggas though. Don't think it ain't coming back. It's coming back soon nigga. The great. Holla at me. One.